UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.:  1:18-CV-20101-JEM


GOVERNMENT EMPLOYEES INSURANCE
CO., GEICO INDEMNITY CO., GEICO
GENERAL INSURANCE COMPANY, AND
GEICO CASUALTY CO.,

    Plaintiffs,

  -vs-

QUALITY DIAGNOSTIC HEALTH CARE,
INC., JORGE E. MARTINEZ, CARLOS
ACEBO MARTINEZ, LUIS ANIBAL
QUERAL, M.D., MOULTON KEANE,
M.D., IVELIS GARCIA, and MICHEL
VIERA, LMT.,

    Defendants.

_____/


DEPOSITION OF
MOULTON KEANE, M.D.

VOLUME
Pages 1 Through 191



Monday, July 16, 2018
10:12 a.m. - 4:10 p.m.


Phipps Reporting
28 West Flagler Street, 11th Floor
Miami, Florida  33130


Stenographically Reported By:

Aurora C. Sloan, Florida Professional Reporter

1     APPEARANCES:

2

3     On behalf of the Plaintiffs:
         Rivkin Radler, LLP
4     926 RXR Plaza
         Uniondale, New York  11550
5     516-357-3000
         BY: Steven T. Henesy, Esquire
6     steven.henesy@rivkin.com

7

8     On behalf of the Defendants:
         Christian Carrazana, PA
9     PO Box 900520
         Homestead, Florida 33090
10    786-226-8205
         BY:  Christian Carrazana, Esquire
11    Ccarrazana.law@gmail.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1               INDEX OF PROCEEDINGS

2     TESTIMONY OF MOULTON KEANE, MD         Page

3     DIRECT EXAMINATION BY MR. HENESY       5

4     CROSS EXAMINATION BY MR. CARRAZANA     177

5     REDIRECT EXAMINATION BY MR. HENESY     183

6     CERTIFICATE OF OATH          188

7     CERTIFICATE OF REPORTER        189

8     READ & SIGN LETTER TO WITNESS       190

9     ERRATA SHEET              191

10            PLAINTIFF EXHIBITS
      EXHIBITS:          DESCRIPTION    PAGE

11    Plaintiff's No. 1   Notice of Taking      6
                  Deposition of Moulton

12                  Keane
         Plaintiff's No. 2   3/23/94 State of Florida,   33

13                  Department of Business and
                  Professional Regulation,

14                  Board of Medicine,
                  Administrative Complaint

15                  Against Moulton Keane, MD
         Plaintiff's No. 3   12/18/09 Department of    42

16                  Health versus Moulton
                  Keane, MD

17        Plaintiff's No. 4   7/19/16 Healthcare    69
                  Staffing Associates

18                  Personal Information Form
                  for Moulton Keane, MD

19     Plaintiff's No. 5   GEICO Health Insurance   105
                  Claim Forms 1500

20     Plaintiff's No. 6   7/10/17 Quality Diagnostic   116
                  Therapy Prescription for

21                  Patient Caridad Paz
         Plaintiff's No. 7   6/13/17 Quality Diagnostic   117

22                  Diagnostic Referral Form
                  for Patient Rocco Eli

23     Plaintiff's No. 8   5/12/17 Quality Diagnostic   122
                  Diagnostic Referral Form

24                  for Patient Clemente C.
                  Lopez

25

1    Plaintiff's No. 9    Patient Basic Information    131
             Form.  Automobile Accident
2            Description
     Plaintiff's No. 10   5/17/17 GEICO Insurance    134
3            Health Insurance Claim
             Form for Patient Swany
4            Delgado
     Plaintiff's No. 11   5/17/17 GEICO Insurance    144
5            Health Insurance Claim
             Form for Patient Jorge
6            Lopez
     Plaintiff's No. 12   GEICO Insurance Health    155
7            Insurance Claim Form for
             Patient Juan Romero-Ortega
8
              DEFENSE EXHIBITS
9    EXHIBITS:              DESCRIPTION          PAGE

10              NO EXHIBITS MARKED

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    Thereupon, the following proceedings began at

2    10:12 a.m.:

3              THE COURT REPORTER:  Raise your right

4         hand, please.

5         Do you solemnly swear or affirm the

6         testimony you are about to give in this

7         matter will be the truth, the whole truth

8         and nothing but the truth?

9              THE WITNESS:  Yes, I do.

10   Thereupon,

11             MOULTON KEANE, M.D.,

12   having been first duly sworn or affirmed, was

13   examined and testified as follows:

14             DIRECT EXAMINATION

15   BY MR. HENESY:

16        **Q.   Good morning, sir.**

17        A.   Good morning.

18        **Q.   My name is Steve Henesy.  I'm an**

19   **attorney with the law firm of Rivkin Radler in New**

20   **York and I represent GEICO, and my firm represents**

21   **GEICO in connection with a lawsuit that's currently**

22   **pending in the Southern District of Florida in**

23   **federal court down here in Miami.**

24        **That case is entitled Government**

25   **Employees Insurance Co., et al, V Quality**

1   Diagnostic Health Care, Inc., et al.

2       Sir, as you know, you are a named

3   defendant in that lawsuit and we are here to take

4   your deposition.

5       (Thereupon, Plaintiff's No. 1, Notice

6       of Taking Deposition of Moulton Keane, was

7       marked for Identification.)

8   BY MR. HENESY:

9       Q.   Now, I've marked as Plaintiff's

10  Exhibit 1 a copy of the deposition notice that

11  brings us here this morning.

12      Sir, have you ever testified in a

13  setting like this before?

14      A.   Yes.

15      Q.   So I'm going to go over some ground

16  rules this morning.  Some of these things may be

17  remedial to you, so I apologize in advance, but I

18  sort of have to do it for the record no matter

19  what.

20          This is a question and answer session.

21  And while we are in an informal setting here in an

22  office, the oath that you have just taken this

23  morning to tell the truth is the same oath that you

24  would take in a court of law, and has the same

25  force and effect as an oath taken in a court of

1    law.

2            **Do you understand that?**

3        A.  Yes.

4        Q.   So I'm going to ask you some

5    questions.  You are going to give me some answers.

6            What I'd ask you to do is please bear

7    in mind that the most important person in this room

8    is seated to my left, your right, the court

9    reporter.  And the reason for that is that there is

10   going to be a transcript taken of what happens here

11   today.  And at some point, someone is going to have

12   to go back and read that transcript and try to

13   understand what happened here in this room this

14   morning.  And in order to do that, there is a few

15   things we can do to make that possible.

16           The first thing is to make sure that

17   only one person is speaking at a time.  The court

18   reporter can only take down one person's voice at a

19   time.  So what I'm going to ask you to do is to

20   wait until I finish asking my question before you

21   begin answering it, and I'll do the same.  I'll

22   wait for you to finish answering my question before

23   I ask my next question.

24           In the natural course of conversation,

25   you can sort of see where someone is going with a

1    question and start answering it.  I would ask you

2    to resist that urge this morning.  Everybody does

3    it.  But as much as you can, resist that urge so I

4    don't have to reask questions, because otherwise I

5    will have to do that to make the record clear.

6            I would ask that you give verbal

7    answers.  If the answer is yes, you must say yes.

8    If the answer is no, you must say no.  Saying

9    uh-huh or uh-uh is not going to be sufficient, nor

10   is a nod of the head or a shaking of the head or

11   something like that.

12           Along similar lines, descriptive

13   language is preferred in a deposition.  If the

14   answer requires you to say they felt pain right

15   here, don't say "right here" and point.  Say "left

16   shoulder," "right shoulder."  Use descriptive

17   language because just saying right here is not

18   going to show up on the transcript.

19           Do you understand that?

20       A.  Yes.

21       Q.  Prior to coming in here this morning,

22   have you had the opportunity to speak to your

23   attorney?

24       A.  Yes.

25       Q.  And is that your attorney seated to

1    your left?

2        A.  Yes.

3        Q.   And you are prepared to go forward

4    with this deposition at this time?

5        A.  Yes.

6        Q.   Do you understand everything I have

7    told you so far?

8        A.  Yes.

9        Q.   Have you taken any drugs, alcohol,

10   medication, anything, in the last 24 hours that

11   will affect your ability to testify truthfully here

12   this morning?

13       A.  No.

14       Q.   So one last thing.  If there is -- if

15   at any point during today's proceeding you want to

16   take a break, stretch your legs, speak to your

17   attorney, I would be happy to let you do that.

18   That's fine.  The only thing I ask is that if there

19   is a pending question, if there is a question on

20   the table that has not yet been answered, you must

21   answer that question before leaving the room.

22           Is that fair?

23       A.  Yes.

24    Q.  Okay.

25           Sir, what is your current address?

1      A.   Home address?

2         **Q.   Yes, please.**

3      A.   My home address is 9951 Southwest 4th

4   Street, Plantation, Florida, 33324.

5         **Q.   To the extent I would ask that you**

6   **keep your voice up.  And if you need to, just speak**

7   **right to the reporter.  You know, I'm asking the**

8   **questions, but the reporter is the one who really**

9   **needs to hear the answers.  Okay?**

10     A.   Okay.

11        **Q.   And how long have you lived at that**

12  **address?**

13     A.   That address for approximately

14  30 years.

15        **Q.   Are you a citizen of the United**

16  **States?**

17     A.   Yes.

18        **Q.   Were you born in the United States?**

19     A.   No.

20        **Q.   Where were you born?**

21     A.   I was born in St. Vincent in the

22  Grenadines.

23        **Q.   And when did you come to the States?**

24     A.   I came to the States in 1974.

25        **Q.   Prior to coming in and testifying here**

1    today, did you review any documents in preparation

2    for the deposition?

3         A.  Yes.

4              Q.  What did you review?

5         A.  Some of the -- yes, as referring to

6    statements and questions that my attorney needed

7    answered.

8              Q.  What specifically did you review?

9         A.  There were some items and several

10   charts he asked me to look at and asked me some

11   questions about them.

12             Q.  Just understand, don't testify to

13   anything regarding to what your attorney told you

14   or any conversations that you had with your

15   attorney.  I'm just specifically asking you which

16   documents you looked at.

17             So you mentioned medical charts; is

18   that correct?

19        A.  Yes.

20             Q.  Other than and -- withdrawn.

21             The medical charts you looked at, are

22   those in connection with Quality Diagnostic Health

23   Care?

24        A.  Yes.

25             Q.  I'm going to call it Quality

1    **Diagnostic for the purposes of today.**

2          **Other than the charts from Quality**

3    **Diagnostic, what did you review?**

4        A.   Nothing else.

5          **Q.   Did you speak to anyone, other than**

6    **your attorney, prior to this deposition today about**

7    **this deposition?**

8        A.   No.

9          **Q.   The answer is no?**

10       A.   No.

11         **Q.   You didn't speak to Jorge Martinez?**

12       A.   You have to speak up because I --

13         **Q.   Sure.  Let me move closer.  I'm**

14   **breaking my own rule.**

15          **Did you speak to Jorge Martinez at all**

16   **about this deposition?**

17       A.   No.

18         **Q.   How about Carlos Acebo Martinez?**

19       A.   No.

20         **Q.   How about Ivelis Garcia?**

21       A.   No.

22         **Q.   Sir, do you speak Spanish?**

23       A.   No.

24         **Q.   Have you ever testified before in**

25   **connection with your work or your association with**

1      **Quality Diagnostic?**

2           A.   No.

3           **Q.   Can you please tell me your**

4      **educational background?**

5           A.   To start from what, just medical

6      school or everything from --

7           **Q.   College.**

8           A.   Our system is different from the

9      American system.

10          When I left what is your equivalent of

11     a high school, I went directly into medical school.

12          **Q.   And that's in St. Vincent?**

13          A.   Well, in the Caribbean.

14          So when I left high school, your

15     equivalent of high school in Caribbean, I went

16     straight into medical school in Jamaica.

17          **Q.   And what's the name of that medical**

18     **school?**

19          A.   University of West Indies.

20          **Q.   Do you remember what year you started**

21     **there?**

22          A.   In 1964.

23          **Q.   Did you graduate?**

24          A.   Yes.

25          **Q.   When?**

1         A.   1970.

2              Q.   What did you do after you graduated?

3         A.   After I graduated, I started my

4    internship.

5              Q.   Where?

6         A.   I went to Nassau Bahamas.

7              Q.   Any particular place?  Any place in

8    particular?

9         A.   That's where I went, Nassau, Bahamas.

10             Q.   In a hospital?  In a --

11        A.   Yes.  Princess Margaret Hospital.

12             Q.   How long was your internship at --

13        A.   From one year.

14             Q.   What did you do after that?

15        A.   After that I worked at Princess

16   Margaret Hospital.  I worked for approximately a

17   year, approximately a year and a half in the

18   outpatient department, emergency room.  And then I

19   worked for another -- approximately another year

20   and a half in the obstetrics and gynecology

21   department.

22             Q.   OB/GYN?

23        A.   OB/GYN.

24             Q.   And what did you do after that?

25        A.   After that I came to the States to --

1    and did my residency.

2           Q.   Where did you do your residency?

3           A.   At Boston City Hospital.

4           Q.   How long were you at Boston City

5    Hospital?

6           A.   For three years.

7           Q.   And were you working in a particular

8    department there?

9           A.   I did my residency in OB/GYN.

10          Q.   After the three years in Boston, what

11   did you do next?

12          A.   I went to the University of South

13   Carolina in Charleston.

14          Q.   And what were you doing there?

15          A.   I did a 2-year fellowship in maternal

16   fetal medicine.

17          Q.   And after that?

18          A.   After that I stayed at the medical

19   university for an additional two years.  I remained

20   on staff at the medical university.

21          Q.   After your time in Charleston, where

22   did you go after that?

23          A.   I went to Los Angeles, Martin Luther

24   King Hospital.

25          Q.   What were you doing in --

1       A.   And I worked at the hospital in the

2   OB/GYN dependent.

3           **Q.   How long were you in LA?**

4       A.   I was in LA for two years, because

5   after I work in -- I left the medical university --

6   at the Martin Luther King Hospital Medical Center,

7   and I went to work at Kaiser Hospital in

8   Bellflower, California.

9           **Q.   And where did you go after that?**

10      A.   And then I stayed until 1983, and then

11  I came to Fort Lauderdale, Florida.

12          **Q.   And what were you doing in Fort**

13  **Lauderdale?**

14      A.   I came to Fort Lauderdale and worked

15  at Broward General Medical Center with a group, at

16  that time they were called Coastal OB/GYN Services.

17  They have had several name changes since.

18          **Q.   But you were working as a physician in**

19  **a physician group.**

20      A.   Yes.

21          **Q.   And how long were you associated with**

22  **that physician group?**

23      A.   I think until approximately -- I don't

24  know the exact year, but probably 1990, 1991.

25  Let's see, I came in '83.  Until about 1988 I think

1    I worked with them until then.

2        **Q.   What did you do after your association**

3    **with the OB/GYN physician group?**

4        A.   I went into practice by myself,

5    private practice.

6        **Q.   And what kind of work were you doing**

7    **in your private practice?**

8        A.   General OB/GYN and maternal fetal

9    medicine.

10       **Q.   And where were you in private**

11   **practice?**

12       A.   I was working in Fort Lauderdale.

13       **Q.   How long were you doing that for?**

14       A.   I did that for I think until some time

15   in 1995 because -- actually 1995; yes, '95.

16       **Q.   And what happened in 1995?**

17       A.   After that I went and I worked with

18   another physician group, I don't remember the exact

19   name of it right now, working out of Memorial

20   Regional Hospital in Hollywood.

21       **Q.   And what kind of work were you doing**

22   **with that physician group?**

23       A.   I was working again as OB/GYN and

24   maternal fetal medicine.

25       **Q.   And how long were you with the group**

1    **in Hollywood?**

2         A.   Until -- until about, if I recall --

3    it's been some time now -- maybe about 2000 --

4    probably around 2000.

5         I don't recall the exact year.

6         **Q.   And why did you leave that group?**

7         A.   Because I was offered another position

8    which I accepted.

9         **Q.   And what was that position?**

10        A.   There was another physician I was

11   working in Fort Lauderdale, and he wanted a

12   maternal fetal medicine person with him, and I

13   joined that group.

14        **Q.   And what was the name of that group?**

15             **And if you don't recall the name of**

16   **the group --**

17        A.   I don't recall the name of the group.

18   Trying to remember the name of the doctor who was

19   in charge.  I don't recall his name.

20        I have a picture of him, but I don't

21   recall his name.

22        **Q.   But again, doing OB/GYN work there as**

23   **well.**

24        A.   Doing the same, OB/GYN, and -- well,

25   mainly with him it was mainly maternal fetal

1    medicine.

2        **Q.   How long were you with that group or**

3    **associated with that doctor?**

4        A.   At that time, until somewhere around

5    2002.  In 2002, I think that's when I left that

6    group.

7        **Q.   Where did you go?**

8        A.   I went, because I wanted to be closer

9    to my home, I worked with another doctor in

10   Lauderdale Lakes, again doing OB/GYN and maternal

11   fetal medicine.

12       **Q.   Do you remember the name of the**

13   **doctor?**

14       A.   That was Dr. Epstein.

15       **Q.   How long were you associated with Dr.**

16   **Epstein?**

17       A.   Until 2003.

18       **Q.   What happened in 2003?**

19       A.   In 2003, there was a group in Tampa

20   that asked me to come and work with them, and I

21   accepted because, at that time, I was thinking of

22   probably moving to that area.  So I accepted that

23   position.

24       **Q.   And did you move to Tampa?**

25       A.   No.

1          **Q.   What happened?**

2          A.   Why?

3          **Q.   Yeah.   What happened?**

4          A.   My wife didn't want to move.

5          **Q.   That's a good reason.**

6              **So did you accept that position?**

7          A.   Yes, I accepted it.

8          **Q.   But you were living out here on the**

9    **east coast?**

10             A.   Out on the Florida west coast and I

11   was commuting.  I had an arrangement.  The way my

12   schedule was arranged is that I was -- I was

13   working just one weekend to cover weekends, just

14   one weekend per month.  So I was commuting back and

15   forth.

16         **Q.   And how long were you doing that one**

17   **weekend a month in Tampa?**

18             A.   Well, that's just for the weekend

19   coverage.  I was working during the week and

20   covering calls, but then I had to schedule for the

21   weekend coverage so I could be home for three

22   weekends.  That's the way they arranged it for me

23   so I could be home for most weekends.

24         **Q.   And how long were you associated -- by**

25   **the way, what was the name of this group in Tampa?**

1          A.   That was Tampa Obstetrics.

2          **Q.   And what were you doing there?**

3          A.   And I was, again, regular general

4    OB/GYN plus maternal fetal medicine.

5          **Q.   How long were you with them?**

6          A.   2006.

7          **Q.   And what happened in 2006?**

8          A.   At that time I started having problems

9    with my vision.

10         **Q.   What do you mean problems with your**

11   **vision?**

12         A.   Well, I have diabetes, and they call

13   it diabetic retinopathy.  It was in my right eye

14   and it was diagnosed as having edema of the macula.

15              As a result of that, I did not have

16   binocular vision.  What my right eye was seeing was

17   different from what my left eye was seeing, and it

18   was difficult utilizing a lot of instruments that

19   were necessary.  And if I continued to do that, I

20   felt I was going to put patients at risk, and I

21   decided to just stop doing what was right at that

22   time.

23         **Q.   Did you continue working in 2006?**

24         A.   Yes.  I came back to Fort Lauderdale

25   in 2006.

1          **Q.   And what did you start doing at that**

2     **time?**

3          A.   After that I started working in pain

4     management.

5          **Q.   Were you associated with a particular**

6     **group or practice?**

7          A.   Yeah.  There is a group called

8     American Medical Management Associates.

9          **Q.   Where was that group?**

10          A.   That group had several different

11     offices.

12               I worked initially at an office on

13     Federal Highway, and then they transferred me to

14     another office which they had in Lauderhill, which

15     was closer to my home.  So it was pain management

16     and some addiction medicine.

17          **Q.   What do you mean addiction medicine?**

18          A.   Treating patients who were addicted to

19     opioids.

20          **Q.   And at the end of 2006, how long**

21     **were you with American Medical Management**

22     **Associates?**

23          A.   2006 I worked with them for

24     approximately maybe three or four years.  I'm not

25     too sure, but approximately three or four years.

1          **Q.   So between 2009 and 2010?**

2          A.   From 2006 until about 2009, 2010, yes.

3          **Q.   What did you do after that?**

4          A.   After that I started seeing patients

5     for -- basically for another -- out of another

6     office I worked pretty much doing the same thing.

7          **Q.   What was the name of that office?**

8          A.   I can't -- I can't recall the name of

9     the office right now.  I was doing pretty much the

10    same thing, some patients with pain management, and

11    I was also treating patients who were addicted to

12    opioids.

13         **Q.   Going back to just briefly the**

14    **American Medical Management Associates, the pain**

15    **management work you were doing there, was that in**

16    **connection with automobile accident patients?**

17         A.   No.  No.

18         **Q.   How about at the place you started**

19    **working in '09 and '10, was that automobile**

20    **accident patients?**

21         A.   No.

22         **Q.   How long were you with this office**

23    **that you began working with in 2009 and 2010 that**

24    **you don't recall the name?**

25         A.   Let me try to go back.

1          MR. HENESY:  Let's go off the record a

2      second?

3          (Whereupon, an off-the-record

4      discussion was had:)

5          MR. HENESY:  Let's go back on the

6      record.

7    BY MR. HENESY:

8          **Q.   Continue, Doctor, please.**

9          A.   From 2000 -- let me -- what was the

10    last question that you asked?

11         **Q.   Sure.  So let me back up and see if we**

12    **can give you some context here.**

13              **From 2006 to about 2009, 2010, you**

14    **testified you worked with a practice called**

15    **American Medical Management Associates.**

16              **Is that correct?**

17         A.   That's correct.

18         **Q.   After that in around 2009, 2010, you**

19    **worked with another group again doing pain**

20    **management and addiction medicine.  And my question**

21    **was how long were you with that group?**

22         A.   That second group.  Okay.  I was with

23    them -- actually when I left that first -- that

24    group at American Medical Associates, actually I

25    started working at several different offices, not

1    just one single office.  I was doing the same pain

2    management with some addiction medicine working at

3    several different offices.

4         **Q.   That was after you left --**

5         A.   After I left that second group.

6              When I went to work with that second

7    group, I started working with them, and also I

8    worked with two other offices I was working with.

9         **Q.   And it was all the same kind of**

10   **practice?**

11        A.   Same kind of practice.

12        **Q.   So just so the record is clear,**

13   **beginning in around 2009 or 2010, you began to work**

14   **not for one office, but for approximately three**

15   **offices, all of which were in the practice of pain**

16   **management and addiction medicine.**

17        A.   Right.

18        **Q.   So for three years -- withdrawn.**

19              **You begin working for these three**

20   **offices in 2009, 2010.**

21              **How long was that the status quo?**

22        A.   Well, from that particular time, there

23   are a lot of different offices I started working

24   out of.  I didn't have an office of my own.  So

25   people would ask me to come into their own offices

1     and see patients there for them.  And some I can't

2     give you an exact date when I started it, some of

3     this involved seeing some accident patients.  And I

4     would go to the office and see the patients there

5     because it was more convenient for their patients

6     rather than having to travel to another office, I

7     would go to different offices and see patients

8     there for them.

9          **Q.   So my question is why the shift?  We**

10     **just went through a lot of the background and you**

11     **were sort of just working at one place, and then**

12     **the next place, and then the next place.  And then**

13     **around 2009, 2010, you sort of shifted your**

14     **practice; is that right? to working at multiple**

15     **places at once?**

16          A.   Yes.

17          **Q.   Was there a reason for that?**

18          A.   Well, remember I told you I stopped

19     doing OB/GYN.  And then afterwards I started

20     working with this American Medical.

21          And after when -- after I left that

22     practice, then people started asking me if I would

23     come and see patients for them.  So I was able to

24     go to different offices, different times a week and

25     work at different offices.

1          **Q.   Now, there came a time eventually**

2    **where you became associated with a clinic called**

3    **Quality Diagnostic; is that right?**

4          A.   Yes.

5          **Q.   And when did you become associated**

6    **with Quality Diagnostic?**

7          A.   I started working at Quality

8    Diagnostic maybe some time in 2017, I think.

9              MR. CARRAZANA:  Speak up a little

10         louder.

11         A.   Some time in 2017.

12   BY MR. HENESY:

13         **Q.   Now, you also -- is it correct that**

14   **you also have an association with a staffing agency**

15   **called Healthcare Staffing Associates?**

16         A.   Yes.

17         **Q.   When did you first become associated**

18   **with Healthcare Staffing Associates?**

19         A.   I can't give you an exact date, but

20   that's the company that asked me to provide

21   services at different offices.

22         **Q.   So was it in the last two years, the**

23   **last five years?**

24         A.   Has to be within the last two years.

25         **Q.   So back in 2009, 2010 when you began**

1    at multiple offices, were you doing that on your

2    own or were you doing that through a staffing

3    agency?

4         A.   No.  That was on my own.

5         Q.   And so what I'm trying to get at is

6    for how long were you doing that?  For how long

7    were you working out of multiple offices on your

8    own in your individual capacity and not through a

9    staffing agency?

10        A.   I was doing it on my own until it was

11   the staffing agency contacted me.

12        Q.   So in between 2010 and 2017, you were

13   working on your own?

14        A.   I was working on my own, yes.

15        Q.   And during that 2010 to 2017 period,

16   what was the nature of your practice in general

17   terms?

18        A.   At that time mainly addiction

19   medicine, and there were people asking me to come

20   and evaluate accident patients; patients involved

21   in accidents.

22        Q.   Do you have a percentage of, if you

23   know, the percentage of your practice that was not

24   with automobile accident patients and the

25   percentage of your practice that was during that

1    **time?**

2            A.   I never really looked at what

3    percentage it was.

4            **Q.   Was one far exceeding the other?**

5                  **For example, was your practice mostly**

6    **addiction medicine and just some auto accident**

7    **victims or vice-versa?**

8            A.   I would say it was more -- probably

9    more accident victims, accidents, than addiction

10   medicine.

11           **Q.   So when did that -- when would you say**

12   **that became the case, that your practice became**

13   **mostly automobile accident victims?**

14           A.   Well, it all depended.  I would be

15   asked to see at some time some, you know, from

16   different offices.  I can't say exactly when that

17   shift actually occurred from one to the other.

18   It's going to be a blending.  Somewhere along the

19   line it started off with addiction medicine, have

20   my own practice in addiction medicine, and then

21   people started asking me to come in to see accident

22   -- patients involved in motor vehicle accidents.

23                  And then as I started seeing the

24   amount of patients that I was seeing for addiction

25   medicine started falling off.  I started shifting

1     those out because, again, as I mentioned, I did not

2     have a single office location.  I was not working

3     out of a single office.

4           Now, in order to see my addiction

5     medicine patients, I had to be seeing them out of a

6     location, a single location.  So there was one

7     location that I had been using where I was doing

8     both.

9           And then at some stage, as I started

10    getting patients off their opioids, and then there

11    came some time when I had stopped taking new ones.

12    And then that's where that sort of shift started

13    occurring.  I started seeing more of the patients

14    from the motor vehicle accidents than for addiction

15    medicine.

16    **Q.   Do you have any board certifications?**

17    A.   Yes.

18    **Q.   What are they?**

19    A.   Board certified in OB/GYN, in maternal

20    fetal medicine.  I have -- in pain management is

21    not a board certification, but it's become an

22    equivalent for people who have not done residencies

23    in pain management.

24          So I have the permit of the Academy

25    for Integrative Pain Management.  So I have a

1    permit of that.  And I'm also board eligible right

2    now in addiction medicine.

3         **Q.   I'm sorry.  It was the Academy of**

4    **Integrative Pain Management?**

5         A.   Integrative Pain Management.

6         **Q.   Did you have to go through any**

7    **training, any classes, take any tests for that?**

8         A.   You have to take an examination.  It's

9    a 3-hour examination.

10        **Q.   And was there any classroom study**

11   **before that or it was just a test?**

12        A.   It was a test.  Obviously in order to

13   take the test, you have to be familiar with the

14   material.  They don't just put it out there.  You

15   have to attend classes, attend lectures and

16   seminars online offered by the academy, and then

17   you apply to take the examination.

18        **Q.   When did you take that examination?**

19        A.   What year?  I don't remember the exact

20   year.  Probably about -- I'd be guessing -- 2011,

21   2012.  I don't remember the exact year.

22        **Q.   Is there any CME?  Is there any**

23   **continuing medical education requirements --**

24        A.   Yes.

25        **Q.   -- for the integrative pain**

1        **management?**

2              A.   Pain management, yes.  In order to

3        maintain it, you have to do CMEs in pain

4        management.

5              **Q.   And are you current with that?**

6              A.   Yes.

7              **Q.   Has your license -- your medical**

8        **license ever been subject to discipline?**

9              A.   Yes.

10             **Q.   How many times?**

11             A.   At least twice.  Twice, if I recall.

12             **Q.   Tell me about the first time.**

13             A.   First time is there was a patient who

14       was delivered by vaginal delivery on a large baby

15       of a diabetic mother.  And they allege that there

16       was both injury.  That was the charges that were

17       brought up.

18             **Q.   Well, what specifically were you**

19       **alleged to have done or not done?**

20             A.   Oh.  They claim that I should have

21       done a Cesarean section.

22             **Q.   Did you give any testimony as part of**

23       **that case?**

24             A.   Yes.  Yes.

25             **Q.   During that time, is it -- withdrawn.**

1          **Have you ever doctored or fabricated a**

2    **medical record?**

3          A.   There was an -- I was alleged in the

4    complaint to the board that I had doctored records.

5          **Q.   Well, did you -- in fact, did you**

6    **testify that you did, in fact, doctor the records?**

7          A.   I did not testify that I doctored the

8    records.

9               MR. CARRAZANA:  Can you speak more

10         clearly?

11         A.   I did not testify that I doctored any

12   records.

13              I gave an explanation as to a reason

14   that there was differences in the records.

15              MR. HENESY:  Let's mark this as No. 2.

16              (Thereupon, Plaintiff's No. 2, 3/23/94

17         State of Florida, Department of Business

18         and Professional Regulation, Board of

19         Medicine, Administrative Complaint Against

20         Moulton Keane, MD, was marked for

21         Identification.)

22   BY MR. HENESY:

23         **Q.   I've marked as Plaintiff's Exhibit No.**

24   **2 an administrative complaint from the State of**

25   **Florida, Department of Business and Professional**

1    Regulation, Board of Medicine.  This is dated

2    March 23rd, 1994.

3              Doctor, is that at or around the time

4    of this first disciplinary case?

5        A.  Yes.

6        Q.   So in the early to mid '90's?

7        A.  Yes.

8        Q.   I'm going to ask you to take a look at

9    Exhibit 2, generally speaking first, and then I'll

10   ask you a question about it.

11             Sir, I'd ask you to just take a minute

12   to page through that entire document, and then I

13   just have a few questions about it.

14             You have had the opportunity to review

15   Exhibit 2?

16       A.  Yes.

17       Q.   So this appears to be the

18   administrative complaint that was brought against

19   you as part of this disciplinary proceeding that

20   you were just describing; is that correct?

21       A.  Yes.

22       Q.   So specifically I want you to take a

23   look at paragraph 6.

24             Do you see that?

25       A.  Yes.

1      Q.   In paragraph 6, it says:

2          "In testimony in civil court on or

3      about November 23rd, 1992, Respondent

4      admitted to falsifying Patient CM's medical

5      records."

6          Do you see that?

7      A.   Yes.

8      Q.   Is that true, sir?

9      A.   That is 1992.  This is something that

10   happened 26 years ago and I really -- this is a

11   charge against me.

12         At this point in time 26 years later,

13   I don't remember what -- what was said at the time

14   or what was said at the time when this case went to

15   trial.

16     Q.   Because your testimony is that you do

17   not recall whether or not you admitted to

18   falsifying those medical records?

19     A.   That's correct.

20     Q.   Okay.

21         So continuing, it says:

22         "Falsifying Patient CM's medical

23     records to include statements recommending

24     admission to the hospital that were not

25     made."

1          **Does that refresh your recollection?**

2          A.  I don't remember much about this case.

3          **Q.   So the answer is no, that portion of**

4   **that sentence, admitted to falsifying Patient CM's**

5   **medical records to include statements recommending**

6   **admission to the hospital that were not made, that**

7   **portion of the sentence does not refresh your**

8   **recollection as to whether or not you testified to**

9   **falsifying this patient's medical records?**

10         A.  It does not.  This does not tell me --

11  this is the charge that was made.  And whatever was

12  accurately said at the time -- at the time of the

13  trial I don't remember.

14         **Q.   Reviewing the rest of paragraph 6,**

15  **however, continuing, it says:**

16              **"To include notations indicating fetal**

17              **non-stress tests had been performed that**

18              **were not performed."**

19              **Does that refresh your**

20  **recollection at all?**

21         A.  I really -- I really don't.

22         **Q.  It does not.**

23         A.  No.

24         **Q.  Okay.**

25              **And to -- continuing:**

1          **"And to include notes on the patient's**

2          **history that Respondent had failed to**

3          **discover prior to the birth of the**

4          **patient's child."**

5          **Does that refresh your**

6     **recollection at all?**

7          A.  I don't even understand.  Reading it

8     again, notes --

9          MR. CARRAZANA:  Just listen to his

10        last question.  Does it refresh your

11        recollection?

12        A.  No, it does not.  It doesn't refresh

13    my recollection.  It doesn't.

14    BY MR. HENESY:

15        **Q.  Let me ask it this way.**

16          **The question so far -- and as I**

17    **understand your answer is I asked you, do you**

18    **recall testifying that you falsified Patient CM's**

19    **medical records, and the answer is no; correct?**

20        A.  No.

21        **Q.  No, you do not recall.**

22        A.  I do not recall.

23        **Q.  Did you falsify Patient CM's medical**

24    **records?**

25        A.  No.

1     **Q.   Okay.**

2          **Do you have any reason to understand**

3     **why this complaint would say that you testified**

4     **that you did?**

5          A.   What I can remember is that at the

6     time when this case was brought up before the board

7     of medicine, and I remember them asking me some

8     questions relating to this, and at that time I was

9     able to give them an explanation as to reason for

10    differences in the records, and the board accepted

11    my explanation.  That I remember.

12         **Q.   Take a look at paragraphs 4 and 5.**

13             **Paragraph 4 says:**

14             **"On or about November 22nd, 1992,**

15             **Respondent testified in civil court under**

16             **oath that no changes, additions or**

17             **falsifications were made by Respondent to**

18             **Patient CM's medical records."**

19             **Do you see that?**

20         A.   Yes, I see that.

21         **Q.   And the next paragraph says:**

22             **"Medical records copied in or about**

23             **1984 of Respondent's care to Patient CM are**

24             **not identical to the medical records**

25             **subsequently obtained by the department."**

1          **Do you see that as well.**

2          A.   Yes.

3          **Q.   Does that refresh your recollection at**

4    **all as to your testimony regarding the difference**

5    **between those records?**

6          A.   It refreshes my recollection as to the

7    reason that there was a difference in the records.

8          **Q.   Oh, okay.**

9               **What was the reason?**

10         A.   The reason is that notations were

11   made, if I can recall correctly, I made notations

12   in the record because the patient was going to be

13   referred out to an endocrinologist, and I made some

14   notes on the record explaining -- asserting things

15   about the history -- I don't remember exactly what,

16   but I made some notations on the record prior to

17   sending the records to an endocrinologist so that

18   the patient could be followed up by an

19   endocrinologist.  And as you remember, that was the

20   conflict for the difference in records that were

21   seen -- obtained before and records obtained after.

22         **Q.   What you just described, that sounds**

23   **different than admitted to falsifying Patient CM's**

24   **records, though; right?**

25         A.   This is a charge that was made against

1    me, and I just gave you the explanations that I

2    remember making.  And my explanation was accepted

3    by the board.  That's why I wasn't sure.  This

4    doesn't tell you that.

5         MR. HENESY:  Exhibit 2 is removed from

6         the witness.

7    BY MR. HENESY:

8         **Q.   Now, as a result of this disciplinary**

9    **case that we described, do you recall if you**

10   **received any punishment?**

11        A.   In that case it was unsupervised

12   probation for one year, and then there was a fine.

13   That was it.

14        **Q.   Did you have to perform community**

15   **service?**

16        A.   I think so.  Yes, I think I did have

17   to do community service.

18        **Q.   And did you receive a public reprimand**

19   **from the board?**

20        A.   Yes.

21        **Q.   So you testified that you recall there**

22   **were two instances of discipline.  So we have now**

23   **sort of talked about the first one.**

24             **What was the second disciplinary**

25   **action?**

1          A.   Second one involved treating some

2     patients' pain management.

3               Q.   Okay.

4                    And what about your treatment of the

5     patients' pain management?

6               A.   That was saying that I -- if I

7     remember, the complaint was that I prescribed

8     certain patients certain medications.  And then the

9     medications were listed for each patient.  And I

10    think that's what was in the complaint, that I

11    prescribed this medication, that medication for

12    that patient, and then that medication again for a

13    second patient, medication for a third, for

14    approximately nine patients they're saying that I

15    prescribed these medications.  That was the nature

16    of the complaint.

17              Q.   Okay.

18                   You testified that you were

19    prescribing these medications.

20                   In fact, the allegation was -- was it

21    correct that the allegation was that you were

22    overprescribing medications?

23              A.   I don't remember they said I

24    overprescribed.  They said I prescribed.  I don't

25    remember.  I don't remember.

1          **Q.   So let's see if we can refresh your**

2     **recollection.**

3               MR. HENESY:  I'm going to mark as

4          Plaintiff's Exhibit 3 a document entitled

5          State of Florida, Department of Health --

6          Department of Health, Petitioner, your

7          name, Moulton Keane, MD, Respondent, case

8          number 200716370.  This document is dated

9          December 18, 2009.

10              (Thereupon, Plaintiff's No. 3,

11         12/18/09 Department of Health versus

12         Moulton Keane, MD, was marked for

13         Identification.)

14    BY MR. HENESY:

15         **Q.   Is that at or around the time the**

16    **action that you are describing?**

17         A.   Yes.

18         **Q.   So now, you are certainly free to read**

19    **this entire document.  This is a 22-page document.**

20    **So I'll direct your attention to page 18 of this**

21    **document, and paragraph 78, which is, "Respondent**

22    **failed to meet the required standard of care in one**

23    **of the following ways," and I'll just ask you to**

24    **review letters A through K, and then paragraph 79.**

25              **Thank you.**

1          **Have you had an opportunity to review**

2   **that, Doctor?**

3          A.  Yes.

4          **Q.   Does that refresh your recollection as**

5   **to the nature of the allegations as they related to**

6   **your prescription of medication?**

7          A.  Well, yes.  These are the allegations

8   that were made.  Yes.

9          **Q.   And so are part of those allegations**

10  **that you were prescribing essentially too much?**

11         A.  No.  It says "inappropriate."

12         **Q.   And one of those says specifically**

13  **that you were prescribing two substances**

14  **simultaneous to one another.  I believe it's**

15  **paragraph A.**

16         A.  From what I'm reading here, each of

17  these they are saying inappropriately prescribing

18  these medications.

19         **Q.   Okay.**

20         **And so what is your understanding,**

21  **then, sir, as to what was meant by inappropriate?**

22  **Do you recall the nature of what was inappropriate**

23  **about these prescriptions?**

24         A.  Well, I remember this question being

25  raised at the time.  And the counsel I had at that

1    time verified that the actual doses of the

2    medications that I actually prescribed were well

3    within the standard of care.

4           And actually I had gone to a lecture

5    which was given by the attorney for the board of

6    medicine at the time.  I attended a lecture in

7    which he gave at Broward General Medical Center.

8    He recommended doses.  We were able to show that I

9    was in compliance with his recommendations.  Even a

10   booklet which was produced by the board under his

11   direction that showed the doses I had been

12   prescribing were well within the limits that he

13   says should be used.

14         **Q.   So some of the medications, just**

15   **because we are calling them medications, some of**

16   **the medication we're talking about are opioids;**

17   **right?**

18        A.   Yes.

19         **Q.   Some are them are narcotic analgesics;**

20   **right?**

21        A.   Yes.

22         **Q.   Some of them are prescription strength**

23   **central nervous system depressants; is that right?**

24        A.   Yes.

25         **Q.   Now, do you recall if you received any**

1    **punishment in connection with this disciplinary --**

2        A.   This document, if I remember, that I

3    was given a year of supervised -- one year

4    probation, supervision, and I had to pay a fine and

5    do community service.

6        **Q.   And again, you received a public**

7    **reprimand; is that right?**

8        A.   Yes.

9        **Q.   Do you know why you received that --**

10   **those -- we'll just call it punishment for lack of**

11   **a better word -- that punishment if you had the**

12   **attorney for the board of medicine, and you had**

13   **this -- you sort of had this literature that you**

14   **had support for what you were doing.**

15            **So I'm just confused as to if there**

16   **was nothing wrong with what you were doing, why you**

17   **received the punishment?**

18       A.   The reason for that is I was asked if

19   I was going to continue practicing pain management,

20   and my answer was yes.

21           And just before they broke off, one of

22   the board members says, wait, hold on a minute.  If

23   he's going to continue practicing pain management,

24   then we should have him being supervised, and

25   that's when the board said that I should be

1    supervised.

2         **Q.   But do you recall having to perform**

3    **100 hours of community service?**

4         A.   Yes.

5         **Q.   Do you know why you had to perform**

6    **100 hours of community service if you didn't do**

7    **anything?**

8         A.   I don't know how the board comes up

9    with a figure.  I have no idea.  But from what I've

10   been reading, they always do.

11        **Q.   And is it your understanding that they**

12   **issued that mandate that you had to perform**

13   **100 hours of community service even though they had**

14   **found you had done nothing wrong?**

15        A.   Nobody says whether or not I had done

16   anything wrong.  There is no question as to wrong

17   or right.

18            What you presented here was brought

19   up, explanations were given by myself and by my

20   attorney, and they came up with this form of

21   punishment, whatever you call it.  And it was going

22   to just remain at community service and the fine,

23   until one board member asked the question am I

24   going to continue doing pain management?

25            And when I said yes, he said, well

1    then we need to have supervision.

2         **Q.  Okay.  I'll take that back.  Thank**

3    **you.**

4         MR. HENESY:  Removing Exhibit 3 from

5         the witness.

6    BY MR. HENESY:

7         **Q.  Now, sir, is it correct that earlier**

8    **this year you were arrested?**

9         A.  Yes.

10        **Q.  And what is your understanding as to**

11   **why you were arrested?**

12        MR. CARRAZANA:  On the advice of his

13        criminal counsel, I'm in contact with him,

14        he's going to -- my client is not going to

15        be answering any questions related to the

16        criminal case.  He's pleading the 5th.

17        There will be no questions relating to

18        that.

19        MR. HENESY:  Okay.  So let's just go

20        off the record for a second.

21        (Whereupon, an off-the-record

22        discussion was had:)

23        MR. HENESY:  Back on the record.

24        We had a conversation off the record,

25        counsel and I, regarding the witness's

1        intention to invoke his 5th Amendment

2        privilege against self-incrimination.

3             I'm going to ask the question I just

4        asked, I'm going to reask it, I'll have the

5        witness give his answer.  And then any

6        prospective questions where the witness

7        wishes to invoke his 5th Amendment

8        privilege against self-incrimination, we've

9        agreed, counsel and I, that the witness

10       will just say "5th."  And then after that,

11       the record will reflect that the witness

12       has said "on the advice of counsel, I

13       hereby invoke my Fifth Amendment privilege

14       against self-incrimination."

15            Counsel, is that your understanding?

16            MR. CARRAZANA:  Yes.

17            MR. HENESY:  And you will consent to

18       that?

19            MR. CARRAZANA:  Yes.

20       BY MR. HENESY:

21            **Q.   So my question was, sir, what was your**

22       **understanding as to why you were arrested earlier**

23       **this year?**

24            A.   On the advice of counsel, I hereby

25       invoke my 5th Amendment privilege against

1    self-incrimination.

2         **Q.   Did you fabricate any medical records**

3    **of Quality Diagnostic?**

4         A.   On the advice of counsel, I hereby

5    invoke my 5th Amendment privilege against

6    self-incrimination.

7         **Q.   Did you list findings on examination**

8    **reports that Quality Diagnostic that were not true?**

9         A.   On the advice of counsel, I hereby

10   invoke my 5th Amendment privilege against

11   self-incrimination.

12            MR. CARRAZANA:  Hold on.

13            Can we have a minute break?

14            MR. HENESY:  Uh-huh.

15            MR. CARRAZANA:  Are we referring to

16       this case?  The question is very broad.

17            MR. HENESY:  Let's go off the record.

18            (Whereupon, an off-the-record

19       discussion was had:)

20            MR. HENESY:  Back on.

21            We've had a conversation off the

22       record with counsel and we are just going

23       to continue with the deposition at this

24       time.

25   BY MR. HENESY:

1        **Q.   Sir, do you have an ownership interest**

2   **in any healthcare practices?**

3        A.   No.

4        **Q.   Do you have a cellphone?**

5        A.   Yes, I do.

6        **Q.   Do you ever use your cellphone in**

7   **connection with your work at Quality Diagnostic?**

8        A.   If I'm called by them, but not on any

9   regular basis, no.

10        **Q.   Did you ever communicate via text**

11   **message with anyone at Quality Diagnostic?**

12        A.   I'm not sure.  I might have.  I don't

13   know.

14        If that's something that's important

15   but not something I would do on a regular basis.

16   So I don't know.  I can't answer.

17        I might have.  I don't want to tell

18   you a lie.  So I don't know.

19        **Q.   So you are not sure --**

20        A.   I'm not sure, no.

21        **Q.   Do you have an email account in**

22   **connection with Quality Diagnostic?**

23        A.   No.

24        **Q.   Do you know this email account,**

25   **qualitydiagnostichealth, one word, @gmail.com?**

1         A.   That might be the email address

2    possibly.

3         **Q.   We spoke earlier about a staffing**

4    **agency called Healthcare Staffing Associates;**

5    **right?**

6         A.   Yes.

7         **Q.   We said that you were associated with**

8    **that company; is that right?**

9         A.   I don't know what you mean by

10   associated with.  If you could be more specific

11   what you mean.

12        **Q.   Okay.  That's fine.**

13            **I'm going to call it HSA for the**

14   **purposes of today.  Is that all right?**

15        A.   Yes.

16        **Q.   So did you ever sign a contract or**

17   **have any sort of employment agreement with HSA?**

18        A.   I think I have had -- we had an

19   employment agreement.  I don't remember actually

20   signing a contract.  I know we had an agreement

21   between myself and who owns that agency.

22        **Q.   So you have a written agreement with**

23   **them?**

24        A.   Maybe.  I don't even have one -- I

25   don't have one personally.

1            If there was one, I don't even

2     remember if I signed anything with them.

3            **Q.   How did you become associated with**

4     **HSA?**

5            A.   Because the person who owns it asked

6     me if I would perform services at clinics.

7            **Q.   And what's that person's name?**

8            A.   That's Rolando Torres.

9            **Q.   How did you meet Rolando Torres?**

10           A.   I think I was -- I was -- oh, he got

11    in touch with me, someone else who knew him, and he

12    was able to contact me.

13           **Q.   So like a friend of a friend?**

14           A.   Yeah.  I guess he was looking for

15    somebody to provide services of somebody, and

16    somebody told him about me.

17           **Q.   Do you remember when you met Rolando**

18    **Torres?**

19           A.   I don't remember.

20           **Q.   Was it in 2017?**

21           A.   It was some time even prior to that.

22    I don't recall the exact date or year when that

23    was.

24           **Q.   And so did you meet Rolando Torres in**

25    **person or did you speak over the phone?**

1          A.   No.  I met with him in person.

2          **Q.   And what did you talk about?**

3          A.   No.  He was -- somebody referred me to

4    him because he was looking for someone to provide

5    services, and that's how I met with him.

6               He had an office somewhere, I don't

7    remember the exact place where it is now because

8    I'm not too familiar with that area, but I remember

9    meeting with him at an office, and asked if I would

10   be able to provide services at offices that he -- I

11   guess he provides physician services.  And I

12   remember he asked me if I would be willing to do

13   it.

14              I said yes, depending on what it is.

15         **Q.   Did he tell you that there was a**

16   **specific place that he wanted you to provide**

17   **services?**

18         A.   Whenever he called me, he would let me

19   know exactly what it is.

20         **Q.   When you spoke to him, was it your**

21   **understanding that there was something lined up**

22   **that he was speaking to you about a specific**

23   **opportunity?**

24         A.   I think when I met with him the first

25   time, it was just sort of in general, not that

1       there was something.

2               And I said yeah, available -- if I

3       have -- if I'm available at the time, yes, I will,

4       you know, let me know what you have.

5           Q.   And then did he get back to you with

6       an opportunity?

7           A.   Yes, he has gotten back to me.

8           Q.   And what was the opportunity?

9           A.   Well, one of them was the services at

10      Quality Diagnostic.

11          Q.   Generally speaking, can you describe

12      essentially the arrangement that you have --

13      withdrawn.  Let's see if we can do it this way.

14              When you provide services -- perform

15      services at a clinic through your association with

16      HSA, are you working as an employee of the clinic

17      or of HSA?

18          A.   HSA.

19          Q.   Who pays you?

20          A.   HSA.

21          Q.   And how much do you get paid for your

22      work at HSA?

23          A.   Being paid on an hourly rate.

24          Q.   What's the hourly rate?

25          A.   $85 an hour.

1          Q.   Was that something you negotiated or

2     was that the standard rate?

3          A.   It was just a rate that was offered

4     me, and I said -- and I accepted.

5          Q.   How many different clinics or offices

6     have you worked out of through your association

7     with HSA?

8          A.   Three.

9          Q.   What are those clinics?

10          A.   There is Quality Diagnostic, and there

11     is New Generation, and there was a third one.  I'm

12     trying to recall the name.

13              The third one I can't recall the name

14     right now.

15          Q.   What was the first office you worked

16     out of through your association with HSA?

17          A.   That was at Quality Diagnostic first.

18          Q.   And how long after -- withdrawn.

19              Do you remember when you started

20     working at Quality Diagnostic?

21          A.   I think it was some time early in

22     2017.

23          Q.   How long after you began working at

24     Quality Diagnostic did you begin to work at the

25     second office?

1          A.  I don't remember.  I don't keep track

2    of that.

3              **Q.   What was the second office?**

4          A.  The second one was New Generation.

5              **Q.   Do you still work at New Generation?**

6          A.  No.

7              **Q.   By the way, do you still work at**

8    **Quality Diagnostic?**

9          A.  No.

10             **Q.   The third office, you don't recall the**

11   **name?**

12         A.  I don't recall the name of it.  I'm

13   trying to -- the name just right at this point in

14   time, the name just escapes me.

15             **Q.   Do you still work at this third**

16   **office?**

17         A.  No.

18             **Q.   Are you still working through HSA in**

19   **any capacity?**

20         A.  No.

21             **Q.   Is there any reason for that?**

22         A.  I just decided not to.

23             **Q.   What was the reasons for not --**

24         A.  That was personal.  I just didn't want

25   to work with them any more.

1          **Q.   No reason?**

2          A.   Personal.  Personal reason.

3          **Q.   What do you mean?**

4          A.   It's a personal reason.  I decided I

5     do not want to work through HSA any more.

6          **Q.   Well it's a very broad answer.  So I'm**

7     **just seeing if you can tell me what you mean by a**

8     **personal reason.  I don't really understand.**

9          A.   Personal.  Personal.  It's a decision

10    I made that I would not.

11         **Q.   I'm sorry?**

12         A.   It's a personal decision that I made.

13    I would not be working -- that I would not be

14    working through HSA any more.

15         **Q.   Well, what were the factors that went**

16    **into that decision?**

17         A.   Well, some of the factors have to do

18    with this lawsuit that we're engaged in right now.

19         **Q.   This lawsuit was a factor you**

20    **considered --**

21         A.   One of the factors that I considered.

22         **Q.   Other than this lawsuit, what were the**

23    **other factors?**

24         A.   As I said, they were personal, sir.

25    They were my personal reasons, which means it's

1    personal.

2         **Q.   I understand that, sir.  We are in a**

3    **deposition, though, in a lawsuit.**

4         A.   You asked me what are the others, and

5    I said my reasons are personal that I do not wish

6    to divulge.

7              MR. HENESY:  Is there any indication

8         of privilege here or something?

9              MR. CARRAZANA:  No.

10   BY MR. HENESY:

11        **Q.   Did HSA tell you they didn't want you**

12   **to work for them any more?**

13        A.   No.

14        **Q.   When was the last time you spoke to**

15   **Rolando Torres?**

16        A.   I believe about anywhere from one to

17   six weeks.

18        **Q.   And what did you talk about?**

19        A.   Just that I will not be working any

20   more.

21        **Q.   And did you give him a reason?**

22        A.   No.

23        **Q.   Did he ask why?**

24        A.   No.

25        **Q.   He didn't ask?**

1          A.   No.

2               **Q.   Do you know if HSA is under any sort**

3     **of investigation?**

4          A.   No, I don't.

5               **Q.   Was your arrest a factor in not**

6     **working for HSA any more?**

7          A.   Yes.

8               **Q.   New Generation, how long did you work**

9     **for New Generation for?**

10         A.   I started working with them some time

11    again in -- some time in 2017 late.  Latter part of

12    2017, I think.

13              **Q.   And when did you stop?**

14         A.   Again, some time in May of this year.

15              **Q.   Is that at or around the same time you**

16    **stopped working Quality Diagnostic?**

17         A.   Yes.

18              **Q.   What kind of services were being**

19    **provided at New Generation?**

20         A.   Again, seeing and evaluating patients

21    involved in motor vehicle accidents.

22              **Q.   PIP, no-fault work?**

23         A.   Yes.

24              **Q.   What was your schedule -- withdrawn.**

25                   **What was your -- what were your duties**

1      and responsibilities at New Generation?

2          A.   Evaluating patients.

3          Q.   A treating doctor?

4          A.   I was asked to evaluate patients and

5      recommend a course of treatment.

6          Q.   So you were performing examinations.

7          A.   Yes.

8          Q.   Did you have a specific schedule at

9      New Generation?

10         A.   Again, you have certain hours per week

11     that I was asked to --

12         Q.   What were those hours?

13         A.   I was doing six -- initially six hours

14     a week.  And they cut one hour off and then went

15     down to five hours a week.

16         Q.   And so six hours a week, and then five

17     hours a week?

18         A.   Yes.

19         Q.   When did it shift to five hours?

20         A.   I think for approximately a month or

21     two before I stopped working.

22         Q.   Do you know what month in 2017 you

23     started working there?

24         A.   I don't remember.  I don't keep in my

25     mind.  So I'm not sure exactly what month I

1    actually started.

2         **Q.   How about season?  Fall?  Spring?**

3    **Summer?**

4         A.   I know it was the latter part of 2017.

5         **Q.   So maybe in the fall?**

6         A.   Some time around that time.  August,

7    September, somewhere around that.

8         **Q.   Are the services that -- generally**

9    **speaking at New Generation, that are provided at**

10   **New Generation similar to those services that are**

11   **provided at Quality Diagnostic or were provided at**

12   **Quality Diagnostic?**

13        A.   Yes.

14        **Q.   So rehabilitative medicine, like**

15   **rehab?**

16        A.   Yes.  I was asked to evaluate patients

17   and provide recommendations of course of treatment.

18        **Q.   And then do they have people**

19   **performing physical therapy services at New**

20   **Generation?**

21        A.   Yes, they have been providing those

22   services.

23        **Q.   Did you ever serve as the medical**

24   **director at New Generation?**

25        A.   No.

1          **Q.   Who was the medical director there?**

2          A.   I don't remember the name of the

3    person.

4          **Q.   The third clinic that you don't recall**

5    **the name, do you recall when you started working at**

6    **that third clinic?**

7          A.   Again, that would be towards the end

8    of 2017.

9          **Q.   And did that go until May of this**

10   **year?**

11         A.   Yes.

12         **Q.   Were you performing the same services**

13   **at that third clinic?**

14         A.   Yes.

15         **Q.   And what was your schedule there?**

16         A.   I was working for six, -- six hours a

17   week.

18         **Q.   I apologize.  I meant to ask this**

19   **question about New Generation.**

20              **At New Generation, you testified that**

21   **it was six hours a week and then eventually five.**

22              **Was that over the course of one day?**

23   **Was it multiple days?**

24         A.   No.  Two days, three hours each day,

25   and then one of those days, one hour -- then went

1    to -- let's see, they cut off -- oh, they cut a

2    half an hour off each day.  So I was working two

3    and a half hours two days a week.

4          **Q.   How about at that third clinic that**

5    **you don't recall the name?**

6          A.   I was doing three hours a week --

7    three hours a day for two days.

8          **Q.   While we're talking about this, I want**

9    **to talk about --**

10          MR. HENESY:  Is everyone good?

11          Anybody need a break?

12          We'll break for lunch in about a half

13          an hour.

14    BY MR. HENESY:

15          **Q.   In 2017, did you work at or perform**

16    **services at a clinic called Gonzalez's Medical**

17    **Center?**

18          A.   Gonzalez.  I think I was -- that's the

19    center that I was the medical director at.

20          **Q.   You believe you were the medical**

21    **director of Gonzalez?**

22          A.   That's what I think.  I don't know.  I

23    don't know, pain or something.  I remember the

24    name.  I think I was asked to be medical director

25    at that particular clinic.

1          Q.   Are you sure about that?  You are sort

2     of hesitating.

3          A.   I'm trying to remember.

4               MR. CARRAZANA:  He doesn't remember.

5          Just don't speculate, Doctor.

6          A.   Yeah, I remember actually perform

7     services at the Gonzalez clinic.  But there is some

8     patients that HSA asked me to work at as medical

9     director only.

10         Q.   So when I asked you earlier -- I asked

11    you to name the places that you had worked at or

12    performed services at through your association with

13    HSA.

14              Was Gonzalez's Medical Center also one

15    of those places?

16         A.   When you asked me that question, my

17    interpretation was where I actually went to those

18    places and performed and saw patients.

19              So those are those three that --

20    that's where I saw patients.

21         Q.   Easy enough.

22              So that's one category that were

23    clinics at which you actually performed medical

24    services.

25         A.   Right.

1          **Q.   Specifically in the form of**

2     **examinations.**

3          A.   Right.

4          **Q.   Are there clinics or offices at which**

5     **you served as the medical director through your**

6     **association with HSA?**

7          A.   Yes.

8          **Q.   Okay.  What are those clinics?**

9          A.   Gonzalez was one of them.

10             Let's see.  There was some others, I

11    try to remember the names, because I would just go

12    to the office and do the service of a medical

13    director on a once-per month.  Actually names of

14    the places, names I just can't keep in my head

15    because I'm just working for HSA and those places.

16         **Q.   So do you know how many clinics you**

17    **were serving as the medical director for through**

18    **your association with HSA?**

19         A.   I think there were four.

20         **Q.   And so my question was about Gonzalez.**

21             **Other than Gonzalez, can you give me**

22    **the name of any other clinics?**

23         A.   One is Gonzalez.  One was that other

24    place, the third place I talked about that I

25    couldn't recall -- I couldn't recall the name of,

1     that was medical director of that one.

2          **Q.   So you were a medical director and**

3     **performed services?**

4          A.   And performed services.

5          **Q.   But you don't recall the name.**

6          A.   Right now, I really can't remember the

7     name, exactly.

8               And then there was another place which

9     is downtown Miami is -- gosh, I just can't recall

10    the name of that any more.  I can't recall the name

11    of the others.

12         **Q.   Okay.**

13              **Can you describe what services you**

14    **performed in connection with your role as medical**

15    **director at these four clinics?**

16         A.   Going and reviewing percentage of

17    records on a monthly basis.  We were looking at the

18    services performed and making sure that the billing

19    corresponded to the services that were actually

20    done.

21         **Q.   Did you do anything else other than**

22    **that at those four clinics?**

23         A.   And that was basically what was --

24    that's what I would review on a monthly basis.

25         **Q.   Nothing else?**

1          A.   Well, as far as I can recall, that's

2    what --

3          **Q.   Was your pay rate through HSA any**

4    **different in connection with your work as a medical**

5    **director as opposed to what you were paid in**

6    **connection with actually performing services?**

7          A.   Yes.

8          **Q.   What was it?**

9          A.   I was paid $800 a month for medical

10   record services.

11         **Q.   For each clinic?**

12         A.   Correct.

13         **Q.   So those four -- the four clinics,**

14   **three of which we don't know the names of right**

15   **now, were you working at those places simultaneous**

16   **to one another?**

17              **Let me give you an example.**

18              **In July of 2017, were you the medical**

19   **director at more than one clinic?**

20         A.   Yes.

21         **Q.   So that's what I mean.**

22              **When you would serve as medical**

23   **director -- just because you were medical director**

24   **at one clinic doesn't mean you weren't medical**

25   **director at several other ones; correct?**

1          A.   Correct.

2              **Q.   So was there ever a month where you**

3      **were the medical director at four clinics?**

4          A.   Yes.

5              **Q.   So in that month, you received $3,200**

6      **for those services?**

7          A.   Yes.

8              **Q.   On top of the $85 an hour you received**

9      **as your compensation for your, like, hourly work.**

10         A.   Yes.

11             **Q.   And how many hours a month would you**

12     **say you would spend in connection with your role as**

13     **medical director at a given clinic at one clinic?**

14         A.   When I go to review, it would take

15     anywhere from an hour, one hour to an hour and a

16     half.

17             **Q.   Do you know how much HSA charges the**

18     **clinics for your services?**

19         A.   No, I don't.

20             **Q.   Did you ever ask?**

21         A.   No.

22             **Q.   Weren't curious?**

23         A.   None of my business.

24             MR. HENESY:  This is kind of a logical

25         point to stop now if we wanted to stop now

1           and go and come back at 12:30.

2                   MR. CARRAZANA:  That's fine.

3                   MR. HENESY:  It's just that I'm about

4           to launch into -- we're going to start

5           talking about Quality Diagnostic now.  So

6           we might as well just --

7                   MR. CARRAZANA:  Fair enough.

8                   (Whereupon, a lunch break was taken at

9           11:45 a.m. and, upon reconvening at 12:12

10          p.m., the following proceedings were had:)

11                  MR. HENESY:  Back on the record.

12                  I've marked as Plaintiff's Exhibit 4

13          an 8-page document.  I'm going to show it

14          to the witness and counsel at this time.

15                  (Thereupon, Plaintiff's No. 4, 7/19/16

16          Healthcare Staffing Associates Personal

17          Information Form for Moulton Keane, MD, was

18                  marked for Identification.)

19   BY MR. HENESY:

20          **Q.   Sir, do you recognize Exhibit 4?**

21                  MR. HENESY:  I'll withdraw that

22          question.

23   BY MR. HENESY:

24          **Q.   Sir, have you had the opportunity to**

25   **review all of the pages of Exhibit 4?**

1       A.  Yes.  I've just looked at it.

2           **Q.  Do you recognize those documents?**

3       A.  Yes.

4           **Q.  Okay.**

5               **What are they?**

6       A.  It's a form which was provided to me

7   at the Staffing Associates requesting certain

8   information from me.

9           **Q.  And did you fill this form out at or**

10  **around the time you first began working with HSA?**

11      A.  At around the time, I would say yes.

12          **Q.  And on the first page, whose**

13  **handwriting that appears on that page?**

14      A.  That's my handwriting.

15          **Q.  And on the second page, do you see the**

16  **signature on that page?**

17      A.  Yes.

18          **Q.  Whose signature is that?**

19      A.  That's my signature.

20          **Q.  And the date next to the signature, is**

21  **that also your handwriting?**

22      A.  Yes.

23          **Q.  And you see the date, it says July 19,**

24  **2016.  Right?**

25      A.  Yes.

1      **Q.   So it appears from these pages of this**

2      **document that your association with HSA dates back**

3      **to somewhere around July of 2016; is that right?**

4           A.   Yes.  Based on this, yes.

5           **Q.   Did you work at any clinics or offices**

6      **through your association with HSA in 2016?**

7           A.   I don't recall working at any offices.

8      I might -- this might have been the time when he

9      asked me to come, you know, if I would be able to

10     provide services asked for by them.

11          When I actually started providing

12     services I can't say.

13          **Q.   So there was -- so it appears that**

14     **there was some time between when you first sort of**

15     **aligned yourself with HSA and when you actually**

16     **started providing services through HSA; is that**

17     **right?**

18          A.   Possibly.  I don't know.  I can't tell

19     when it was the first job that I had with them.  I

20     don't know.

21          7/19/16 is when I signed this document

22     with them to work with them.

23          When I did the first job for them, I

24     don't know.

25          **Q.   But you don't believe that it was in**

1      **2016.**

2            A.  I don't know, sir.

3            **Q.   I'll take that back.**

4                MR. SALTIEL:  Removing Exhibit 4 from

5            the witness.

6      BY MR. HENESY:

7            **Q.   So there comes a time where you begin**

8      **to work at an office called Quality Diagnostic;**

9      **right?**

10           A.  Yes.

11           **Q.   Do you know when you first started**

12     **working at Quality Diagnostic?**

13           A.   Again, it was some time, as I said, I

14     think it is some time in 2017.  I don't know what

15     the exact date is.

16           **Q.   I'm not asking for an exact date.  If**

17     **you can give me a month, it will be fine.**

18           A.   Some time early 2017 something.  I

19     don't -- I'm not sure of the exact date when I

20     first started.  I said that before.

21           **Q.   Can you tell me how it came about that**

22     **you started working at Quality Diagnostic?**

23           A.   Because Mr. Torres asked me if I would

24     provide services there.

25           **Q.   So Mr. Torres contacts you and tells**

1      **you and asks you if you would like to provide**

2      **services at Quality Diagnostic.**

3           A.   Yes.

4           **Q.   Did he give you any information about**

5      **Quality Diagnostic at that time?**

6           A.   He just told me what the services were

7      for.

8               **Q.   And what were the services?**

9           A.   To evaluate patients that have come

10     in, and they will let me know what the

11     evaluation -- what the actual services for me would

12     be to be provided.

13          **Q.   And did he tell you if this was a new**

14     **clinic?  If it was an existing clinic?**

15          A.   No.

16          **Q.   Besides this conversation with**

17     **Mr. Torres, did you speak to anybody else prior to**

18     **actually starting to work at Quality Diagnostic?**

19          A.   Just when I went there.

20          **Q.   When did you go there?**

21          A.   Well, it could be -- he gave a name

22     and address and asked me to call them so that we

23     can set up a time when I can go down there and talk

24     to them.

25          **Q.   So did you do that?  You called?**

Page 74

1        A.   Yes.

2            **Q.   Do you remember who you spoke to?**

3        A.   It was to Ms. Garcia.

4            **Q.   Ivelis Garcia?**

5        A.   Yes.

6            **Q.   And you spoke to her over the phone.**

7        A.   Yes.

8            **Q.   And did you set up a meeting?**

9        A.   Yes.

10           **Q.   And who was the meeting with?**

11       A.   It was with her.

12           **Q.   With Ivelis Garcia.**

13       A.   Yes.

14           **Q.   Was there anyone else at the meeting?**

15       A.   I know I was introduced to the owner.

16   At the time I'm not sure if he was actually present

17   at the actual meeting.

18           **Q.   And who was -- who did you understand**

19   **the owner to be?**

20       A.   Mr. Jose -- what was his last name?  I

21   can't remember his last name.  I know the first

22   name was Jose.

23           **Q.   So it was a gentleman by the name of**

24   **Jose.**

25       A.   Yes, or Jorge.  Jose or Jorge.  I'm

1    not sure, I don't speak the Spanish language.  You

2    are asking me things I don't recall, whether it was

3    Jose or Jorge.  So based on the spelling, whether

4    it was a G or an S.  That's all I can give you.

5         **Q.   And the gentleman who you understood**

6    **to be the owner was not present when you went to**

7    **the clinic for that first meeting?**

8         A.   First time I think the owner was

9    there.  I remember being introduced to the owner.

10   And I'm thinking back after that time, I think at

11   that time I was also introduced.

12        **Q.   Can you describe what the owner looks**

13   **like?**

14        A.   Short and sort of muscular build.

15        **Q.   Color hair?**

16        A.   Dark.

17        **Q.   Dark hair, short, muscular build?**

18        A.   Right.

19        **Q.   Approximate age?**

20        A.   I don't know.  That's difficult for me

21   to say.

22        **Q.   Was he around my age?  I mean, no**

23   **offense, Doctor, but you and I are different ages.**

24   **So was he around my age?**

25        A.   What's your age?

1          Q.   I'm 31.

2          A.   Probably closer to your age.

3          Q.   Maybe in his 30's?

4          A.   Maybe.

5          Q.   How long was this first meeting at

6     Quality Diagnostic?

7          A.   I don't know.

8          Q.   Was it an hour?

9          A.   I don't.  I don't time it.  So I don't

10    know.

11         Q.   And you spoke to Ivelis Garcia; is

12    that right?

13         A.   Yes.

14         Q.   Is it fair to say you spent the

15    majority of that time with Ivelis Garcia?

16         A.   Yes.

17         Q.   And what did you talk about with

18    Ivelis Garcia?

19         A.   She just told me that the job there

20    was for evaluating patients and recommending a

21    course of treatment.  That's it.

22         Q.   At that time, did you know if Quality

23    Diagnostic had a medical director?

24         A.   Yes, I knew that there was a medical

25    director.

1        Q.   Do you know who it was?

2        A.   I don't remember his name.

3        Q.   You spoke to Ivelis Garcia, and did

4   you discuss a schedule?

5        A.   Yes.  They told me how many hours I

6   was expected to work.

7        Q.   And how many hours was it?

8        A.   Initially it was 10 hours per week.

9        Q.   And over how many days would that be?

10       A.   Three days.

11       Q.   And what were the services that you

12   were told you were going to be performing?

13       A.   Evaluating patients and recommending a

14   course of treatment.

15       Q.   Performing patient examinations.

16       A.   Yes.  That's what an evaluation is, is

17   a history and examination.

18       Q.   Did they tell you that you were going

19   to be performing any other services?

20       A.   No.

21       Q.   During your time at Quality

22   Diagnostic, did you ever perform physical therapy

23   services?

24       A.   No.

25       Q.   Can you describe the outside of

1      **Quality Diagnostic?**

2           A.   It was a white building on the side

3      saying Quality Diagnostic and the telephone number.

4           **Q.   Do you know the telephone number?**

5           A.   No, I don't recall it.

6           **Q.   Is it a 1-story building?  Is it a**

7      **skyscraper?  What is it?**

8           A.   No.  It's a 1-story building.

9           **Q.   And how many entrances are there?**

10          A.   I know there is a front entrance.

11          **Q.   Is that the entrance you used?**

12          A.   Yes.

13          **Q.   When you were working at Quality**

14     **Diagnostic, did you ever have a key to the**

15     **facility?**

16          A.   No.

17          **Q.   Who do you understand to be in charge**

18     **of the facility?**

19          A.   I understand the owner.

20          **Q.   The owner.**

21          A.   Yeah.

22          **Q.   How often did you see the owner?**

23          A.   I don't know.  I never have much

24     contact with the owner.  I can't say how often I

25     saw him.

1          Q.   So you go in the front -- is the front

2     entrance the entrance to Quality Diagnostic?

3          A.   Yes.

4          Q.   What does it look like when you walk

5     in the front door?

6          A.   You walk in and there is like a small

7     sitting area with chairs and a table, and there is

8     another entrance into the left that goes into the

9     main waiting room.

10          Q.   There is a front desk?

11          A.   With a front desk.  And then behind

12     that is the medical office.

13          Q.   There is a medical office.

14              Is there a -- is there a separate room

15     for like a treatment room with treatment beds?

16          A.   Yes.  Separate rooms for treatments,

17     yes.

18          Q.   And so when we say "treatment" --

19     withdrawn.

20          A.   Whatever treatments they do for their

21     patients.

22          Q.   Was there a room that you specifically

23     used for patient examinations?

24          A.   Yes.

25          Q.   And was that the room behind

1    reception?

2        A.  Yes.

3        Q.  And there is a separate room; right?

4        A.  Yes.

5        Q.  And that separate -- that second room

6    is for like the physical therapy services?

7        A.  I only go into the room that is the

8    physician's office where I see patients.

9        Q.  You never went in the other room?

10       A.  The first time they showed me around

11   the other rooms that they have where they have the

12   therapy equipment they use and so on, just that one

13   time.  And I know where the bathroom is.

14       Q.  So that first time, does Ivelis Garcia

15   give you a tour during the first meeting?

16       A.  Yes, basically that's what it was.

17   She gave me a tour of the office.

18       Q.  Did Ivelis Garcia tell you what she

19   does at Quality Diagnostic?

20       A.  She was the office manager.

21       Q.  So at the time that you go in for this

22   meeting at Quality Diagnostic, at that time, are

23   you working at any other offices or clinics?

24       A.  At that time.  I have to think back.

25   Yes.  Yes, I was.

1            **Q.   But we established earlier that**

2      **Quality Diagnostic was the first clinic where you**

3      **performed services through HSA; right?**

4            A.   Yes.

5            **Q.   So the other offices that you were**

6      **working at were not with your association with HSA?**

7            A.   That's correct.

8            **Q.   And what were those offices?**

9            A.   Again, they were chiropractors'

10     offices that would call me and ask me to come in

11     and evaluate patients.  I would go, arrange a time

12     when I would go to the office and go in and see a

13     patient.

14           **Q.   Were you working regularly?  And when**

15     **I say "regularly," I mean did you have a set**

16     **schedule at any other office --**

17           A.   No.

18           **Q.   Hang on.**

19                **-- at the time that you first went to**

20     **meet at Quality Diagnostic?**

21           A.   As far as I recall, no.

22           **Q.   So you meet with Ivelis Garcia.  It**

23     **sounds like you briefly meet the owner of Quality**

24     **Diagnostic.**

25                **Did you meet anyone else that first**

1        **day during that first meeting?**

2              A.   I don't recall meeting anybody else,

3        not that I can remember.

4              **Q.   Do you remember how long it was after**

5        **that first meeting that you began working at**

6        **Quality Diagnostic?**

7              A.   Exact time, I don't know the exact

8        time.  It was shortly thereafter.

9              **Q.   Certainly within --**

10             A.   It could be a couple of days, but I

11       don't -- I can't give you an exact time.

12             **Q.   Probably within a week?**

13             A.   Within a week I would say, yes.

14             **Q.   And what days of the week were you**

15       **going to work at Quality Diagnostic?**

16             A.   Monday, Wednesday, Friday.

17             **Q.   And what were the hours on those days?**

18             A.   They were four hours on Monday, three

19       hours on Wednesday, three hours on Friday.

20             **Q.   And specifically were there set time**

21       **frames?**

22             A.  Yes.

23                 Monday was from 10 to 2.  Wednesdays

24       and Fridays were 10 to 1.

25             **Q.   Do you know what time the clinic**

1    opened?

2         A.   I think it went from 9 o'clock.  I

3    think so.  I'm just guessing.

4         **Q.   You are not sure?**

5         A.   Not sure.

6         **Q.   Now, at the time you met with Ivelis**

7    **Garcia, did she say anything to you about the fact**

8    **that Quality Diagnostic was like a new clinic?**

9         A.   No.

10        **Q.   When you went the first day to Quality**

11   **Diagnostic, were there any patients being treated**

12   **there that day?**

13        A.   I didn't see any patients.

14        **Q.   The first day that you worked at**

15   **Quality Diagnostic, did you treat patients?**

16        A.   I didn't treat patients.

17            I went there to evaluate patients.

18        **Q.   I apologize.  That's a layperson's**

19   **mistake.**

20            **When you -- the first day that you**

21   **went to Quality Diagnostic to work, did you examine**

22   **any patients?**

23        A.   Yes.

24        **Q.   Do you remember how many?**

25        A.   I don't remember.

1         Q.   Prior to beginning to examine patients

2    on behalf of Quality Diagnostic, did you ever speak

3    to the medical director?

4         A.   I was introduced to the medical

5    director I remember on one occasion.

6         Q.   Was it prior to --

7         A.   Not prior to.

8         Q.   Not prior to?

9         A.   No.

10        Q.   How many times -- well, when did you

11   stop working at Quality Diagnostic?

12        A.   When did I stop?

13        Q.   Stop.

14        A.   In May of this year.

15        Q.   And we're going to talk in more detail

16   about this in a minute, but did there come a time

17   where you became the medical director of Quality

18   Diagnostic?

19        A.   Yes.

20        Q.   And at the time you became the medical

21   director of Quality Diagnostic, did you continue

22   your role as performing patient examinations?

23        A.   Yes.

24        Q.   When did you become the medical

25   director?

1          A.   I think it was in November of 2017 --

2    or December.  I'm not sure exactly what month.

3          **Q.   I apologize for interrupting you.**

4               **From the time you started at Quality**

5    **Diagnostic to the time you became the medical**

6    **director; okay?  So when you started doing patient**

7    **examinations to the time you became the medical**

8    **director, how many medical directors were there at**

9    **Quality Diagnostic?**

10         A.   Just that one.

11         **Q.   Okay.**

12              **And how many times did you speak to**

13   **that person?**

14         A.   Very, very rarely.  I don't remember

15   ever seeing him.

16              I remember once at the time when he

17   came there and I was introduced to him, and I don't

18   recall any other times.

19         **Q.   Other than that one time, you don't**

20   **remember --**

21         A.   I don't recall.

22         **Q.   And do you ever recall seeing him**

23   **there other than speaking to him?**

24         A.   I only recall the first time I was

25   introduced to him.

1          Q.   That was the only time you saw him.

2          A.   I don't recall any other times.

3          Q.   So you said that Ivelis Garcia was the

4     office manager; right?

5          A.   That's what I understood.

6          Q.   Okay.

7               What did you understand her duties and

8     responsibilities to be?

9          A.   I don't know.  I never actually went

10     through what her duties.

11              She told me at the time that she was

12     the office manager, and that's what I know.

13          Q.   When you became the medical director

14     at Quality Diagnostic, did you find out what Ivelis

15     Garcia's duties and responsibilities were at that

16     time?

17          A.   Because I understood at the time as an

18     office manager, she was responsible for day-to-day

19     management of the office.

20          Q.   But beyond the day-to-day management

21     of the office, you don't know any specifics?

22          A.   Not specifics.

23          Q.   How often -- withdrawn.

24              Was Ivelis Garcia always at the clinic

25     when you were there?

1          A.   Yes.

2          **Q.   Do you recall a time when Ivelis**

3   **Garcia was not at the clinic?**

4          A.   That I can't recall any times.

5          **Q.   Did you ever see Ivelis Garcia**

6   **speaking with patients?**

7          A.   Yes.

8          **Q.   Did you ever see Ivelis Garcia offer a**

9   **patient money?**

10         A.   No.

11         **Q.   The owner who you understood to be**

12   **when you first went to Quality Diagnostic that day,**

13   **how many times did you see him at the clinic?**

14         A.   I can't -- I can't count how many

15   times I saw him.

16              I would see him sometimes.  Sometimes

17   he was not there.  I can't tell you how many times

18   I've seen him.

19         **Q.   Do you know if that person was the**

20   **owner of Quality Diagnostic throughout your entire**

21   **association with Quality Diagnostic?**

22         A.   There was a time when I -- they told

23   me that someone else was taking over ownership.

24   That's all -- that's the only way I can answer you.

25         **Q.   Do you know when that was?**

1          A.   The exact dates I don't know.

2               **Q.   Generally?**

3          A.   I don't want to give you false

4    information.

5               If I know something, I'm going to tell

6    you yes, this is it.  If I don't, I'll tell you I

7    can't recollect it.

8               **Q.   Do you know what season?**

9          A.   I don't remember, sir.  I do not

10   recall exactly when.

11              **Q.   Do you know if Ivelis Garcia has any**

12   **professional licenses or certifications?**

13         A.   I don't know.

14              **Q.   Do you know if she's licensed in any**

15   **way as a healthcare provider?**

16         A.   I don't know.

17              **Q.   Other than the owner, the medical**

18   **director and Ivelis Garcia, who else worked at**

19   **Quality Diagnostic during your time there?**

20         A.   Whoever was giving the therapy.

21              **Q.   Did you know who that person was?**

22         A.   Again, names, I'm very bad at names.

23   I don't know the name of the person.

24              **Q.   Was it one person or multiple people?**

25         A.   As far as I know, it was one person.

1          At the time there was one person who provided it.

2     And subsequently I was told that there was someone

3     else that they had employed as someone else to

4     provide therapy.

5          **Q.   To replace the first person?**

6          A.   Right.

7          **Q.   The first person who was providing the**

8     **physical therapy services, do you know if they were**

9     **a licensed physical therapist?**

10         A.   I know there was a license there,

11    physical therapy.  It was licensed for some form of

12    therapy.  I'm not sure if it was physical therapy,

13    massage therapy.

14         **Q.   You didn't know if it was physical**

15    **therapy or massage therapy?**

16         A.   No.

17         **Q.   Did you ever ask?**

18         A.   No.  They were the one supposed to be

19    providing the therapy.

20         **Q.   Well, my question was did you ever ask**

21    **what kind of license or certification that person**

22    **had?**

23         A.   No, I didn't.

24         **Q.   Were you ever curious?**

25         A.   No.  That was not my job there.

1      Q.   When you became the medical director

2   of Quality Diagnostic, did you ever ask whether or

3   not the person providing physical therapy services

4   had any kind of license or anything like that?

5      A.   At that time the person there was a

6   massage therapist.

7      Q.   Do you remember that person's name?

8      A.   No.

9      Q.   Do you know anything about their

10   background?

11      A.   No.

12      Q.   Education?

13      A.   No.

14      Q.   When the new therapist came in, it was

15   during the time you were the medical director or

16   was it before?

17      A.   I don't -- I'm not sure.

18      Q.   Did you interview the new person?

19      A.   No.

20      Q.   Did you speak to that new person at

21   all before they started providing physical therapy

22   services?

23      A.   No.

24      Q.   So we have -- other than the person

25   providing the therapy services, anyone else work at

1    **Quality Diagnostic?**

2        A.   Nobody else that I can recall.

3        **Q.   Do you know someone named Yeini**

4    **Torres?  Y-E-I-N-I Torres?**

5        A.   No.

6        **Q.   Do you know someone named Juan**

7    **Gonzalez that worked at Quality Diagnostic?**

8        A.   Juan Gonzalez?  No.

9        **Q.   Anybody named Carlos that worked at**

10   **Quality Diagnostic?**

11       A.   Carlos.

12           Do you have the last name?

13       **Q.   Alboriga.  A-L-B-O-R-I-G-A.**

14       A.   Sounds like a person who was a medical

15   director.

16       **Q.   Do you think that was the medical**

17   **director?**

18       A.   It sounds like it, but I can't -- I

19   will not come out definitively and say yes, I know

20   this person.

21       **Q.   You don't remember the name of the**

22   **medical director?**

23       A.   No.

24       **Q.   Linda Knapp?  K-N-A-P-P.**

25       A.   No.

1          Q.  Beatriz, B-E-A-T-R-I-Z, Gutierrez?

2          A.  No.

3          Q.  Name doesn't sound familiar to you?

4          A.  No.

5          Q.  Do you have any idea if Quality

6     Diagnostic, whether its owners owned that building

7     or leased that building?

8          A.  Nope.

9          Q.  When patients came in to Quality

10    Diagnostic, was there a sign-in sheet for those

11    patients?

12         A.  I don't know.

13         Q.  You don't know?

14         A.  No.

15         Q.  Did you keep any records of how many

16    hours you worked at Quality Diagnostic?

17         A.  No.  It was such a short period of

18    time.  I didn't have to keep records.

19         Q.  So no, you didn't?

20         A.  No.

21         Q.  Do you know if HSA kept any records

22    about how often --

23         A.  I don't know, sir.

24         Q.  Let me finish.

25         A.  Sorry.

1          **Q.   -- if HSA kept any records regarding**

2    **how long -- you know, or for how many hours you**

3    **worked at Quality Diagnostic?**

4          A.   I can't say that I know that.  I would

5    assume that they know because they paid me.

6               How would they -- they probably giving

7    them the amount of hours, but I don't provide it.

8    HSA would know the amount of hours that I worked.

9          **Q.   You didn't provide HSA with the amount**

10   **of hours you worked; correct?**

11         A.   That's correct.

12         **Q.   You received -- withdrawn.**

13              **How often did you get your check --**

14   **withdrawn.**

15              **Did you get paid by check through HSA?**

16         A.   I got paid by direct deposit.

17         **Q.   And how often did you receive direct**

18   **deposit?**

19         A.   Once per month.

20         **Q.   Was the amount the same every month or**

21   **was it different?**

22         A.   It would be -- they would vary

23   sometimes.

24         **Q.   And what would cause it to vary?**

25         A.   It would be because the number of

1    hours that we worked.

2        **Q.   Did you get -- now, when you were**

3    **receiving the direct deposits from HSA, fair to say**

4    **you were working at multiple different locations**

5    **for HSA; right?**

6        A.  Yes.

7        **Q.   Did you ever receive any records or**

8    **have any records breaking it up as to how much of**

9    **the -- of your pay was derived from Quality**

10   **Diagnostic as opposed to any of the other clinics?**

11       A.  No.

12       **Q.   Do you know if HSA has those records?**

13       A.  I don't know.

14       **Q.   How did you know you were getting the**

15   **right amount of money?**

16       A.  Because I know how many hours I worked

17   each day.  I could give them to you.

18       **Q.   How many hours was it?**

19       A.  I worked 10 hours one time, seven

20   hours at Quality Diagnostic.  At New Generation, I

21   worked one time six hours a week, and another time

22   down to five hours a week.

23       **Q.   Well let's do it this way.  How many**

24   **hours a month were you working?**

25       A.  You have to add it up.

1          Q.   Well, here's what I'm asking.  You get

2     a direct deposit once a month; right?

3          A.   Right.

4          Q.   And it was a number, and there wasn't

5     any breakdown as to which clinic it was for.

6          A.   No.

7          Q.   So when you looked at that number,

8     what was the number that it typically was?

9          A.   I know that if there were -- depending

10    on how many places I was there as a medical

11    director, it was $800 for each medical director.

12          Now some months it would be two,

13    versus another time it might be three, another time

14    it might be four.

15          So that's why I said the amount would

16    vary.

17          Q.   And you got -- your medical director

18    services were also encompassed in that direct

19    deposit.

20          A.   That's correct.

21          Q.   Were you involved at all during your

22    time performing examinations at Quality Diagnostic

23    with the preparation of bills?

24          A.   No.

25          Q.   Do you know who was in charge of that?

1      A.  Ms. Garcia.

2          **Q.  Ivelis Garcia?**

3      A.  I would assume it was Garcia.

4          **Q.  Why do you assume that?**

5      A.  She was the office manager.

6          **Q.  Did you ever see Ms. Garcia working on**

7  **a bill?**

8      A.  No.

9          **Q.  Did you ever see any of the bills for**

10  **your services?**

11     A.  No.

12         **Q.  Did you ever ask to see any of them?**

13     A.  No.

14         **Q.  Were you concerned at all about the**

15  **accuracy of those bills?**

16     A.  No.

17         **Q.  Were you curious to look at what one**

18  **looked like?**

19     A.  No.

20         **Q.  Why not?**

21     A.  Because that's not my job.

22         **Q.  Your job wasn't to make sure your**

23  **bills were accurate?**

24     A.  I did not bill.

25         **Q.  So you weren't involved in that**

1    process at all.

2         A.   Not at all.

3             Q.   Do you know if Quality Diagnostic did

4    any marketing or advertising?

5         A.   I don't know.

6             Q.   Did Quality Diagnostic provide

7    transportation to its patients?

8         A.   I don't know.

9             Q.   Did you ever ask?

10        A.   No.

11            Q.   Have you ever heard of a company

12   called Gaviota, G-A-V-I-O-T-A, Express

13   Transportation Corp.?

14        A.   No.

15            Q.   You don't know what that is?

16        A.   No.

17            Q.   Do you know someone named Carlos Acebo

18   Martinez?

19        A.   No.

20            Q.   Never heard that name before?

21        A.   No.  Not that I can remember.

22            Q.   Do you know how Quality Diagnostic got

23   its patients?

24        A.   No.

25            Q.   Did you ever ask?

1          A.   No.

2              Q.   **Do you know if Quality Diagnostic ever**

3      **received patient referrals from lawyers?**

4          A.   No.

5              Q.   **Do you know if Quality Diagnostic ever**

6      **received patient referrals from other healthcare**

7      **providers?**

8          A.   No.

9              Q.   **Did you ever ask?**

10         A.   No.

11             Q.   **Generally speaking, what kind of**

12     **services did Quality Diagnostic provide?**

13         A.   As far as I know, they asked me to do

14     the patient evaluations, and the therapy was

15     performed.

16             Q.   **And when you say "therapy," what is**

17     **your understanding of what the therapy was?**

18         A.   Massage therapy that was recommended.

19             Q.   **Well, who recommended it?**

20         A.   I recommended it.

21             Q.   **So what were you recommending?**

22         A.   I recommended various forms of

23     therapy.

24             Q.   **What kind of therapy?**

25         A.   Well there was things like ultrasound

1    therapy; the application of heat and cold;

2    therapeutic activities; therapeutic exercises.

3         **Q.   Did you ever recommend one of your**

4    **patients to get massage therapy?**

5         A.   And there is massage therapy also, I

6    think, yes.

7         **Q.   You did?**

8         A.   I think there is massage therapy.  I

9    have to look at it to make sure.  Yes.

10        **Q.   Would it be fair to say that Quality**

11   **Diagnostic mostly treated no-fault automobile**

12   **accident patients?**

13        A.   Yes.

14        **Q.   Do you know what percentage of the**

15   **patients were not no-fault patients?**

16        A.   The patients that I saw were all auto

17   accident patients.

18        **Q.   They were all auto accident patients?**

19        A.   Yes.

20        **Q.   Do you know the address for Quality**

21   **Diagnostic?**

22        A.   It's on -- I think it's 620 33rd

23   Avenue.

24        **Q.   Were there any other occupants of that**

25   **building with regarding other offices working**

1    **there?**

2         A.   No.

3         **Q.   Was there any equipment inside?  When**

4    **I say "equipment," I mean medical equipment inside**

5    **that facility?**

6         A.   Yes, there was equipment inside.

7         **Q.   What equipment?**

8         A.   Whatever equipment that they use for

9    their therapy.

10        **Q.   Well, what was it?**

11        A.   I told the facility initially, and I

12   was shown the equipment that was being used for the

13   various forms of therapy.

14        **Q.   So what did you see?**

15        A.   I saw the exercise machines; I saw

16   ultrasound-type machine.  I remember seeing

17   weights; bicycles, I think.  That's all I can

18   remember.

19        **Q.   Do you know if Quality Diagnostic**

20   **owned or rented that equipment?**

21        A.   I don't.

22        **Q.   Do you remember -- during your time at**

23   **Quality Diagnostic in 2017, do you remember any of**

24   **the equipment breaking?**

25        A.   I don't know.

1          Q.   You never heard anything about that?

2          A.   No.

3          Q.   Do you know where Quality Diagnostic

4    maintains its medical records?

5          A.   No.

6          Q.   Or maintained?

7          A.   No.

8          Q.   Did you ever know during your time at

9    Quality Diagnostic?

10         A.   No.

11         Q.   When you were a medical director, you

12   didn't know where the medical records were?

13         A.   I had to assume that records were kept

14   at a location.

15         Q.   But you didn't know.

16         A.   No, I didn't know.

17         Q.   So you stopped working at Quality

18   Diagnostic in May?

19         A.   Yes.

20         Q.   Why?

21         A.   I just decided I didn't want to do

22   this work any more.  I want to stop working.

23         Q.   You wanted to stop working all

24   together?

25         A.   Stop working at Quality Diagnostic.

1        **Q.   Why?**

2        A.   That was a decision I made.

3        **Q.   What were the factors that you**

4   **considered in making that decision?**

5        A.   You asked me for this before, and I

6   said some of it is personal, and I just decided I

7   was not going to be working not just Quality

8   Diagnostic.  I made a decision I was not going to

9   be working with HSA any more, which included not

10  working with Quality Diagnostic.

11       **Q.   Do you know if Quality Diagnostic is**

12  **still operating?**

13       A.  I don't.

14       **Q.   During your time as medical director**

15  **of Quality Diagnostic, can you tell me what you did**

16  **as Quality Diagnostic's medical director?**

17       A.   Just reviewing a certain percentage of

18  records.

19       **Q.   What percentage?**

20       A.   I would ask for five or six records of

21  patients who were seen during a particular month

22  that I wanted to review, and then I would look at

23  the billing and making sure that what was being

24  billed corresponded with the services that were

25  being provided.

1      **Q.   Five or six records.  Where did you**

2  **come up with that number?**

3      A.  It depends -- I realized -- I don't

4  remember really it was an exorbitant amount of

5  patients.  So in any given month, they would ask

6  what I thought would be about, say, 10 percent of

7  records of patients that were seen, roughly, and to

8  me that came out to five or six, and I'd ask for

9  them to bring five or six records for me.

10     **Q.   How did you know that would be**

11  **10 percent?**

12     A.  I just said it.  Based on what I saw

13  was the amount of patients that was being seen on

14  that particular month, and I would say, well, let

15  me see five charts.

16     **Q.   Well, did you assume it or did you --**

17     A.  I just assumed it I just said.  I

18  assumed it.

19     **Q.   So you assumed it was 10 percent.**

20     A.  Yes.  I could be wrong.  I don't know.

21  But I'm telling you what I did.  I assumed it would

22  be about 10 percent.  So I would ask for five or

23  six records.  That's it.

24     **Q.   Do you know how those records were**

25  **chosen, the ones you were going to review?**

1          A.   No.  I had them bring them to me.  I

2    didn't ask for particular patients.

3          **Q.   Who did you ask?**

4          A.   I asked Ms. Garcia to provide me with

5    those records.

6          **Q.   And you don't know how she selected**

7    **them.**

8          A.   No.

9          **Q.   Other than reviewing those records,**

10   **did you do anything else in connection with your**

11   **work as medical director of Quality Diagnostic?**

12         A.   Well, the stipulations of AHCA, make

13   sure the people properly had their licenses up to

14   date and I could go and read them off the board.

15         **Q.   Whose licenses did you make sure was**

16   **up to date?**

17         A.   Whoever was working there who had

18   licenses, they had a license displayed in the

19   waiting room.

20         **Q.   Right.  But who?**

21         A.   These who were the persons that were

22   working there.  Mine was there.  The therapist

23   license was there.

24         **Q.   What was the therapist's name?**

25         A.   I don't know.  I just told you that.

1          **Q.   What kind of license did he have?**

2              MR. CARRAZANA:  If you don't remember

3      -- Doctor, relax.  If you don't remember,

4      say you don't remember.

5          A.  I don't remember.

6      BY MR. HENESY:

7          **Q.   Other than making sure that there were**

8      **licenses posted and other than reviewing the**

9      **records, what else did you do?**

10         A.  That's it.

11         **Q.   Nothing else?**

12         A.   Nothing else.

13             MR. HENESY:  I'm going to mark this as

14     Exhibit 5.

15             (Thereupon, Plaintiff's No. 5, GEICO

16     Health Insurance Claim Forms 1500, was

17     marked for Identification.)

18             MR. HENESY:  So I've marked as

19     Exhibit 5 a series of health insurance

20     claim forms, we called these HICF forms,

21     1500 forms, followed by a series of

22     corresponding treatment records from

23     Quality Diagnostic.  The patient's name is

24     Juan Romero-Ortega.  The records date from

25     June 8, 2017 to June 21st, 2017.  This is

1            Exhibit 5.  I'm showing it to the witness

2       and counsel.

3    BY MR. HENESY:

4            **Q.   Doctor, if you wouldn't mind please**

5    **reviewing -- it is a lengthy document, but please**

6    **review all of the pages of Exhibit 5.**

7            **Have you had the opportunity to read**

8    **all of Exhibit 5?**

9       A.   I have looked at the pages, yes.

10           **Q.   Do you recognize any of these**

11   **documents?**

12      A.   The ones in front of these are the

13   insurance claim forms, and then at the back forms

14   are done by the therapist.

15           **Q.   On the first page of Exhibit 5, do you**

16   **see the bottom left-hand box, box No. 31, do you**

17   **see that there?**

18      A.   Yes.

19           **Q.   Do you see the name in there?**

20      A.   Yes.

21           **Q.   That's your name; right?**

22      A.   Yes.

23           **Q.   And that box is signature of physician**

24   **or supplier including degrees or credentials;**

25   **right?**

1          A.  Yes.

2              **Q.   Looking at this first page, there are**

3     **dates of service above that for June 8, 2017;**

4     **right?**

5          A.  Yes.

6              **Q.   And do you -- do you know what a CBT**

7     **code is?**

8          A.  No.  I know what CBT code what it

9     means.  I couldn't tell you what each of these

10    individual codes mean.

11             **Q.   Do they look like therapy codes to**

12    **you?**

13         A.  I just said I can't tell you what each

14    code means.

15             **Q.   Well, on this first page -- well,**

16    **withdrawn.**

17             **Do you know what CBT codes were used**

18    **to bill for your services?**

19         A.  No.

20             **Q.   For your exams?**

21         A.  No.

22             **Q.   Do you know what the exam codes are**

23    **generally?**

24         A.  I know there is a code for initial

25    exams, and then there's a code for followup exams.

1          Q.   None of these are those codes; right?

2          A.   They don't look like them, but I can't

3     tell you specifically, as I said.  I look at these

4     individually and I couldn't tell you what this one

5     means.

6          Q.   Did you do any of the services that

7     are billed for on this first page?

8          A.   You have to tell me what it was.  I

9     don't know what the codes are.

10         Q.   Okay.  Let's turn to the back.

11              MR. CARRAZANA:  Off the record.

12              (Whereupon, an off-the-record

13         discussion was had:)

14     BY MR. HENESY:

15         Q.   So if you could turn to the very first

16     therapy note.

17              Do you see this says visit number one

18     at the top right?

19         A.   Yes.

20         Q.   And you see June 8, 2017?

21         A.   Yes.

22         Q.   And you see -- underneath the date,

23     you see there are a list of boxes under modalities?

24         A.   Yes.

25         Q.   And do you see -- like it says 97014?

1          A.   Yes.

2               Q.   And next to it, it says EMS?

3          A.   Yes.

4               Q.   So you see there is a list of codes on

5     this form for the therapy services that were

6     provided; is that right?

7          A.   Yes.

8               Q.   And those are the codes that appear on

9     that first page that we just looked at; right?

10         A.   Yes.

11              Q.   So my question is -- well, you already

12    testified you didn't do any therapy services at

13    Quality Diagnostic; right?

14         A.   That's right.

15              Q.   Why is your name on this bill?

16         A.   I don't know.

17              Q.   When did you first find out that your

18    name was on therapy bills from Quality Diagnostic?

19         A.   Somewhere around the time when the

20    issue with this lawsuit came up.  That's when I --

21              Q.   Before this lawsuit, did you know

22    anything about the fact that your name was being

23    used on physical therapy bills?

24         A.   No.

25              Q.   No one ever asked you if they could do

1    that?

2         A.  No.

3         Q.   Do you think there is anything wrong

4    with that?

5         A.  I didn't like it.

6         Q.  You didn't like it?

7         A.  No.

8         Q.  Why not?

9         A.  Because I didn't provide the services.

10        Q.   I know you didn't provide the

11   services.

12             What about is it you didn't like?

13        A.  That's what I didn't like.

14        Q.   Well, it was wrong; right?

15            MR. CARRAZANA:  Asked and answered.

16   BY MR. HENESY:

17        Q.   Would you agree with me, Doctor, that

18   this bill is misleading?

19        A.  You are asking me to render -- I don't

20   know what you are asking.

21            You are asking me to render an

22   opinion?

23        Q.  You have been licensed as a medical

24   doctor for over 30 years.

25            In your opinion, do you believe that

1          that bill, the first page of this exhibit, is

2          misleading?

3                A.   Tell me what you mean by misleading.

4                Q.   It represents one thing, but that is

5          not correct.

6                A.   I can tell you that what's on this

7          bill is a list of services which were not provided

8          by me.  That's all I can tell you.

9                Q.   Okay.

10                    What's your medical license number?

11               A.   ME42167.

12               Q.   And you see that appears on this bill

13          as well on the right-hand side under rendering

14          provider ID?

15               A.   Yes.

16               Q.   Do you know what your MPI number is?

17               A.   Yes.

18               Q.   Does it appear on this bill as well?

19               A.   Yes.

20               Q.   When you found out about the fact that

21          your name was appearing on therapy bills from

22          Quality Diagnostic, did you speak to anybody about

23          it?

24               A.   Yes.

25               Q.   Who did you speak to?

1      A.   Spoke to Mr. Torres.

2      **Q.   You spoke to Mr. Torres?**

3      A.   Yes.

4      **Q.   And what did you say to Mr. Torres?**

5      A.   I told him that my name was on an

6   insurance form, and I don't think it should be.

7   And he should inform whoever is putting my name on

8   these bills that they should not.

9      **Q.   Did you speak to anybody at Quality**

10  **Diagnostic about it?**

11     A.   I might have mentioned it at some time

12  with -- discussed it with Ms. Garcia.

13     **Q.   What did you say to Ms. Garcia?**

14     A.   My name is on insurance forms and they

15  should not be there.

16     **Q.   And what did she say?**

17     A.   I don't remember.

18     **Q.   You don't remember?**

19     A.   No, I don't remember whatever came out

20  of it.

21     **Q.   When did that conversation happen?**

22     A.   I don't know.  It came up whenever

23  this lawsuit was brought to my attention, and

24  informed that my name was on this form, and that's

25  when I spoke with Mr. Torres so that he could

1   notify wherever I work, if my name is appearing on

2   these pages, it should not be.

3        **Q.   When you first met with Ms. Garcia at**

4   **Quality Diagnostic when you were discussing whether**

5   **or not you were going to work there, did Ms. Garcia**

6   **say anything to you about their desire to use your**

7   **name on bills?**

8        A.   No.  Only for my services.

9        **Q.   Right.  For therapy bills, I should**

10  **have said.**

11       A.   Not for therapy.

12       **Q.   If she had said that, what would you**

13  **have said?**

14       A.   No.

15       **Q.   Why?**

16       A.   Because I didn't provide the service.

17       **Q.   Are you familiar with what the**

18  **requirements are under Florida law for filling one**

19  **of these insurance claim forms out?**

20       MR. CARRAZANA:  Only answer if you

21  know, Doctor.

22       A.   I don't understand the question.

23       MR. CARRAZANA:  Do you know?  It's

24  simple.

25       A.   If I knew the requirements?  I mean

1      what --

2              MR. CARRAZANA:  Do you know the legal

3          requirements; yes or no, Doctor?

4          Do you know or do you not know the

5          legal requirements? to move faster.

6          A.   I don't know, because --

7              MR. CARRAZANA:  I know you don't know,

8          Doctor --

9          A.    Requirements -- what requirements?

10     Bill for rights?

11             Be more specific so I can answer your

12     question properly.

13             MR. HENESY:  Counsel, I'd just ask

14         that -- I understand what you are saying,

15         but you can't say to your own witness "I

16         know you don't know."

17             MR. CARRAZANA:  I get it, Steve.  I

18         get it.

19             We're just trying to move this faster

20         because we stipulated to the majority of

21         these issues already with respect to the

22         billing error, we stipulated to all of

23         this.  So why are we going through all

24         these shenanigans?  I don't understand, but

25         it's fine.  It's your depo.

1              MR. HENESY:  Listen, and like I said,

2          I understand what you are saying and I'm

3          not seeking to belabor the point.  But if

4          the witness wants to say -- if the Doctor

5          wants to say he doesn't know, then he

6          doesn't know.  But let's let the Doctor say

7          that.  That's all I'm saying.

8              MR. CARRAZANA:  Okay.

9              MR. HENESY:  Thank you.

10     BY MR. HENESY:

11          **Q.  Do you know what the legal**

12     **requirements are in Florida for filling out an**

13     **insurance claim?**

14          A.  No, I don't.

15          **Q.  Have you ever filled out one of these**

16     **forms before?**

17          A.  I've not actually filled them out.

18          **Q.  That's correct.**

19          A.  That's what I was going to say, I have

20     never filled out one of these forms out.

21          **Q.  Oh, I apologize.  I didn't hear your**

22     **answer.**

23              **Do you know why Quality Diagnostic**

24     **listed your name on this bill?**

25          A.  No, I don't.

1          **Q.   Did you ever ask?**

2          A.   I just said, when I found out, it

3     shouldn't be there, and that's it.

4          **Q.   Right.  But did you ever ask why they**

5     **did it?**

6          A.   No, I didn't get into that because I

7     spoke to the person who employed me, because that's

8     the way I should have addressed it.

9          **Q.   Why do you think they did it?  You**

10    **don't know.**

11         A.   No, I don't.

12         MR. HENESY:  I'll take that back,

13    thank you, with counsel's note.

14         This is going to be Exhibit 6.

15         (Thereupon, Plaintiff's No. 6, 7/10/17

16    Quality Diagnostic Therapy Prescription for

17    Patient Caridad Paz, was marked for

18    Identification.)

19    BY MR. HENESY:

20         **Q.   I've marked Plaintiff's Exhibit 6,**

21    **which is a therapy prescription dated July 10,**

22    **2017.**

23         **Doctor, do you recognize that form?**

24         A.   Yes.

25         **Q.   What is it?**

1          A.   A prescription form for therapy.

2              **Q.   Do you recognize the handwriting**

3     **that's at the top of this form next to patient and**

4     **date?**

5          A.   I don't -- the name and date?

6              **Q.   Name and date.**

7          A.   No, I don't recognize that.

8              **Q.   It's not your handwriting; is it?**

9          A.   No.

10             **Q.   And do you recognize the signature**

11    **above your name at the bottom left?**

12         A.   Yes.

13             **Q.   Is that your signature?**

14         A.   Yes.

15             **Q.   Did you physically sign all of your**

16    **prescription forms?**

17         A.   Yes.

18             **Q.   Did you physically sign all the**

19    **documents you were required to sign at Quality**

20    **Diagnostic?**

21         A.   Yes.

22             MR. HENESY:  I'm going to mark this as

23    Exhibit 7.

24             (Thereupon, Plaintiff's No. 7, 6/13/17

25    Quality Diagnostic Diagnostic Referral Form

1          for Patient Rocco Eli, was marked for

2          Identification.)

3     BY MR. HENESY:

4          **Q.   Take a look at Exhibit 7.**

5              **Do you recognize Exhibit 7?**

6          A.   Yes.

7          **Q.   And what is Exhibit 7?**

8          A.   It's a requisition for x-rays and MRI

9     services.

10         **Q.   And do you recognize the handwriting,**

11    **just the handwriting that appears on that form?**

12         A.   The handwriting?  No.

13         **Q.   Is there a signature on that form?**

14         A.   Yeah, there is a signature stamp.

15         **Q.   There is a signature stamp.**

16         A.   It looks like a stamp.

17         **Q.   All right.**

18              **Do you recognize that signature stamp?**

19         A.   Yeah.  That's mine.

20         **Q.   It's your signature stamp?**

21         A.   I'm looking at the signature.  It

22    looks like a signature of mine.

23              Let me look at the other form.

24         **Q.   Well, I want to talk about this one.**

25         A.   Well, because sometimes I sign,

1    sometimes I don't sign.

2          This one I didn't.

3        **Q.   Take a look at --**

4          MR. HENESY:  For the record, I've

5    showed the witness Exhibit 6 once more to

6    compare the signature with Exhibit 7.

7    BY MR. HENESY:

8        **Q.   Certainly, Doctor, these are different**

9    **signatures; right?**

10         A.   They look different.

11       **Q.   Let me ask you a question.  Did you**

12   **sign Exhibit 7?**

13         A.   This looks like a stamp; okay?

14           There are sometimes when I have used

15   the stamp rather than actually handwriting out a

16   signature.

17       **Q.   How often do you do that?**

18         A.   I don't -- I can't tell you how many

19   percent of the times.  Sometimes I would --

20   sometimes I would just handwrite it.

21           I know there are times when I had a

22   stamp and I would just stamp it.

23       **Q.   How many signature stamps do you have?**

24         A.   Just I got one.

25       **Q.   And did you keep it at Quality**

1    **Diagnostic?**

2         A.   No.  Whatever stamp I have, I kept

3    within my -- I always have that with me.

4         **Q.   Did anybody else have access to your**

5    **signature stamp?**

6         A.   No.

7         **Q.   The reason I'm asking is because when**

8    **you first looked at Exhibit 7, it seemed that you**

9    **didn't recognize that signature.**

10        A.   Because I recognize it's not a hand

11   signature.  It's that of a stamp.

12             So I've had several different

13   signature stamps, different papers.  Sometimes put

14   an MD after it, sometimes I don't.

15        **Q.   I thought you had one signature stamp.**

16        A.   You are referring to the time when I

17   was at Quality, that's what I'm referring to.  At

18   that time I had one.

19        **Q.   You had one signature stamp at Quality**

20   **Diagnostic.**

21        A.   Yes.

22        **Q.   Did you ever give Ivelis Garcia that**

23   **signature stamp?**

24        A.   No.

25        **Q.   Are you sure about that?**

1          A.  I don't recall ever having given her a

2    stamp, no.

3          **Q.  Well, do you not recall doing it or**

4    **did you not?**

5          A.  No.  I just said it.  I don't recall

6    ever having given her a stamp.

7          **Q.  And my question is there is a**

8    **difference between not recalling if you did -- so**

9    **here's the -- withdrawn.**

10         **Are you saying you didn't recall**

11   **because it's possible that you did?**

12         A.  I don't think that I ever gave her a

13   stamp.  I don't.  I don't think so.

14         **Q.  But you can't unequivocally tell me**

15   **that you did not?**

16         A.  It's not something I would do.

17         So the answer to my question is,

18   again, I don't recall that I ever gave her my

19   stamp.  To the best of my knowledge, I always had

20   my stamp with me.

21         **Q.  Did you give anyone at Quality**

22   **Diagnostic authorization to use your signature**

23   **stamp --**

24         A.  No.

25         **Q.   -- other than you.**

1          A.  No.

2              **Q.  No?**

3          A.  No.

4              **Q.  So you stamped that form yourself,**

5    **Exhibit 7?**

6          A.  I would assume I did it, yes.

7              **Q.  Why are you saying you would assume?**

8          A.  Well, I mean it's a form requesting an

9    x-ray; okay?  And it's asked for a signature.

10             So I don't see what the problem is,

11   honestly.

12             MR. HENESY:  Going to mark this as

13             Exhibit 8.

14             (Thereupon, Plaintiff's No. 8, 5/12/17

15             Quality Diagnostic Diagnostic Referral Form

16             for Patient Clemente C. Lopez, was marked

17             for Identification.)

18   BY MR. HENESY:

19             **Q.  Exhibit 8 is another one of these**

20   **diagnostic testing referral forms; right?**

21         A.  Yes.

22             **Q.  And you see that your signature stamp**

23   **appears on Exhibit 8 also?**

24         A.  Yes.

25             **Q.  And it looks like it appears there**

1    **twice.**

2        A.  Yes.

3        **Q.   Do you know why it appears there**

4    **twice?**

5        A.  It looks like the first time it was

6    stamped where it says "referring physician," and

7    then the second time on a physician signature.

8        **Q.   Right.**

9        **But on the referring signature line,**

10   **someone actually wrote out your name.**

11       A.  Yes, because that's what should be

12   done.  A name under referring physician requires

13   the name and then signature requires the signature.

14       **Q.   So do you know why --**

15       A.  And on this one, I would assume here

16   that the stamp was made in the wrong position the

17   first time, and then the correct position

18   underneath it.  So it was in the incorrect position

19   up there, and in a correct position here.

20       **Q.   The handwriting on this form, do you**

21   **recognize the handwriting?**

22       A.  The handwriting is not my handwriting.

23       **Q.   Is it Ivelis Garcia's handwriting?**

24       A.  I don't know what handwriting it is.

25   I can't tell if it is.

1          **Q.   So this form, referring physician**

2     **form, why is there someone's handwriting other than**

3     **yours on it?**

4          A.   Why is --

5          **Q.   Withdrawn.**

6               **So this is a prescription; right?**

7          A.   No.  This is not a prescription.

8          **Q.   This is a referral for diagnostic**

9     **testing; right?**

10         A.   This is a form for x-rays and MRIs.

11         **Q.   And why did you sign these forms for**

12    **patients?**

13         A.   Because if I'm asking, the form

14    requires a signature.

15         **Q.   Why does it require a signature if**

16    **it's not a prescription?**

17         A.   It's not a prescription because

18    whoever provides these services wants a physician's

19    signature.

20         **Q.   Okay.**

21              **So my question is, if this form**

22    **requires a physician's signature, why is someone**

23    **else's handwriting on this form?**

24         A.   Because it asks for the name of the

25    physician, and then it asks for the physician's

1    signature.

2         **Q.   When is this form filled out in the**

3    **process of examining a patient?**

4         A.   I fill this form out after I have

5    examined a patient.

6         **Q.   When is the patient's name and your**

7    **name written on this form?**

8         A.   I don't know when.  When it's

9    presented to me with a name and patient, and my

10   name and a date already filled in.

11        **Q.   And that's at the time you are**

12   **examining the patient?  Do you get like a packet of**

13   **paperwork?**

14        A.   It's brought to me with all of this

15   already filled out.

16        **Q.   So for a patient that comes into**

17   **Quality Diagnostic and you are examining them,**

18   **someone fills out the diagnostic testing --**

19        A.   No.

20        **Q.   Hang on.  Let me finish my question.**

21             **Someone fills out a diagnostic testing**

22   **referral form -- someone else, because that's not**

23   **your handwriting -- someone else fills this form**

24   **out, gives it to you, and then you sign it?**

25        A.   Someone puts in the name of the

1       patient, my name and the date, that's it.

2               **Q.   Did you provide this type of**

3       **diagnostic testing referral for every patient that**

4       **you examined at Quality Diagnostic?**

5               A.   I don't provide it.  This is not

6       provided by me.  This is requested by me.

7               **Q.   Okay.**

8               A.   This is to whoever does x-rays.  I

9       don't do x-rays.  I don't do MRIs.

10              **Q.   Did you fill one of these forms out**

11      **for every patient that you saw at Quality**

12      **Diagnostic?**

13              A.   Yes.

14              **Q.   Did you ask that every one of your**

15      **patients get an x-ray?**

16              A.   Yes.

17              **Q.   Did you ask that every one of your**

18      **patients get an MRI?**

19              A.   No.

20              **Q.   Why x-ray and not MRI?**

21              A.   It depends on what the diagnosis is.

22              **Q.   Why would you order an x-ray --**

23              A.   That's a medical opinion.

24              **Q.   I understand it's a medical opinion.**

25              A.   That's a medical opinion.  And if in

1    my judgment a patient needs an x-ray, I ask for an

2    x-ray.  If they need an MRI, I ask for an MRI.  If

3    they need both, I ask for both.

4         **Q.   Would it be fair to say, Doctor, that**

5    **the majority of the patients that you saw at**

6    **Quality Diagnostic were complaining of soft tissue**

7    **injuries?**

8         A.   Yes.

9         **Q.   And that's a common series of injuries**

10   **to suffer as a result of an automobile accident; is**

11   **that right?**

12        A.   Yes.

13        **Q.   In fact, it's the vast majority of**

14   **patients that are seen in a clinic like this are**

15   **going to have soft tissue injuries; right?**

16        A.   Yes.

17        **Q.   Is there something that an x-ray can**

18   **show you about soft tissue injuries?**

19        A.   Very little.

20        **Q.   Why did you order an x-ray for**

21   **100 percent of the automobile accident patients at**

22   **Quality Diagnostic if the majority of them were**

23   **suffering from soft tissue injuries?**

24        A.   Because there could be other injuries

25   that could be -- that could show up on x-ray.

1        Q.   Like a fracture?

2        A.   Sometimes it may be a fracture.

3        Q.   Would the patient need to say

4    something to you or would you have to examine

5    something on the patient for there to be some sort

6    of indication that you would need to order an x-ray

7    for that patient?

8        A.   Reason, sometimes I want to know if

9    there might have been other injuries associated or

10   something that might have been missed.

11       Q.   Missed by who?

12       A.   By anybody as to who might have seen

13   this patient before.  Any -- any injury that a

14   patient might have had prior to me seeing them, I

15   want to be sure that whatever they are complaining

16   about has been as a result of the accident.

17       Q.   I'll take those back.

18            Can you describe for me the procedure

19   of how it came about that you would perform an

20   initial examination of a patient at Quality

21   Diagnostic?

22       A.   I don't understand the question.

23       Q.   Describe a typical initial examination

24   at Quality Diagnostic.  What would you do?

25       A.   Just a physical exam or the entire

1    history and physical?

2         **Q.   The whole process.**

3         A.   You are telling me the whole process?

4         **Q.   Yes.**

5         A.   Physical?

6         **Q.   Yes.**

7         A.   All right.

8              Patient comes in.  They are brought

9    into the office, into the examination room, and a

10   history is taken.

11        **Q.   Who takes the history?**

12        A.   Most of the time I get the history

13   form filled out by Ms. Garcia because of the

14   language.

15        **Q.   What do you mean "the language?"**

16        A.   Because of the language barrier.  I

17   don't speak Spanish.  I'm not fluent in Spanish.

18   And a lot of the patients are Spanish speaking.

19            I have a form that identifies, which

20   she goes through it with the patient, that can

21   explain the details of the accident; the medical

22   history and all the things that are required of

23   obtaining a history.

24            A history is part of any physicians'

25   examination.  Any -- any office that you go to, a

1    history is required.  All of that is on that

2    particular form; but I need that information.

3         That comes in to me.  I sit down and I

4    review what is written out on that form.

5         If I see any -- I might see some

6    discrepancies and I ask to have them cleared up by

7    calling Ms. Garcia back in again if I have any

8    further questions for the patient in addition to

9    what has already been filled out.  So that way I

10   get a detailed history.

11        Following that, a physical examination

12   is done.

13        **Q.   Okay.  Let's take a look at exhibit --**

14   **well, before we do that.**

15        **How long does one of your initial**

16   **examinations take at Quality Diagnostic?**

17        A.   The whole process takes -- is going to

18   vary, is going to take a minimum -- a minimum of

19   30 minutes.

20        **Q.   How long do you spend face-to-face**

21   **with a patient?**

22        A.   Me face-to-face with a patient, I will

23   tell you it's a minimum of 30 minutes face-to-face

24   with a patient.

25        **Q.   Why a minimum --**

1          A.  It will vary because it all depends on

2     how many organ systems it's going to tell me about.

3     I'm there reviewing the history.  And it all

4     depends on how many organ systems are involved in

5     the history.  The examination has to do with,

6     again, how many organ systems are necessary that I

7     have to pay attention to.

8               So when you ask how much time, it all

9     depends on how many organ systems.

10               And when I review the history, if I

11    need to ask them further questions, I ask

12    Ms. Garcia to come back in to act as an

13    interpreter, and I ask further questions.  So it's

14    going to vary.  It could be 30 minutes or it could

15    be an hour.

16               (Thereupon, Plaintiff's No. 9, Patient

17          Basic Information Form.  Automobile

18          Accident Description, was marked for

19          Identification.)

20    BY MR. HENESY:

21          **Q.  Let's take a look at Exhibit 9.  This**

22    **document says Basic Information, Automobile**

23    **Accident Description.  It's a 2-page document.**

24               **Sir, the document I have just put in**

25    **front of you, Exhibit 9, is that the patient**

1        history that you were just describing?

2            A.  Yes.

3            Q.   And who fills this form out?

4            A.   Usually Ms. Garcia, or sometimes the

5        patient might if they understand the English.

6            Q.   Do you recognize the handwriting that

7        appears on this form?

8            A.  No.

9            Q.   Do you know if it's Ms. Garcia's

10       handwriting?

11           A.   No, I don't.

12           Q.   Okay.  I just wanted to make sue.

13               MR. HENESY:  I'm removing Exhibit 9.

14       BY MR. HENESY:

15           Q.   Now, as part of this basic information

16       that's gathered about the patient, part of it is

17       the circumstances of the accident; right?

18           A.  Yes.

19           Q.   Okay.  And why is that important?

20           A.   Because in order to evaluate a

21       particular system, I need to know what part was

22       injured.

23           Q.   And would you agree with me that

24       different people experience accidents in different

25       ways?

1        A.   Yes.

2             **Q.   Every patient is different; right?**

3        A.   Yes.

4             **Q.   And you wouldn't expect to see**

5    **identical injuries for a number of patients that**

6    **were involved in different auto accidents?**

7        A.   They are not going to be identical

8    because there might be different systems that are

9    going to be affected.

10            **Q.   Would you say that -- would you agree**

11   **with me that 100 percent of the patients that you**

12   **saw at Quality Diagnostic complained of neck pain?**

13       A.   I don't know if it's 100.  I never

14   counted.

15            **Q.   Would you agree with me that**

16   **100 percent of the patients that you examined at**

17   **Quality Diagnostic complained of middle back pain?**

18       A.   Again, I don't know.  I never counted

19   it.

20            I don't go into statistics to find out

21   how many patients complain of which pain.

22            If you did, I don't know.  You might

23   have done it.  I didn't.

24            **Q.   Would it surprise you to know that**

25   **every single GEICO patient that Quality Diagnostic**

1    **saw in 2017 --**

2         A.   Maybe you did.

3         **Q.   -- experienced neck, middle back and**

4    **lower-back pain?**

5         A.   Maybe you did.  I don't look at

6    percentages.

7         **Q.   Do you think that's possible?**

8         A.   It's possible.

9         **Q.   Do you think it's medically possible**

10   **for all of those patients to experience the same**

11   **injuries?**

12        A.   It's possible, yes.

13        **Q.   Every patient?**

14        A.   It's quite possible.

15            MR. HENESY:  We'll mark these exhibits

16   as 10 and 11.

17            (Thereupon, Plaintiff's No. 10,

18            5/17/17 GEICO Insurance Health Insurance

19            Claim Form for Patient Swany Delgado, was

20            marked for Identification.)

21   BY MR. HENESY:

22        **Q.   Plaintiff's Exhibit 10 is a bill --**

23   **therapy prescription and corresponding report for**

24   **an initial examination -- I'll represent this and**

25   **the witness can contest this if he wishes -- for a**

1      patient named Delgado is the last name of the

2      patient.  The examination is purported to have been

3      provided on May 17, 2017 at Quality Diagnostic.

4      The billing provider is Dr. Keane.

5              So take a look at Exhibit 10, please.

6              Have you had the opportunity to review

7      that?

8          A.  Yes.

9          Q.  Do you recognize that?

10         A.  Yes.

11         Q.  And would you agree with me that this

12     appears to be the bill for your exam, the first

13     page?

14         A.  Yes.

15         Q.  The second page is a therapy

16     prescription for this patient Delgado; right?

17         A.  Yes.

18         Q.  And at the bottom you see your

19     signature stamp.

20         A.  Yes.

21         Q.  Does your handwriting appear anywhere

22     on the therapy prescription?

23         A.  Yes.

24         Q.  Where?

25         A.  Where it says "posttraumatic

1      headache."

2            **Q.   The physician's diagnosis section**

3      **where there are certain diagnosis codes circled,**

4      **who made those markings?**

5            A.   I circled those.

6            **Q.   You circled those?**

7            A.   Yes.

8            **Q.   And what about -- you see where it**

9      **says "frequency, five times a week?"**

10           A.   Yes.

11           **Q.   Who wrote the number "5" there?**

12           A.   Looks like -- I think I wrote it.

13           **Q.   That's your handwriting?**

14           A.   On this form, as far as I know, I

15     always write these.

16           **Q.   But my question is, do you recognize**

17     **that to be your handwriting, the number "5" and**

18     **where it says "2 to 3?"**

19           A.   I have a question about the 2.  The 2

20     doesn't look like my handwriting.

21           **Q.   Doesn't look like your handwriting.**

22           A.   No.

23           **Q.   So it's possible somebody else filled**

24     **that portion of this form out?**

25           A.   Filled it out.

1              When this form was given to me, I fill

2      this -- is given to me with a name and a date.  I

3      circle the diagnosis.  And if additional diagnosis,

4      I handwrite them in.  I take off procedures and

5      mortalities, and I usually fill out frequency and

6      when to follow up, return to follow up.

7              **Q.   But you agree with me, Doctor, on this**

8      **form, the number "5" and "2", and then where it**

9      **says "follow up in 2 to 3 weeks," that doesn't look**

10     **like your handwriting.**

11             A.   The 2 doesn't look like mine.  That's

12     all I can say, doesn't look like --

13             **Q.   Do you have any explanation for that?**

14             A.   No, I don't.

15             **Q.   Do you have any idea why someone**

16     **else's handwriting would appear --**

17             A.   No, I don't.

18             **Q.   -- on the frequency portion of this?**

19             A.   No, I don't.

20             **Q.   Is that concerning to you?**

21             A.   It doesn't concern because it really

22     doesn't matter.  It's not important whether it was

23     two weeks or three weeks or two to three weeks.

24             To me looking at it now, it's not an

25     issue.

1          **Q.   What about the number "5".**

2          A.   The five is because that's when we

3     usually ask on initial visit about number of times

4     per week, I usually ask initially to do five times

5     a week after following an initial visit.

6          **Q.   Did you write the number "5" on the**

7     **form?**

8          A.   I will assume that I did it.

9               Now, whether I wrote it or somebody

10    wrote it, to me right now at this minute is not an

11    issue because I usually ask for five times.

12         **Q.   Well, whether or not you believe it to**

13    **be an issue -- and that's -- I understand what you**

14    **are saying.  But I'm asking you a very specific**

15    **question.**

16              **Do you believe that you wrote the**

17    **number "5" on this form?  Irrespective of whether**

18    **you believe that to be an issue, did you write the**

19    **number "5" on this form?**

20         A.   I would assume that I wrote it.  Okay?

21         **Q.   But you are not sure.**

22         A.   If you are asking me -- quibbling as

23    whether I wrote it or somebody else wrote it, to me

24    at this point, that doesn't bother me because it's

25    what I would have asked for.

1          **Q.   But I'm not asking you what you would**

2     **have asked for, Doctor.**

3          A.   Okay.  So I can't answer it any other

4     way.

5          **Q.   You are not sure whether you wrote**

6     **that.**

7          A.   It's not something I would write.

8          If you ask me anything else on any

9     other form, whether I wrote it, that doesn't bother

10    me that five is there.

11         **Q.   Did you write the number "5" on this**

12    **form?**

13         A.   I can't answer you any other way.

14         **Q.   Do you know if you did or not?  It's a**

15    **simple yes or no question, Doctor.**

16         A.   It is something that I would do.  And

17    if a five is there and if somebody else wrote it,

18    it doesn't bother me because I would write it.

19         **Q.   I'm not asking if it would bother you.**

20         A.   Okay.  I can't answer your question,

21    then.

22         **Q.   Because you don't know; right?**

23         A.   It's something -- this is what I would

24    usually write, and that's all I can answer you.

25         **Q.   But it's true that you don't know who**

1    **wrote the number "5" on that form.  That's true;**

2    **correct?**

3         A.  It could be me.  It could be -- you

4    are just presenting me with this now.  It

5    doesn't -- to me it's not an issue.

6              MR. HENESY:  Off the record.

7              (Whereupon, an off-the-record

8         discussion was had:)

9              MR. HENESY:  Back on the record.

10        A.  I have answered it to the best that I

11   can.

12   BY MR. HENESY:

13        **Q.  Is it true, Doctor, you don't know who**

14   **wrote the number "5" on that form?  As you sit**

15   **here, you don't know.**

16        A.  I have tried to answer that question

17   the best that I can.

18        **Q.  You have told me that you don't**

19   **believe it's an issue whether or not you did.**

20             MR. CARRAZANA:  Steve, he's tried to

21        answer as best he can.  Come on.  Please

22        move on.

23        A.  Well, I've told you already.

24   BY MR. HENESY:

25        **Q.  Told me already what?**

1          A.   That that "5", to request five times a

2     week, I would request it.

3              So whether I wrote it or somebody else

4     wrote it, to me it doesn't matter.

5          **Q.   Let's turn to the next page, to the**

6     **first page of your typed out report.**

7              **Can you tell me how this report is**

8     **typed out?  Describe the process.**

9          A.   Because I have a computer program.  I

10    input data into the program and a report is

11    generated.

12         **Q.   Is there some language in these**

13    **examination reports that sort of recycle over from**

14    **one report to the next?**

15         A.   What do you mean?

16         **Q.   Is there a certain like boilerplate**

17    **language that's in this examination report that you**

18    **have on the computer that is in every single one of**

19    **your reports?**

20         A.   Yes.  Some language is like that, yes.

21         **Q.   Okay.  Which language?**

22         A.   I don't recall, but a lot of the

23    reports, the way the report is set up, I put the

24    data in and the narrative report is printed out.

25    So that is why language for different reports is

1    identical.

2         **Q.   So one of the things you said that**

3    **Ms. Garcia does is fill out one of those patient**

4    **history forms; right?**

5         A.   That's correct.

6         **Q.   And it's presented to you.**

7         A.   Yes.

8         **Q.   And you testified that one of the**

9    **things you do is review it to see if there is any**

10   **discrepancies; right?**

11        A.   I review it, yes.

12        **Q.   Well, you said to see if there is any**

13   **discrepancies.**

14        A.   Discrepancies could be one of the

15   things.

16             If I'm not sure about some of the

17   answers that are there, you have to come back in,

18   and there are questions I need to ask the patient

19   again, and I do it again.

20        **Q.   So I have a question about this**

21   **examination under the injury description portion.**

22        A.   Yes.

23        **Q.   It says that the time was 2:19 pm:**

24             **"Ms. Delgado stated that she was the**

25             **front seat passenger in a car which was**

1          proceeding along at approximately 5 miles

2          per hour."

3               Do you see that?

4     A.   Yes.

5     Q.   Okay.

6               "According to the patient, the other

7          vehicle involved was traveling at

8          approximately 10 miles per hour."

9     A.   Yes.

10     Q.   And she stated she struck the other

11 vehicle in the rear-end.

12     A.   Yes.

13     Q.   Anything strike you as odd with that

14 description of that accident?

15     A.   Yes.

16     Q.   The way that accident is described is

17 impossible; right?

18          A.   As a physician, we are trained to

19 write down exactly what the patient says.

20               We don't -- when we are taking a

21 history, we are not there to determine whether that

22 patient is not telling the truth or not.  We are

23 trained to write down exactly what a patient says

24 happened, and that's what is written there.

25     Q.   So one of the things -- you are not

1    **concerned with whether or not the accident sounded**

2    **plausible?  That's not a concern of yours?**

3        A.  If she -- if a vehicle strikes another

4    vehicle from the rear, that is -- that's what

5    happened.

6        **Q.  But you would agree with me, obviously**

7    **Doctor, the way this accident is described here is**

8    **physically impossible.  Right?**

9        A.  It doesn't sound as the way it might

10   have happened.  But I'm there to evaluate what a

11   patient says.  They have complaints, and then I

12   examine them.

13       **Q.  So I guess that's my next question;**

14   **right?**

15          **What is reflected in this injury**

16   **description, that's what the patient told either**

17   **you or Ms. Garcia; right?**

18       A.  Right.

19       **Q.  And it's individualized to a patient;**

20   **right?**

21       A.  Right.

22       **Q.  So let's take a look at Exhibit 11.**

23   **Keep Exhibit 10 in front of you, please.**

24          **(Thereupon, Plaintiff's No. 11,**

25          **5/17/17 GEICO Insurance Health Insurance**

1              **Claim Form for Patient Jorge Lopez, was**

2              **marked for Identification.)**

3        BY MR. HENESY:

4              **Q.   Exhibit 11 is an examination report**

5        **dated May 17, 2017.  The patient's name is Jorge**

6        **Lopez.  I'm turning to -- you can review the whole**

7        **thing but I'm going to ask you specifically about**

8        **page 3.**

9              MR. CARRAZANA:  Off the record.

10             (Whereupon, an off-the-record

11        discussion was had:)

12             MR. HENESY:  Back on the record.

13        BY MR. HENESY:

14             **Q.   Please turn to page 3 of Exhibit 11.**

15        **And I specifically want to talk to you about the**

16        **injury description.**

17             A.   Okay.

18             **Q.   Now, you see that -- I mean you'd**

19        **agree with me that it appears that Patient Delgado**

20        **and Patient Lopez were involved in the same**

21        **accident; right?**

22             A.   It looks like it, yes.

23             **Q.   And you see that the report for**

24        **Patient Lopez appears to also report that his**

25        **vehicle was traveling 5 miles an hour and**

1    rear-ended a vehicle going 10 miles an hour; right?

2         A.   Actually on this one, he said that he

3    was actually accelerating.

4         Q.   **Accelerating at approximately 5 miles**

5    **an hour?**

6         A.   Well, I mean, if you are accelerating,

7    you are going faster and faster and faster.  But I

8    just wrote what he said.  This is his description.

9    It's not my evaluation of his description.

10        Q.   **Okay.**

11             **Go down to initial complaints.  Right?**

12   A.   Yes.

13        Q.   **So on Exhibit 11, it says:**

14             **"Immediately following the accident,**

15        **the patient's main complaints include pain**

16        **in the mid back, neck pain, and pain in the**

17        **low back."**

18   A.   Yes.

19        Q.   **Okay.  And then go back to Exhibit 10**

20   **to Ms. Delgado's initial complaints.**

21             **Would you agree with me that the**

22   **language under initial complaints for Ms. Delgado**

23   **and Mr. Lopez are identical?**

24        A.   The language will be identical because

25   it's a computer program generating the information.

1       That's the reason it's identical.

2               **Q.   Did the computer program generate the**

3       **fact that they had the same locations of pain?**

4               A.   I see here this one says includes

5       headache, mid back pain, neck pain, and pain in the

6       low back.  This one does not have headache.

7               **Q.   Okay.  But mid back, neck pain and**

8       **pain in the low back.**

9                       **So your testimony is that both of**

10      **those patients reported having pain in those exact**

11      **places?**

12              A.   Yes.

13              **Q.   Turn to the subjective complaints, two**

14      **pages later on what is listed as page 3 of the**

15      **examination report at the top.**

16                      **Do you see on Exhibit 11 for Mr. Lopez**

17      **where it says:**

18                      **"His first symptom is sharp and aching**

19                  **pain in the neck bilaterally."**

20                      **Do you see that?**

21              A.   Yes.

22              **Q.   And do you see on Ms. Delgado's**

23      **report, the second stated symptom is sharp and**

24      **aching pain in the neck bilaterally?**

25              A.   Yes.

1          **Q.   They both reported that identical**

2   **symptom?**

3          A.   Yes.

4          **Q.   You see on Exhibit 11, it says:**

5              **"It occurs between one-half and**

6          **three-fourths of the time when he is awake,**

7          **is tolerated, but does cause some**

8          **diminution in his capacity to carry out**

9          **daily activities."**

10         A.   Yes.

11         **Q.   Do you see on Ms. Delgado's report,**

12  **Exhibit 10, where it says:**

13              **"It occurs between one-half and**

14         **three-fourths of the time when she is**

15         **awake, is tolerated but does cause some**

16         **diminution in her capacity to carry out**

17         **daily activities."**

18         A.   Yes.

19         **Q.   That's identical; right?**

20         A.   Yes.  And I told you why it's

21  identical.

22         **Q.   You don't see any issue with that?**

23         A.   I told you why it is identical,

24  because it's a computer-generated report.

25         **Q.   But both of these patients reported**

1    having this sharp and aching pain in their neck

2    bilaterally between one-half and three-fourths of

3    the time?

4         A.  Yes.

5         Q.  They did?

6         A.  Yes.

7         Q.  Exhibit 11, the second symptom is

8    burning pain in the mid back bilaterally.  Do you

9    see that?

10        A.  Yes.

11        Q.  Exhibit 10, the third symptom is

12   burning pain in the mid back bilaterally.

13        A.  Yes.

14        Q.  And then the language after that is

15   the same as the other symptoms; right?

16        A.  Yes.

17        Q.  One-half, three-fourths of the time.

18        A.  Yes.

19        Q.  Would it surprise you to know that

20   looking at these examination reports for Quality

21   Diagnostic, that every single GEICO patient

22   reported having pain in their back, neck and low

23   back bilaterally that affects their -- that occurs

24   between one-half and three-fourths of the time?

25        A.  That's what they said.

1          **Q.   That's what every one of those**

2   **patients said?**

3          A.   If that's what's in the record, that's

4   what they said.

5          **Q.   And you think that's a medical**

6   **possibility?**

7          A.   We record what patients say.

8          **Q.   And that never struck you as odd that**

9   **they all had the same complaints?**

10         A.   No.

11         **Q.   It didn't?**

12         A.   No.

13         **Q.   Okay.**

14            **Let's talk about -- you said that you**

15   **order an x-ray for every patient; right?**

16         A.   Yes.

17         **Q.   Okay.**

18            **Let's talk about Exhibit 11 -- or both**

19   **of these patients because they were involved in the**

20   **same accident.**

21              **You would agree with me that these**

22   **patients have described being in a low-speed**

23   **accident; right?**

24         A.   Yes.

25         **Q.   Okay.**

1              **That they're traveling either 5 miles**

2      **an hour or accelerating somewhere from 5 miles an**

3      **hour.**

4          A.   Yes.

5          **Q.   You would agree with me that, as**

6      **described, you said the patients are describing**

7      **this as a minor accident.  Right?**

8          A.   I don't categorize patients as minor

9      or whatever you want to call it.

10         **Q.   So you don't think that's a minor**

11     **accident?**

12         A.   That's not a medical diagnosis.

13         **Q.   I'm not asking you if it's a medical**

14     **diagnosis.**

15             **Do you drive a car?**

16         A.   Sir, this is a medical evaluation.

17         **Q.   Right.  I'm asking you --**

18         A.   I use medical terminology.

19         **Q.   Okay.**

20             **The severity of the accident is not**

21     **something you are interested in?**

22         A.   Has nothing to do with the way the

23     patient presents to me.

24         **Q.   So the severity of the accident has**

25     **nothing to do with how the patient presents to you.**

1          A.   Exactly.

2              Q.   So the severity of the accident

3      doesn't have any bearing on whether or not that

4      patient is going to receive a referral for an x-ray

5      or an MRI?

6          A.   No.

7              Q.   It doesn't have anything to do with

8      whether or not that patient is going to receive a

9      prescription from you for therapy?

10         A.   No.

11             Q.   It's not going to have any bearing at

12     all on the treatment of that patient.

13         A.   No.

14             Q.   So what percentage of the patients at

15     Quality Diagnostic that you examined did you then

16     prescribe therapy for?

17         A.   I prescribed therapy for all patients.

18             Q.   Every patient.

19         A.   Yes.

20             Q.   And that's, again, regardless of the

21     severity of the accident; right?

22         A.   That's correct.

23             Q.   It's regardless of their

24     individualized physical circumstances?

25         A.   That's correct.

1        Q.   It's regardless of their sex?

2        A.   That's correct.

3        Q.   Height, weight?

4        A.   What?

5        Q.   Height, weight, doesn't matter.

6        A.   That's correct.

7        Q.   Everybody got a therapy prescription.

8        A.   Yes.

9        Q.   And it was the same therapy

10   prescription for everybody?

11       A.   I can't say off my top of my head if

12   everybody got the exact same prescription, but they

13   were all prescribed -- therapy had all been

14   prescribed.

15       Q.   With that caveat in mind, would it be

16   fair to say they all got substantially the same

17   therapy prescription?

18       A.   Yes.

19       Q.   Do you know if this claim from Quality

20   Diagnostic was withdrawn?

21       A.   I don't know.

22       Q.   Do you know if any of the

23   examination -- the claims for your examination

24   reports were withdrawn from Quality Diagnostic?

25       A.   No, I don't.

1          Q.   Nobody ever talked to you about that?

2          A.   No.

3          Q.   Did you ever receive any information

4    from anyone at Quality Diagnostic that a certain

5    patient's accident had been a staged accident?

6          A.   No.

7          Q.   Are you familiar with the term "staged

8    accident?"

9          A.   Yes, I'm familiar with that term.

10         Q.   But you didn't hear anything at

11   Quality Diagnostic about any of the patients being

12   involved in staged accidents?

13         A.   No.

14         Q.   Did you ever review police reports as

15   part of your initial examination process?

16         A.   If they are present, yes.

17         Q.   And how often were they present?

18         A.   Most of the times they were.

19         Q.   So 100 percent of the patients were

20   sent for an x-ray.

21              Did you send patients to a particular

22   x-ray facility?

23         A.   I have no interest in where they went.

24   All I did was order an x-ray.  That was not my

25   business to tell them which facility they went to.

1          **Q.   So you did -- you said go get an**
2     **x-ray, but as far as you were concerned, the**
3     **patient could go anywhere and get their x-rays?**
4          A.   I gave that information to Ms. Garcia,
5     the request for an x-ray, they took care of that.
6          **Q.   But you never referred a patient to a**
7     **particular x-ray clinic?**
8          A.   No.  No.
9          **Q.   So let's take a look at -- this is a**
10    **paper clipped set of documents because they are**
11    **related.**
12              **I'll take those exhibits back from**
13    **you.  That's 10 and 11.  So we'll make this 12.**
14              **(Thereupon, Plaintiff's No. 12, GEICO**
15              **Insurance Health Insurance Claim Form for**
16              **Patient Juan Romero-Ortega, was marked for**
17              **Identification.)**
18    BY MR. HENESY:
19         **Q.   Exhibit 12, take a look at the**
20    **documents that are contained in Exhibit 12.**
21              **Have you reviewed those documents?**
22         A.   Yes.
23         **Q.   So the first half of this exhibit, it**
24    **appears to be another one of your initial**
25    **examination reports; right?**

1          A.   Yeah.

2          **Q.   Okay.**

3              **And in the second half of the exhibit,**

4     **which is the other paper-clipped part, is a report**

5     **from All X Ray Diagnostics Services.**

6              **Do you see that?**

7          A.   Yes.

8          **Q.   Have you ever heard of All X Ray**

9     **Diagnostics Services?**

10         A.   Yes.  When the report comes back I see

11    that.  I see it comes back from that particular

12    place.

13         **Q.   Did you ever notice during your time**

14    **at Quality Diagnostic that the reports for x-rays**

15    **were coming from one particular x-ray clinic?**

16         A.   Honestly I didn't pay attention to

17    whether or not they all coming from the same place.

18         **Q.   You never noticed that?**

19         A.   I didn't look for that because that

20    wasn't important to me.

21         **Q.   It wouldn't be important to you that**

22    **every one of the patients received their x-rays at**

23    **the same x-ray clinic?**

24         A.   No.

25              MR. CARRAZANA:  Asked and answered.

1                    MR. HENESY:  Well, no.  It was a

2            little bit different, but that's okay.

3    BY MR. HENESY:

4            Q.   So you see on this form, it says

5    "referring physician;" right?

6            A.   Yes.

7            Q.   And it lists your name.

8            A.   Yes.

9            Q.   Do you know anybody at All X Ray

10   Diagnostics Services?

11           A.   No.

12           Q.   The third page of this contains an

13   electronic signature from a Dr. Germaine Rodriguez,

14   MD.

15           A.   Yes.

16           Q.   I apologize.  It's the very last page

17   of this exhibit, yes.

18               On the very last page of this exhibit,

19   do you see that name, Germaine Rodriguez?

20           A.   Yes.

21           Q.   Do you know that doctor?

22           A.   No.

23           Q.   Turning back a few pages to -- there

24   is another doctor's name with an electronic

25   signature, Dr. Osama Gomaa, MD.

1          Do you know that person?

2      A.  No.

3          Q.  So have you ever spoken to anybody at

4  All X Ray Diagnostics Services?

5      A.  No.

6          Q.  Do you know if Quality Diagnostic has

7  any sort of referral or agreement or arrangement

8  with All X Ray Diagnostics Services?

9      A.  No.

10         Q.  No?

11     A.  No.

12         Q.  When you became the medical director

13  of Quality Diagnostic, did you ask anyone if they

14  had referral relationships with anybody?

15     A.  No.

16         Q.  You weren't concerned about that?

17     A.  No.

18         Q.  Did you ask if there was a referral

19  agreement signed somewhere?

20     A.  No.

21         Q.  So here's why I'm asking.

22              When I looked at the records for

23  Quality Diagnostic, it appeared that every single

24  one of these patients got their x-rays at the same

25  place.

1                **Is that surprising to you?**

2         A.   No.

3                **Q.   Why not?**

4         A.   I asked for an x-ray.  I asked for an

5    MRI.  They go wherever they go to get it.  The

6    report comes back.  I'm interested in the report.

7    I'm not interested in who -- where they went to go

8    get it.

9                **Q.   And as far as you know -- so was it a**

10   **coincidence that every one of these patients went**

11   **to the same x-ray clinic?**

12        A.   That's not my concern.

13               **Q.   You weren't worried about that.**

14        A.   It's not my concern.

15               **Q.   Are you aware of these circumstances**

16   **of Ivelis Garcia's arrest?**

17               MR. CARRAZANA:  We're going to plead

18          the Fifth on that.  It is related to his

19          pending case.

20               MR. HENESY:  Okay.  I'll just ask the

21          question again.

22   BY MR. HENESY:

23               **Q.   Are you aware of the circumstances of**

24   **Ivelis Garcia's arrest?**

25               MR. CARRAZANA:  I'm going to plead the

1              Fifth on that question.

2                   MR. HENESY:  Okay.  I need the witness

3         to say it.

4              A.  I'll plead the Fifth.

5    BY MR. HENESY:

6              **Q.   Do you know that Ivelis Garcia is**

7    **alleged to have paid a patient in exchange for that**

8    **patient receiving their x-ray at All X Ray**

9    **Diagnostics Services?**

10             A.  No.

11             **Q.   You don't know that?**

12             A.  No.

13             **Q.   So what do you know about Ivelis**

14   **Garcia's arrest?**

15                  MR. CARRAZANA:  We're going to

16        plead --

17                  MR. HENESY:  He just waived it,

18        Christian.

19                  MR. CARRAZANA:  Okay.  You know what?

20        We're pleading the Fifth on all these

21        questions.

22             You want to certify it to the Court,

23        go ahead and certify it.

24                  MR. HENESY:  Okay.  So let me just

25        make a record here.

1    BY MR. HENESY:

2         **Q.   The first question was, are you aware**

3    **of the circumstances of Ivelis Garcia's arrest?**

4    **And the witness invoked his Fifth Amendment**

5    **privilege against self-incrimination.**

6              **The next question was, are you aware**

7    **that -- and obviously the record will speak for**

8    **itself as to what the exact language of these**

9    **questions were, but the thrust of the second**

10   **question was, are you aware that it is alleged that**

11   **Ms. Garcia paid a patient in exchange for that**

12   **patient receiving x-rays at All X Ray Diagnostics**

13   **Services?  And the witness's response to that**

14   **question was no.**

15             MR. CARRAZANA:  And earlier I stated

16        any line of question with regard to

17        anything having to do with the criminal

18        case is unrelated to this case, my client

19        is not going to answer the question.  It's

20        based on the Fifth Amendment.

21             Although he said what he said, I

22        heard -- I asserted his privilege on his

23        behalf, and you continue to ask him

24        questions along that same subject matter

25        despite the fact that we've already

1        asserted the Fifth Amendment right.

2            MR. HENESY:  Well, counsel, in

3    fairness --

4            MR. CARRAZANA:  As his counsel, I can

5    assert the Fifth Amendment on his behalf.

6            Please move on, Steve.

7            MR. HENESY:  In fairness --

8            MR. CARRAZANA:  Steve, move on.

9            MR. HENESY:  I'm going to make my

10   record.

11           MR. CARRAZANA:  Make your record.

12           MR. HENESY:  As counsel is well aware,

13   an invocation of privilege by a witness or

14   the witness's counsel does not preclude

15   questioning as it relates to that

16   privilege.

17           The fact that the witness pled the

18   Fifth to a topic does not preclude me from

19   asking further questions, and the witness

20   can invoke the Fifth Amendment as many

21   times as he sees fit.

22           So I'm going to be -- I'm going to

23   continue with my questioning here.  And to

24   any question where he believes that his

25   privilege is being implicated, he can

1          indicate the Fifth Amendment.  But it does

2          not preclude me from asking questions.

3     BY MR. HENESY:

4          **Q.   So you said no, you don't know -- you**

5     **are not aware that Ivelis Garcia --**

6          A.   I don't know no.

7               MR. CARRAZANA:  Doctor, we're

8          asserting the Fifth Amendment.

9     BY MR. HENESY:

10         **Q.   Do you know if any patient at Quality**

11    **Diagnostic was ever paid to receive their x-ray at**

12    **All X Ray Diagnostics Services?**

13              MR. CARRAZANA:  You can answer that.

14         A.   Could you ask the question again?

15              (Thereupon, a portion of the record

16         was read by the court reporter:

17              "Question:  Do you know if any patient

18         at Quality Diagnostic was ever paid to

19         receive their x-ray at All X Ray

20         Diagnostics Services?")

21         A.   I don't know.

22    BY MR. HENESY:

23         **Q.   Nobody ever talked to you about that?**

24         A.   About --

25              MR. CARRAZANA:  Please rephrase the

1          question and I'll object to the form.

2               MR. HENESY:  Okay.  That's fine.

3     BY MR. HENESY:

4          **Q.   Did anyone ever talk to you about**

5     **patients being paid to receive their x-rays at All**

6     **X Ray Diagnostics Services?**

7          A.   No.

8          **Q.   Have you ever heard of any patient at**

9     **Quality Diagnostic being paid in exchange for**

10    **getting any treatment?**

11         A.   No.

12         **Q.   Did you ever pay a patient?**

13         A.   No.

14         **Q.   Do you know if Ms. Garcia ever paid a**

15    **patient?**

16         A.   No.

17              MR. CARRAZANA:  Okay.  That's fine.

18         You can answer that.

19    BY MR. HENESY:

20         **Q.   Do you know if Ms. Garcia ever paid a**

21    **patient to appear in an EUO?**

22         A.   No.

23         **Q.   But you know that that's part of her**

24    **arrest?**

25              MR. CARRAZANA:  Client can answer

1          that.

2          A.   I don't know.

3     BY MR. HENESY:

4          **Q.   You don't.  Okay.**

5          MR. HENESY:  I'll take back that

6     exhibit.

7     BY MR. HENESY:

8          **Q.   As a physician, are you aware of any**

9     **studies or literature in the medical field related**

10    **to how long one should wait before ordering an MRI**

11    **after an automobile accident?**

12         A.   No, I don't.

13         **Q.   Is it fair to say that on the patients**

14    **that you did order MRIs for at Quality Diagnostic,**

15    **you did so during your -- during the initial**

16    **examination process?**

17         A.   Yes.

18         **Q.   And the same goes for the x-rays;**

19    **right?**

20         A.   Yes.

21         **Q.   If you were ordering those tests, they**

22    **were going to be ordered on the first date of**

23    **service; right?**

24         A.   That's when they are ordered, yes.

25         **Q.   And so you said that every patient got**

1    **x-ray, but not every patient got MRI; is that**

2    **correct?**

3        A.  Right.

4        **Q.  And what's the reason for the**

5    **difference there?**

6        A.  Well, it depended on the type of

7    injury.  If I think the injury on my examination

8    warranted getting an MRI, I would order that MRI.

9        **Q.  And what about the injury would**

10    **warrant an MRI?  Just if you can tell me in general**

11    **terms.**

12        A.  From my evaluation of the patient.

13            If I find I need to know if there is

14    any issue in addition to the soft tissue injury, if

15    there's any dislocations or any herniations, or I

16    think there could be based on my examination, then

17    I would order an MRI.

18        **Q.  So there would be certain clinical**

19    **indications during your examination?**

20        A.  Yes.

21        **Q.  And as it relates to when you are**

22    **talking about like a herniation, or something like**

23    **that, what in your examinations would be one of**

24    **these clinical indications of that?**

25        A.  Based on my examination of that

1     patient, the examination correlates -- examination

2     findings, plus the history that they present with,

3     it would give me an indication as to should I get

4     an MRI on this patient to decide whether there is a

5     movement or dislocation or herniation or

6     protrusion, whatever language the radiologist

7     choose to call it, that would help me figure is

8     there anything like this occurring?

9          **Q.   So the decision whether or not to**

10    **order an MRI was done on a patient-by-patient**

11    **basis --**

12         A.   Yes.

13         **Q.   -- as opposed to the x-rays, which**

14    **were just done as a matter of course.**

15         A.   Well, x-rays -- if a patient is

16    complaining about a pain in a certain area, one of

17    the reasons for pain in an area could be a

18    fracture, could be a fracture dislocation.  I want

19    to know if that's occurring, if that's there.  So I

20    would get the x-ray.

21         **Q.   Well, I understand that.  But my**

22    **question is, is the decision whether or not to**

23    **order an x-ray done on a patient-by-patient basis?**

24         A.   Yes.

25         **Q.   But it just so happens that all the**

1      **patients at Quality Diagnostic needed x-rays.**

2          A.   Yes, because they got pain.

3          **Q.   So that's the clinical --**

4          A.   Yes.  They got pain and I need to know

5      if the pain is occurring from bone.  The x-ray will

6      tell me that.

7          **Q.   So long as the patient complained of**

8      **pain, they would get an x-ray.**

9          A.   Yes.

10         **Q.   And all of your patients complained of**

11     **pain.**

12         A.   Yes.  And my medical evaluation, if

13     they got pain in the leg, joint, I need to know is

14     there a fracture there.

15         **Q.   Do you ever review the physical**

16     **therapy notes from Quality Diagnostic?**

17         A.   I don't review them.  I may look,

18     glance through them in between evaluations, but I

19     don't sit down and do a page and look to see --

20         **Q.   So let's go back to Exhibit 12 for a**

21     **second.**

22             **This was an examination and then the**

23     **records from All X Ray Diagnostics Services, it was**

24     **your examination and the records from All X Ray**

25     **Diagnostics Services for this patient, Juan**

1       Romero-Ortega.  So we reviewed this document

2       earlier, but I'm turning to the last page of your

3       typed out examination report, and I want you to

4       take a look at -- so this is at the end of the

5       report, one of the last paragraphs, but it's at the

6       top third of this page.

7               It says:

8               "If the patient fails to improve with

9           conservative treatment, I recommend further

10          testing and/or referrals to outside

11          providers.  Such referrals may include but

12          are not limited to MRI scans, CT scans,

13          neurological evaluation, and other

14          orthopedic consultation."  Okay?

15              And the object -- and then it

16      says:

17              "The object of testing would be to

18          ascertain the extent of injury and trauma

19          to the central and/or peripheral nervous

20          system and further isolate any

21          radiculopathies."

22              Do you see that paragraph?

23      A.   Yes.

24          Q.   But then underneath it, it says you

25      referred this patient for an MRI.

1          A.   Yes.

2          **Q.   Okay.**

3              **So I'm wondering why -- it appears to**

4     **be a discrepancy there.  It appears that you're**

5     **saying I'll order an MRI if conservative treatment**

6     **fails, but then you ordered an MRI.**

7          A.   These are different situations.  These

8     are listed -- you're taking it out of context.

9              I have listed the therapies

10    recommended, and the reasons for some of the

11    therapies.  And then I stated if at a followup, if

12    you do not improve with that conservative therapy,

13    which is what I listed above, if they do not, then

14    these things will be ordered.

15             Now, having said that, this is what I

16    am going to order.  It's not a sequence.  They are

17    different isolated sections.  All this refers to

18    what is up there.  This is now separate.  This is

19    something else.  Now I'm going to order this.

20         **Q.   So you are going to order an MRI**

21    **there.**

22         A.   Yes.

23         **Q.   The reason I'm asking is that that**

24    **document, that paragraph suggests that an MRI will**

25    **be ordered if the conservative treatment that you**

1    **have now ordered fails.**

2         A.   Including, but not limited to.

3         **Q.   Right.  But it says MRI there.**

4         A.   Okay.  So it says it up there, but

5    then I ordered it here.

6         **Q.   So you ordered the MRI because you**

7    **didn't --**

8         A.   Because that's my evaluation.

9         **Q.   So you did not want to wait to see if**

10   **they failed conservative treatment.**

11        A.   No.

12        **Q.   Why not?**

13        A.   Because I think they needed it.

14        **Q.   What was it about this patient -- take**

15   **a look at the examination report.**

16             **What is it about this patient that**

17   **required an MRI?**

18        A.   I would have to read the entire

19   report.

20        **Q.   Go ahead.**

21        A.   That would be my evaluation, and I

22   answered you this question before, that based on my

23   evaluation, I need to know about the -- what type

24   of injury this patient has -- what has happened

25   from this type of injury.  I don't have to wait.

1              MR. CARRAZANA:  Just answer his

2       question, Doctor.

3       A.   This is what I'm trying to answer.

4              MR. CARRAZANA:  Look at the report.

5       A.   You are asking me about what is in the

6   report.  It's the entire report.

7   BY MR. HENESY:

8       **Q.   Everything --**

9       A.   Everything in this evaluation tells me

10   that I should order an MRI.

11       **Q.   Is there anything in that MRI that's**

12   **fabricated?**

13       A.   No.

14       **Q.   Are you sure of that?**

15       A.   No.

16              Actually I should say yes, I'm sure,

17   because you asked me if I'm sure.  So the answer is

18   yes, I'm sure.

19       **Q.   Fair enough.**

20              **Did you ever work at Quality**

21   **Diagnostic on a day that wasn't a Monday, Wednesday**

22   **or Friday?**

23       A.   There might have been very few

24   instances when I have been asked to return on other

25   days because a patient needed to be evaluated on a

1    day that was not a Monday, Wednesday or Friday and

2    the patient could not be there on those days.

3    Might have happened on very rare occasions.

4        **Q.   Did every patient at Quality**

5    **Diagnostic that you were evaluating receive a**

6    **followup evaluation?**

7        A.   Yes.

8        **Q.   And how often would they receive**

9    **followup evaluations?**

10       A.   If they came for all of the required

11   exams, I did two followup exams and a final.

12       **Q.   Two followup exams and then a final**

13   **exam?**

14       A.   Yes.

15       **Q.   All right.  Essentially where you were**

16   **discharging the patient?**

17       A.   Sometimes patients just never showed

18   up on some occasions.

19       **Q.   And how long did your followup**

20   **examinations take?**

21       A.   I would have to say, again, minimum

22   15, 20 minutes or even more.

23           Again, the same reasons you asked me

24   about the initial exams.

25       **Q.   Generally speaking, Doctor, can you**

1    **tell me the percentage of patients -- approximately**

2    **the percentage of patients that Quality Diagnostic**

3    **saw that just did not speak English at all?**

4         A.   I don't know for percentage.  Most of

5    them are bilingual.  I don't know what a percentage

6    is that did not speak English.

7         **Q.   And what did you do in the instances**

8    **where the patient didn't speak English?**

9         A.   I had an interpreter.  And that's one

10   of the reasons I had that form that you showed me

11   where they filled out the information about the

12   history.  That's the reason.

13        **Q.   Did Ivelis Garcia ever give you a**

14   **stack of forms at Quality Diagnostic to sign in**

15   **advance?**

16        A.   No.

17        **Q.   Did you ever see anyone signing blank**

18   **treatment forms --**

19        A.   No.

20        **Q.   -- at Quality Diagnostic?**

21        A.   No.

22        **Q.   When you were conducting an**

23   **examination of a patient, whether it was an initial**

24   **exam or a followup exam, you said that you have a**

25   **computer program; right? that generates your**

1      reports?

2          A.  Yes.

3              Q.  **Are you typing into that computer**

4      **program contemporaneous to your examination?**

5          A.  You are asking --

6              Q.  **Sure.**

7              **Are you typing into the computer**

8      **contemporaneous to your conducting an examination?**

9          A.  What do you mean by contemporaneous?

10             Q.  **At the same time.**

11         A.  That's impossible physically.

12             Q.  **What do you mean?**

13         A.  I can't do an exam and type at the

14     same time.

15             Q.  **So were you taking handwritten notes**

16     **during your exams that were then plugged into the**

17     **computer?**

18         A.  No.  I do a physical exam, and then I

19     go to the computer and I input my findings into the

20     computer.

21             I don't have to write a handwritten

22     note in between.

23             Q.  **So when you were doing a portion of**

24     **the patient that we'll call a hands-on; right? that**

25     **is with the patient, how long is that process?**

1          A.   It all depends on how extensive an

2     examination I have to do.

3          **Q.   10 minutes?  20 minutes?  5 minutes?**

4          A.   I've already said my face-to-face

5     examination with a patient is a minimum of

6     30 minutes.  The reviewing the history and the

7     physical examination takes a minimum of -- minimum

8     of 30 minutes.

9               At the end of that, that's when I go

10    to the computer and I put in the data of the

11    physical exam.

12         **Q.   So you just remember everything?**

13         A.   Yes.

14         **Q.   So, I mean, because you are testing**

15    **range of motion; right?**

16         A.   Yes.

17         **Q.   You are testing, like, grip strength?**

18         A.   Yes.

19         **Q.   So the results of all those tests that**

20    **you do during this exam, you are doing the exam,**

21    **you are not taking any notes, and then you input it**

22    **after-the-fact.**

23         A.   Yes.  I think that's what every

24    physician does.

25         **Q.   I'm just asking about you.**

1            A.   Yes.  You must understand that's

2     normal to me.

3                 MR. HENESY:  I don't have any other

4            questions at this time.

5            GEICO reserves the right to continue

6            to reopen the deposition, certainly with

7            some of the issues that have been raised

8            and addressed today.  Obviously everybody

9            has made their records and those issues are

10           all reserved for GEICO.

11           I would like to thank you for coming

12           in this afternoon.

13                MR. CARRAZANA:  I have a few

14           questions.

15                MR. HENESY:  You have some followup

16           questions?

17                MR. CARRAZANA:  Very, very few.

18                MR. HENESY:  Go ahead.

19                MR. CARRAZANA:  Are you done?

20                MR. HENESY:  That's my record.  And

21           obviously I'll reserve to see what these

22           questions are about.  I may need to reopen

23           it.

24                 CROSS EXAMINATION

25     BY MR. CARRAZANA:

1          **Q.   Now, Doctor, during the course of your**

2     **direct examination, you were asked whether it is**

3     **common or is it -- whether all the patients at**

4     **Quality Diagnostic seem to have similar injuries,**

5     **such as neck pain, mid-back pain, lower-back pain.**

6               **In your experience as a medical**

7     **doctor, are these type of injuries quite common in**

8     **auto accident cases?**

9          MR. HENESY:  Objection.

10         A.   Yes, they are.

11    BY MR. CARRAZANA:

12         **Q.   So based on your professional**

13    **experience, Doctor, would it be unusual for you to**

14    **treat several patients reporting the same kind of**

15    **injuries, such as strains, sprains to neck, back,**

16    **shoulder, for example, or extremities?**

17         MR. HENESY:  Objection, form.

18         A.   It would not be unusual.

19    BY MR. CARRAZANA:

20         **Q.   Why is that?**

21         A.   Because of the accident involved,

22    particular movement of certain parts of your body,

23    which the patient has no control over at the time,

24    every movement, back and neck, sometimes it's

25    injury for the shoulder because, in order to

1    prevent movement, you put the hand out and continue

2    to move forward, the movement get injury in the

3    shoulder, they may get hit from the side and move

4    side to side.

5        **Q.  In this case, counsel brought up two**

6    **patients, Swany Delgado and Jorge Lopez who were**

7    **involved in the same accident.  They both reported**

8    **that there was pain in the neck bilaterally, and**

9    **also in the mid back, I believe, bilaterally.**

10       **The fact that you have two patients in**

11   **the same accident with the same injuries, does that**

12   **give you pause as something -- pause to assume that**

13   **it's unusual?**

14       MR. HENESY:  Object to the form.

15       A.  No.  Does not.

16   BY MR. CARRAZANA:

17       **Q.  It does not?**

18       A.  No.

19       **Q.  Why not?**

20       MR. HENESY:  Object to the form.

21       A.  That's what -- if that's what

22   occurred, that's what the patient tells me

23   occurred.

24   BY MR. CARRAZANA:

25       **Q.  In your experience as a medical**

1    doctor, have you had other cases where you had

2    multiple people involved in one accident with

3    similar or almost identical injuries?

4            MR. HENESY:  Object to the form.

5        A.  Yes.

6    BY MR. CARRAZANA:

7        Q.   Now, Doctor, as for the x-rays,

8    normally you order an x-ray to rule out a fracture;

9    is that correct?

10       A.   That's correct.

11           MR. HENESY:  Object to the form.

12   BY MR. CARRAZANA

13       Q.   Do you agree that a fracture is not

14   something you can see with the naked eye?

15           MR. HENESY:  Object to the form.

16       A.   That's correct.

17   BY MR. CARRAZANA:

18       Q.   Can you please explain what is a

19   hairline fracture?

20           MR. HENESY:  Object to the form.

21       A.   A hairline fracture is a fracture of

22   the bone, and on the x-ray, it appears as a

23   hairline, like a strong hair.

24   BY MR. CARRAZANA:

25       Q.   Is it possible to have a patient who

1      can come into your office, report of having soft

2      tissue pain, such as spasms from a sprain/strain,

3      but is it possible they could also have a hairline

4      fracture underneath the soft tissue?

5              MR. HENESY:  Object to the form.

6          A.  Yes.

7      BY MR. CARRAZANA:

8          Q.  And the only way to determine that

9      would be through an x-ray?

10             MR. HENESY:  Object to the form.

11         A.  Yes.

12     BY MR. CARRAZANA:

13         Q.  Wouldn't you also, Doctor, need to

14     perform an x-ray to rule out a fracture in order to

15     determine whether or not a person can have passive

16     therapy?

17             MR. HENESY:  Object to the form.

18             Counsel, please watch the leading,

19         please.

20             MR. CARRAZANA:  This is cross.

21             MR. HENESY:  It's not cross.

22     BY MR. CARRAZANA:

23         Q.  Now, in this case, Doctor, the course

24     of therapy that you ordered for all the GEICO

25     patients at Quality Diagnostic, is this course of

1    **therapy the standard within the medical community**

2    **for auto accident cases?**

3            MR. HENESY:  Object to the form.

4        A.  Yes, it is.

5    BY MR. CARRAZANA:

6        **Q.   Was the frequency and duration of the**

7    **physical therapy that you prescribed in these**

8    **cases, were they appropriate?**

9        A.  Yes.

10           MR. HENESY:  Object to the form.

11   BY MR. CARRAZANA:

12       **Q.   Now, Doctor, would you have ordered**

13   **physical therapy if it wasn't necessary?**

14           MR. HENESY:  Object to the form.

15       A.   I would not have ordered it if it was

16   not necessary.

17   BY MR. CARRAZANA:

18       **Q.   And it's your opinion that the**

19   **physical therapy that you prescribed in these cases**

20   **was necessary.**

21           MR. HENESY:  Object to the form.

22       A.  Yes.

23   BY MR. CARRAZANA:

24       **Q.   And you are basing that on your**

25   **medical judgment.**

1               MR. HENESY:  Object to the form.

2          A.   Yes.

3     BY MR. CARRAZANA:

4          **Q.   Now, Doctor, I wanted to ask you, in**

5     **your experience as a medical doctor, is the force**

6     **of impact -- is there a correlation between the**

7     **force of impact in an accident with respect to**

8     **whether or not someone is injured?  Is there a**

9     **correlation?**

10         A.   No.

11         **Q.   Can you explain that, why there isn't?**

12         A.   Because I've seen patients complaining

13    of a lot of pain, and from the way they described

14    it as an impact, it may be a small impact, and I've

15    seen the opposite to that.  That what sounds like a

16    lot of damage to a vehicle, and the patient may not

17    have much pain, not much injury.  So there is no

18    correlation between the two.

19              MR. CARRAZANA:  I have nothing

20         further.

21              REDIRECT EXAMINATION

22    BY MR. HENESY:

23         **Q.   Doctor, if what you just said is true,**

24    **you were asked does the severity essentially -- and**

25    **correct me if I'm wrong -- but essentially the**

1    **severity of the underlying accident and the**

2    **circumstances of the underlying accident are**

3    **irrelevant.  Is that your testimony?**

4        A.   No, that's not what I said.

5        **Q.   So are the circumstances of the**

6    **underlying accident relevant?**

7            MR. CARRAZANA:  Object to the form.

8    BY MR. HENESY:

9        **Q.   Relevant to determining a course of**

10   **treatment for a patient.**

11       A.   The treatment is based upon my

12   findings.

13       **Q.   My question was, are the circumstances**

14   **of the underlying accident relevant in determining**

15   **a course of treatment for a patient?**

16       A.   No.

17       **Q.   Why is it on your exam form?**

18       A.   I just said it.

19       **Q.   Why are the circumstances of the**

20   **accident on your form?**

21       A.   That's part of any physician's

22   evaluation of a patient.  You need to know the

23   patient, you get a history from the patient, and

24   that history tells you what the accident was all

25   about.

1          Q.   Well, why does it matter to you, then?

2     Why even put it on the report if it doesn't have

3     any effect on what kind of treatment that patient

4     is going to get?

5          A.   The treatment is based on the entire

6     evaluation.

7          Q.   So the circumstances of the

8     accident --

9          A.   I don't pick out particular points in

10    an evaluation.  It's the entire overall evaluation.

11          The question that was asked was, if

12    the findings correlate with the nature of the

13    accident.  That was the question.

14          Q.   Here's my question --

15          A.   So you are asking a question coming

16    off the question he asked me, if it's relevant.

17    The question that he asked me was not about

18    relevancy.

19          Q.   Well, I'm asking you, are the

20    circumstances of the accident relevant in making a

21    determination for a course of treatment for a

22    patient?

23          A.   Not for making the determination for a

24    course of treatment because I do not pick out one

25    part of an evaluation and say, based on this

1    evaluation, this is what I treat.

2        **Q.   That's not my question.**

3        A.   Well, that's the way I have to answer

4    your question.

5            You are asking me to pick out one

6    isolated part of an evaluation, and I don't do

7    that.

8        **Q.   Is it a factor, a factor, I'm not**

9    **saying the factor.  I'm asking you are the**

10   **circumstances of the accident one factor that is**

11   **considered?**

12       A.   Everything is considered.

13       **Q.   So that's a yes.**

14       A.   Everything is considered.  That's my

15   answer.  My answer is everything is considered.

16       **Q.   Including the circumstances of the**

17   **accident.**

18       A.   Everything is considered.

19           MR. HENESY:  Thank you.  I don't have

20   any further questions.

21           We reserve our right to continue or

22   reopen this deposition should the need

23   arise.  Obviously we've made our records

24   and we reserve all our rights as it relates

25   to objections and privilege invocations,

1          and we'll take that up at a later date.

2               Order it.  Five days.

3               (Thereupon, the proceedings concluded

4          for the day at 4:10 p.m.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CERTIFICATE OF OATH

THE STATE OF FLORIDA )

COUNTY OF MIAMI-DADE )

I, the undersigned authority, certify that

MOULTON KEANE, M.D. personally appeared before

me and was duly sworn on the 16th day of July,

2018.

Signed this 22nd day of July, 2018.



Aurora C. Sloan, FPR

Notary Public - State of Florida

My Commission No. GG105318

My Commission Expires: May 23, 2021

CERTIFICATE OF REPORTER

THE STATE OF FLORIDA )

COUNTY OF MIAMI-DADE )

I, Aurora C. Sloan, Florida Professional Reporter,

certify that I was authorized to and did

stenographically report the deposition of MOULTON

KEANE, M.D., pages 1 through 187; that a review of

the transcript was requested; and that the

transcript is a true and complete record of my

stenographic notes.

I further certify that I am not a relative,

employee, attorney, or counsel of any of the

parties, nor am I a relative or employee of any of

the parties' attorney or counsel connected with the

action, nor am I financially interested in the

action.

DATED this 22nd day of July, 2018.



Aurora C. Sloan, FPR

MOULTON KEANE, M.D.
9951 Southwest 4th Street
Plantation, Florida, 33324
c/o Christian Carrazana, PA
   PO Box 900520
   Homestead, Florida 33090


IN RE:  GEICO V QUALITY DIAGNOSTIC
CASE NO.:  1:18-CV-20101-JEM

Please take notice that on the 16th day of
July, 2018, you gave your deposition in the
above cause.  At that time you did not waive
your signature.

Please execute the Errata Sheet, which can be
found at the back of the transcript, and have
it returned to us for distribution to all
parties.

If you do not read and sign the deposition
within 30 days, the original, which has already
been forwarded to the ordering attorney, may be
filed with the Clerk of the Court.

If you wish to waive your signature now, please
sign your name in the blank at the bottom of
this letter and return it to the address listed
below.

Very truly yours, 


Aurora C. Sloan, FPR
Phipps Reporting, Inc.
1551 Forum Place, Suite 200-E
West Palm Beach, Florida 33401

I do hereby waive my signature.


_____

MOULTON KEANE, M.D.

ERRATA SHEET
DO NOT WRITE ON TRANSCRIPT - ENTER CHANGES HERE
IN RE: GEICO V QUALITY DIAGNOSTIC
CASE NO. 1:18-CV-20101-JEM
WITNESS:  MOULTON KEANE, M.D.
TAKEN:  07/16/2018


PAGE    LINE      CHANGE     REASON FOR CHANGE

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

   Under penalties of perjury, I declare that I
have read the foregoing document and that the facts
stated in it are true.



_____
Date            MOULTON KEANE, M.D.

Page 1

**A**

**A-L-B-O-R-I-G-A**
91:13
**a.m** 1:20 5:2 69:9
**ability** 9:11
**able** 26:23 38:9
44:8 52:12
53:10 71:9
**academy** 30:24
31:3,16
**accelerating**
146:3,4,6 151:2
**accept** 20:6
**accepted** 18:8
19:21,22 20:7
38:10 40:2 55:4
**access** 120:4
**accident** 4:1
23:16,20 26:3
28:20,24 29:6,9
29:13,21 99:12
99:17,18
127:10,21
128:16 129:21
131:18,23
132:17 143:14
143:16 144:1,7
145:21 146:14
150:20,23
151:7,11,20,24
152:2,21 154:5
154:5,8 165:11
178:8,21 179:7
179:11 180:2
182:2 183:7
184:1,2,6,14,20
184:24 185:8
185:13,20
186:10,17
**accidents** 28:21
29:9,22 30:14
59:21 132:24
133:6 154:12
**account** 50:21,24
**accuracy** 96:15
**accurate** 96:23

**accurately** 36:12
**Acebo** 1:10 12:18
97:17
**aching** 147:18,24
149:1
**act** 131:12
**action** 40:25
42:16 189:17
189:18
**activities** 99:2
148:9,17
**actual** 44:1 73:11
74:17
**add** 94:25
**addicted** 22:18
23:11
**addiction** 22:16
22:17 24:20
25:2,16 28:18
29:6,9,19,20,24
30:4,14 31:2
**addition** 130:8
166:14
**additional** 15:19
137:3
**additions** 38:16
**address** 9:25 10:1
10:3,12,13 51:1
73:22 99:20
190:15
**addressed** 116:8
177:8
**administrative**
3:14 33:19,24
34:18
**admission** 35:24
36:6
**admitted** 35:4,17
36:4 39:23
**advance** 6:17
174:15
**advertising** 97:4
**advice** 47:12
48:12,24 49:4,9
**affect** 9:11
**affirm** 5:5

**accurately** 36:12
**affirmed** 5:12
**after-the-fact**
176:22
**afternoon** 177:12
**age** 75:19,22,24
75:25 76:2
**agency** 27:14
28:3,9,11 51:4
51:21
**ages** 75:23
**ago** 35:10
**agree** 110:17
132:23 133:10
133:15 135:11
137:7 144:6
145:19 146:21
150:21 151:5
180:13
**agreed** 48:9
**agreement** 51:17
51:19,20,22
158:7,19
**AHCA** 104:12
**ahead** 160:23
171:20 177:18
**al** 5:25 6:1
**Alboriga** 91:13
**alcohol** 9:9
**aligned** 71:15
**allegation** 41:20
41:21
**allegations** 43:5
43:7,9
**allege** 32:15
**alleged** 32:19
33:3 160:7
161:10
**Amendment** 48:1
48:7,13,25 49:5
49:10 161:4,20
162:1,5,20
163:1,8
**American** 13:9
22:8,21 23:14
24:15,24 26:20
**amount** 29:24

93:7,8,9,20
94:15 95:15
103:4,13
**analgesics** 44:19
**and/or** 169:10,19
**Angeles** 15:23
**ANIBAL** 1:10
**answer** 6:20 8:7,8
8:14 9:21 12:9
36:3 37:17,19
45:20 48:5
50:16 57:6
87:24 113:20
114:11 115:22
121:17 139:3
139:13,20,24
140:16,21
161:19 163:13
164:18,25
172:1,3,17
186:3,15,15
**answered** 9:20
11:7 110:15
140:10 156:25
171:22
**answering** 7:21
7:22 8:1 47:15
**answers** 7:5 8:7
10:9 142:17
**anybody** 63:11
73:17 82:2 91:9
111:22 112:9
120:4 128:12
157:9 158:3,14
**apologize** 6:17
62:18 83:18
85:3 115:21
157:16
**appear** 109:8
111:18 135:21
137:16 164:21
**APPEARANCES**
2:1
**appeared** 158:23
188:9
**appearing** 111:21

113:1
**appears** 34:17
70:13 71:1,13
111:12 118:11
122:23,25
123:3 132:7
135:12 145:19
145:24 155:24
170:3,4 180:22
**application** 99:1
**apply** 31:17
**appropriate**
182:8
**Approximate**
75:19
**approximately**
10:13 14:16,17
14:19 16:23
22:24,25 25:14
41:14 60:20
143:1,8 146:4
174:1
**area** 19:22 53:8
79:7 167:16,17
**arrange** 81:11
**arranged** 20:12
20:22
**arrangement**
20:11 54:12
158:7
**arrest** 59:5
159:16,24
160:14 161:3
164:24
**arrested** 47:8,11
48:22
**ascertain** 169:18
**asked** 11:10,10
19:20 24:10
27:20 29:15
37:17 45:18
46:23 48:4 52:5
53:9,12 58:4
60:4,11 61:16
63:24 64:8,10
64:10,16 71:9

71:10 72:23
73:22 98:13
102:5 104:4
109:25 110:15
122:9 138:25
139:2 156:25
159:4,4 172:17
172:24 173:23
178:2 183:24
185:11,16,17
**asking** 7:20 10:7
11:15 26:22
28:19 29:21
38:7 72:16 75:2
95:1 110:19,20
110:21 120:7
124:13 138:14
138:22 139:1
139:19 151:13
151:17 158:21
162:19 163:2
170:23 172:5
175:5 176:25
185:15,19
186:5,9
**asks** 73:1 124:24
124:25
**assert** 162:5
**asserted** 161:22
162:1
**asserting** 39:14
163:8
**associated** 16:21
19:3,15 20:24
22:5 27:2,5,17
51:7,10 52:3
128:9
**Associates** 3:17
22:8,22 23:14
24:15,24 27:15
27:18 51:4
69:16 70:7
**association**
12:25 17:2
27:14 54:15
55:6,16 64:12

65:6,18 71:2,6
81:6 87:21
**assume** 93:5 96:3
96:4 101:13
103:16 122:6,7
123:15 138:8
138:20 179:12
**assumed** 103:17
103:18,19,21
**attend** 31:15,15
**attended** 44:6
**attention** 42:20
112:23 131:7
156:16
**attorney** 5:19
8:23,25 9:17
11:6,13,15 12:6
44:5 45:12
46:20 189:14
189:16 190:12
**August** 61:6
**Aurora** 1:25
188:22 189:6
189:25 190:19
**authority** 188:8
**authorization**
121:22
**authorized** 189:7
**auto** 29:6 99:16
99:18 133:6
178:8 182:2
**automobile** 4:1
23:16,19 28:24
29:13 99:11
127:10,21
131:17,22
165:11
**available** 54:2,3
**Avenue** 99:23
**awake** 148:6,15
**aware** 159:15,23
161:2,6,10
162:12 163:5
165:8

———————
**B**
———————

**B-E-A-T-R-I-Z**
92:1
**baby** 32:14
**back** 7:12 20:14
21:24 23:13,25
24:5,11 27:25
47:2,23 49:20
54:5,7 69:1,11
71:2 72:3 75:10
80:24 106:13
108:10 116:12
128:17 130:7
131:12 133:17
134:3 140:9
142:17 145:12
146:16,17,19
147:5,6,7,8
149:8,12,22,23
155:12 156:10
156:11 157:23
159:6 165:5
168:20 178:15
178:24 179:9
190:9
**background** 13:4
26:10 90:10
**bad** 88:22
**Bahamas** 14:6,9
**barrier** 129:16
**based** 71:4 75:3
103:12 161:20
166:16,25
171:22 178:12
184:11 185:5
185:25
**basic** 4:1 131:17
131:22 132:15
**basically** 23:5
66:23 80:16
**basing** 182:24
**basis** 50:9,15
66:17,24
167:11,23
**bathroom** 80:13
**Beach** 190:20
**bear** 7:6

Page 3

bearing 152:3,11
Beatriz 92:1
beds 79:15
began 5:1 23:23
  25:13 27:25
  55:23 70:10
  82:5
beginning 25:13
  84:1
behalf 2:3,8 84:2
  161:23 162:5
belabor 115:3
believe 43:14
  58:16 63:20
  71:25 110:25
  138:12,16,18
  140:19 179:9
believes 162:24
Bellflower 16:8
best 121:19
  140:10,17,21
better 45:11
beyond 86:20
bicycles 100:17
bilaterally
  147:19,24
  149:2,8,12,23
  179:8,9
bilingual 174:5
bill 96:7,24
  107:18 109:15
  110:18 111:1,7
  111:12,18
  114:10 115:24
  134:22 135:12
billed 102:24
  108:7
billing 66:18
  102:23 114:22
  135:4
bills 95:23 96:9
  96:15,23
  109:18,23
  111:21 112:8
  113:7,9
binocular 21:16

birth 37:3
bit 157:2
blank 174:17
  190:14
blending 29:18
board 3:14 30:16
  30:19,21 31:1
  33:4,18 34:1
  38:6,10 40:3,19
  44:5,10 45:12
  45:22,25 46:8
  46:23 104:14
body 178:22
boilerplate
  141:16
bone 168:5
  180:22
booklet 44:10
born 10:18,20,21
Boston 15:3,4,10
bother 138:24
  139:9,18,19
bottom 106:16
  117:11 135:18
  190:14
box 2:9 106:16
  106:16,23
  190:3
boxes 108:23
break 9:16 49:13
  63:11,12 69:8
breakdown 95:5
breaking 12:14
  94:8 100:24
briefly 23:13
  81:23
bring 103:9 104:1
brings 6:11
broad 49:16 57:6
broke 45:21
brought 32:17
  34:18 38:6
  46:18 112:23
  125:14 129:8
  179:5
Broward 16:15

44:7
build 75:14,17
building 78:2,6,8
  92:6,7 99:25
burning 149:8,12
business 3:13
  33:17,25 68:23
  154:25

─────────

**C**

C 1:25 3:24
  122:16 188:22
  189:6,25
  190:19
c/o 190:2
California 16:8
call 11:25 21:12
  45:10 46:21
  51:13 73:22
  81:10 151:9
  167:7 175:24
called 16:16 22:7
  24:14 27:2,15
  50:8 51:4 53:18
  63:16 72:8
  73:25 97:12
  105:20
calling 44:15
  130:7
calls 20:20
capacity 28:8
  56:19 148:8,16
car 142:25
  151:15
care 1:9 6:1
  11:23 38:23
  42:22 44:3
  155:5
Caribbean 13:13
  13:15
Caridad 3:21
  116:17
Carlos 1:10 12:18
  91:9,11 97:17
Carolina 15:13
Carrazana 2:8,10

3:4 27:9 33:9
  37:9 47:12
  48:16,19 49:12
  49:15 58:9 64:4
  69:2,7 105:2
  108:11 110:15
  113:20,23
  114:2,7,17
  115:8 140:20
  145:9 156:25
  159:17,25
  160:15,19
  161:15 162:4,8
  162:11 163:7
  163:13,25
  164:17,25
  172:1,4 177:13
  177:17,19,25
  178:11,19
  179:16,24
  180:6,12,17,24
  181:7,12,20,22
  182:5,11,17,23
  183:3,19 184:7
  190:2
carry 148:8,16
case 1:3 5:24
  29:12 32:23
  34:4 35:14 36:2
  38:6 40:9,11
  42:7 47:16
  49:16 159:19
  161:18,18
  179:5 181:23
  190:5 191:2
cases 178:8
  180:1 182:2,8
  182:19
CASUALTY 1:6
categorize 151:8
category 64:22
cause 93:24
  148:7,15 190:7
caveat 153:15
CBT 107:6,8,17
Ccarrazana.la...

2:11
**cellphone** 50:4,6
**center** 16:6,15
  44:7 63:17,19
  64:14
**central** 44:23
  169:19
**certain** 41:8,8
  60:10 70:7
  102:17 136:3
  141:16 154:4
  166:18 167:16
  178:22
**certainly** 42:18
  82:9 119:8
  177:6
**CERTIFICATE**
  3:6,7 188:1
  189:1
**certification**
  30:21 89:21
**certifications**
  30:16 88:12
**certified** 30:19
**certify** 160:22,23
  188:8 189:7,13
**Cesarean** 32:21
**chairs** 79:7
**CHANGE** 191:5,5
**changes** 16:17
  38:16 191:1
**charge** 18:19
  35:11 36:11
  39:25 78:17
  95:25
**charges** 32:16
  68:17
**Charleston** 15:13
  15:21
**charts** 11:10,17
  11:21 12:2
  103:15
**check** 93:13,15
**child** 37:4
**chiropractors'**
  81:9

**choose** 167:7
**chosen** 103:25
**Christian** 2:8,10
  160:18 190:2
**circle** 137:3
**circled** 136:3,5,6
**circumstances**
  132:17 152:24
  159:15,23
  161:3 184:2,5
  184:13,19
  185:7,20
  186:10,16
**citizen** 10:15
**City** 15:3,4
**civil** 35:2 38:15
**claim** 3:19 4:3,5
  4:7 32:20
  105:16,20
  106:13 113:19
  115:13 134:19
  145:1 153:19
  155:15
**claims** 153:23
**classes** 31:7,15
**classroom** 31:10
**clear** 8:5 25:12
**cleared** 130:6
**clearly** 33:10
**Clemente** 3:24
  122:16
**Clerk** 190:13
**client** 47:14
  161:18 164:25
**clinic** 27:2 54:15
  54:16 62:4,6,13
  63:4,16,25 64:7
  67:11,19,24
  68:13,13 73:14
  73:14 75:7 81:2
  82:25 83:8
  86:24 87:3,13
  95:5 127:14
  155:7 156:15
  156:23 159:11
**clinical** 166:18

166:24 168:3
**clinics** 52:6 55:5
  55:9 64:23 65:4
  65:8,16,22
  66:15,22 67:13
  68:3,18 71:5
  80:23 94:10
**clipped** 155:10
**closer** 12:13 19:8
  22:15 76:2
**CM** 38:23
**CM's** 35:4,22
  36:4 37:18,23
  38:18 39:23
**CME** 31:22
**CMEs** 32:3
**coast** 20:9,10
**Coastal** 16:16
**code** 107:7,8,14
  107:24,25
**codes** 107:10,11
  107:17,22
  108:1,9 109:4,8
  136:3
**coincidence**
  159:10
**cold** 99:1
**College** 13:7
**Color** 75:15
**come** 10:23
  19:20 25:25
  26:23 28:19
  29:21 69:1 71:9
  73:9 81:10
  84:16 91:19
  103:2 131:12
  140:21 142:17
  181:1
**comes** 46:8 72:7
  125:16 129:8
  130:3 156:10
  156:11 159:6
**coming** 8:21
  10:25 156:15
  156:17 177:11
  185:15

**Commission**
  188:24,25
**common** 127:9
  178:3,7
**communicate**
  50:10
**community**
  40:14,17 45:5
  46:3,6,13,22
  182:1
**commuting**
  20:11,14
**company** 1:6
  27:20 51:8
  97:11
**compare** 119:6
**compensation**
  68:9
**complain** 133:21
**complained**
  133:12,17
  168:7,10
**complaining**
  127:6 128:15
  167:16 183:12
**complaint** 3:14
  33:4,19,24
  34:18 38:3 41:7
  41:10,16
**complaints**
  144:11 146:11
  146:15,20,22
  147:13 150:9
**complete** 189:11
**compliance** 44:9
**computer** 141:9
  141:18 146:25
  147:2 174:25
  175:3,7,17,19
  175:20 176:10
**computer-gene...**
  148:24
**concern** 137:21
  144:2 159:12
  159:14
**concerned** 96:14

144:1 155:2
158:16
**concerning**
137:20
**concluded** 187:3
**conducting**
174:22 175:8
**conflict** 39:20
**confused** 45:15
**connected**
189:16
**connection** 5:21
11:22 12:25
23:16 45:1 50:7
50:22 66:14
67:4,6 68:12
104:10
**consent** 48:17
**conservative**
169:9 170:5,12
170:25 171:10
**considered** 57:20
57:21 102:4
186:11,12,14
186:15,18
**consultation**
169:14
**contact** 47:13
52:12 78:24
**contacted** 28:11
**contacts** 72:25
**contained** 155:20
**contains** 157:12
**contemporane…**
175:4,8,9
**contest** 134:25
**context** 24:12
170:8
**continue** 21:23
24:8 45:19,23
46:24 49:23
84:21 161:23
162:23 177:5
179:1 186:21
**continued** 21:19
**continuing** 31:23

35:21 36:15,25
**contract** 51:16
51:20
**control** 178:23
**convenient** 26:5
**conversation**
7:24 47:24
49:21 73:16
112:21
**conversations**
11:14
**copied** 38:22
**copy** 6:10
**Corp** 97:13
**correct** 11:18
24:16,17 27:13
34:20 35:19
37:19 41:21
47:7 67:12,25
68:1 81:7 93:10
93:11 95:20
111:5 115:18
123:17,19
140:2 142:5
152:22,25
153:2,6 166:2
180:9,10,16
183:25
**correctly** 39:11
**correlate** 185:12
**correlates** 167:1
**correlation** 183:6
183:9,18
**corresponded**
66:19 102:24
**corresponding**
105:22 134:23
**counsel** 43:25
47:13,25 48:9
48:12,15,24
49:4,9,22 69:14
106:2 114:13
162:2,4,12,14
179:5 181:18
189:14,16
**counsel's** 116:13

**count** 87:14
**counted** 133:14
133:18
**COUNTY** 188:3
189:4
**couple** 82:10
**course** 7:24 60:5
61:17 62:22
76:21 77:14
167:14 178:1
181:23,25
184:9,15
185:21,24
**court** 1:1 5:3,23
6:24,25 7:8,17
35:2 38:15
160:22 163:16
190:13
**cover** 20:13
**coverage** 20:19
20:21
**covering** 20:20
**credentials**
106:24
**criminal** 47:13
47:16 161:17
**cross** 3:4 177:24
181:20,21
**CT** 169:12
**curious** 68:22
89:24 96:17
**current** 9:25 32:5
**currently** 5:21
**cut** 60:14 63:1,1

---

**D**

**daily** 148:9,17
**damage** 183:16
**Dark** 75:16,17
**data** 141:10,24
176:10
**date** 26:2 27:19
52:22 70:20,23
72:15,16,19
104:14,16
105:24 108:22

117:4,5,6
125:10 126:1
137:2 165:22
187:1 191:25
**dated** 34:1 42:8
116:21 145:5
189:20
**dates** 71:2 88:1
107:3
**day** 62:22,24
63:2,7 82:1
83:10,12,14,20
87:12 94:17
172:21 173:1
187:4 188:10
188:13 189:20
190:6
**day-to-day** 86:18
86:20
**days** 62:23,24,25
63:3,7 77:9,10
82:10,14,17
172:25 173:2
187:2 190:12
**December** 42:9
85:2
**decide** 167:4
**decided** 21:21
56:22 57:4
101:21 102:6
**decision** 57:9,12
57:16 102:2,4,8
167:9,22
**declare** 191:20
**defendant** 6:3
**Defendants** 1:13
2:8
**DEFENSE** 4:8
**definitively**
91:19
**degrees** 106:24
**Delgado** 4:4
134:19 135:1
135:16 142:24
145:19 146:22
179:6

**Delgado's** 146:20
147:22 148:11
**delivered** 32:14
**delivery** 32:14
**department** 3:13
3:15 14:18,21
15:8 33:17,25
38:25 42:5,6,11
**depended** 29:14
166:6
**dependent** 16:2
**depending** 53:14
95:9
**depends** 103:3
126:21 131:1,4
131:9 176:1
**depo** 114:25
**deposit** 93:16,18
95:2,19
**deposition** 1:15
3:11 6:4,6,10
8:13 9:4 11:2
12:6,7,16 49:23
58:3 177:6
186:22 189:8
190:7,11
**deposits** 94:3
**depressants**
44:23
**derived** 94:9
**describe** 54:11
66:13 75:12
77:25 128:18
128:23 141:8
**described** 39:22
40:9 143:16
144:7 150:22
151:6 183:13
**describing** 34:20
42:16 132:1
151:6
**description** 3:10
4:2,9 131:18,23
142:21 143:14
144:16 145:16
146:8,9

**descriptive** 8:12
8:16
**desire** 113:6
**desk** 79:10,11
**despite** 161:25
**detail** 84:15
**detailed** 130:10
**details** 129:21
**determination**
185:21,23
**determine**
143:21 181:8
181:15
**determining**
184:9,14
**diabetes** 21:12
**diabetic** 21:13
32:15
**diagnosed** 21:14
**diagnosis** 126:21
136:2,3 137:3,3
151:12,14
**diagnostic** 1:9
3:20,21,22,23
3:23 6:1 11:22
12:1,3 13:1
27:3,6,8 49:3,8
50:7,11,22
54:10 55:10,17
55:20,24 56:8
59:16 61:11,12
69:5 72:8,12,22
73:2,5,18 76:6
76:23 77:22
78:1,3,14 79:2
80:19,22 81:2
81:20,24 82:6
82:15 83:8,11
83:15,21 84:2
84:11,18,21
85:5,9 86:14
87:12,20,21
88:19 90:2 91:1
91:7,10 92:6,10
92:16 93:3
94:10,20 95:22

97:3,6,22 98:2
98:5,12 99:11
99:21 100:19
100:23 101:3,9
101:18,25
102:8,10,11,15
104:11 105:23
109:13,18
111:22 112:10
113:4 115:23
116:16 117:20
117:25,25
120:1,20
121:22 122:15
122:15,20
124:8 125:17
125:18,21
126:3,4,12
127:6,22
128:21,24
130:16 133:12
133:17,25
135:3 149:21
152:15 153:20
153:24 154:4
154:11 156:14
158:6,13,23
163:11,18
164:9 165:14
168:1,16
172:21 173:5
174:2,14,20
178:4 181:25
190:5 191:2
**Diagnostic's**
102:16
**Diagnostics**
156:5,9 157:10
158:4,8 160:9
161:12 163:12
163:20 164:6
168:23,25
**difference** 39:4,7
39:20 121:8
166:5
**differences** 33:14

38:10
**different** 13:8
21:17 22:10
24:25 25:3,23
26:7,24,24,25
27:21 29:16
39:23 55:5 67:4
75:23 93:21
94:4 119:8,10
120:12,13
132:24,24
133:2,6,8
141:25 157:2
170:7,17
**difficult** 21:18
75:20
**diminution** 148:8
148:16
**direct** 3:3 5:14
42:20 93:16,17
94:3 95:2,18
178:2
**direction** 44:11
**directly** 13:11
**director** 61:24
62:1 63:19,21
63:24 64:9 65:5
65:13,17 66:1,2
66:15 67:5,19
67:23,23,25
68:3,13 76:23
76:25 84:3,5,17
84:21,25 85:6,8
86:13 88:18
90:1,15 91:15
91:17,22 95:11
95:11,17
101:11 102:14
102:16 104:11
158:12
**directors** 85:8
**discharging**
173:16
**disciplinary** 34:4
34:19 40:8,24
45:1

**discipline** 32:8
40:22
**discover** 37:3
**discrepancies**
130:6 142:10
142:13,14
**discrepancy**
170:4
**discuss** 77:4
**discussed** 112:12
**discussing** 113:4
**discussion** 24:4
47:22 49:19
108:13 140:8
145:11
**dislocation** 167:5
167:18
**dislocations**
166:15
**displayed** 104:18
**distribution**
190:10
**District** 1:1,1
5:22
**DIVISION** 1:2
**divulge** 58:6
**doctor** 18:18
19:3,9,13 24:8
33:6 34:3 43:2
60:3 64:5 75:23
105:3 106:4
110:17,24
113:21 114:3,8
115:4,6 116:23
119:8 127:4
137:7 139:2,15
140:13 144:7
157:21 163:7
172:2 173:25
178:1,7,13
180:1,7 181:13
181:23 182:12
183:4,5,23
**doctor's** 157:24
**doctored** 33:1,4
33:7,11

**document** 34:12
42:4,8,19,19,21
45:2 69:13 71:2
71:21 106:5
131:22,23,24
169:1 170:24
191:20
**documents** 11:1
11:16 70:2
106:11 117:19
155:10,20,21
**doing** 15:14,25
16:12 17:6,13
17:21 18:22,24
19:10 20:16
21:2,21 22:1
23:6,9,15 24:19
25:1 26:19 28:1
28:2,6,10 30:7
45:14,16 46:24
60:13 63:6 85:6
121:3 175:23
176:20
**door** 79:5
**doses** 44:1,8,11
**downtown** 66:9
**Dr** 19:14,15
135:4 157:13
157:25
**drive** 151:15
**drugs** 9:9
**duly** 5:12 188:10
**duration** 182:6
**duties** 59:25 86:7
86:10,15

---

**E**

**E** 1:10
**earlier** 47:7
48:22 51:3
64:10 81:1
161:15 169:2
**early** 34:6 55:21
72:18
**east** 20:9
**Easy** 64:21

**edema** 21:14
**education** 31:23
90:12
**educational** 13:4
**effect** 6:25 185:3
**either** 144:16
151:1
**electronic**
157:13,24
**Eli** 3:22 118:1
**eligible** 31:1
**else's** 124:23
137:16
**email** 50:21,24
51:1
**emergency** 14:18
**employed** 89:3
116:7
**employee** 54:16
189:14,15
**Employees** 1:5
5:25
**employment**
51:17,19
**EMS** 109:2
**encompassed**
95:18
**endocrinologist**
39:13,17,19
**engaged** 57:18
**English** 132:5
174:3,6,8
**ENTER** 191:1
**entire** 34:12
42:19 87:20
128:25 171:18
172:6 185:5,10
**entitled** 5:24
42:4
**entrance** 78:10
78:11 79:2,2,8
**entrances** 78:9
**Epstein** 19:14,16
**equipment** 80:12
100:3,4,4,6,7,8
100:12,20,24

**equivalent** 13:10
13:15 30:22
**Errata** 3:9 190:9
191:1
**error** 114:22
**escapes** 56:14
**Esquire** 2:5,10
**essentially** 43:10
54:12 173:15
183:24,25
**established** 81:1
**et** 5:25 6:1
**EUO** 164:21
**evaluate** 28:20
60:4 61:16 73:9
81:11 83:17
132:20 144:10
**evaluated** 172:25
**evaluating** 59:20
60:2 76:20
77:13 173:5
**evaluation** 73:11
77:16 146:9
151:16 166:12
168:12 169:13
171:8,21,23
172:9 173:6
184:22 185:6
185:10,10,25
186:1,6
**evaluations**
98:14 168:18
173:9
**eventually** 27:1
62:21
**everybody** 8:2
153:7,10,12
177:8
**exact** 16:24
17:18 18:5 26:2
27:19 31:19,21
52:22 53:7
72:15,16,19
82:7,7,11 88:1
147:10 153:12
161:8

exactly 29:16
39:15 53:19
60:25 66:7 85:2
88:10 143:19
143:23 152:1
exam 107:22
128:25 135:12
173:13 174:24
174:24 175:13
175:18 176:11
176:20,20
184:17
examination 3:3
3:4,5 5:14 31:8
31:9,17,18 49:7
77:17 128:20
128:23 129:9
129:25 130:11
131:5 134:24
135:2 141:13
141:17 142:21
145:4 147:15
149:20 153:23
153:23 154:15
155:25 165:16
166:7,16,19,25
167:1,1 168:22
168:24 169:3
171:15 174:23
175:4,8 176:2,5
176:7 177:24
178:2 183:21
examinations
60:6 65:2 77:15
79:23 84:22
85:7 95:22
130:16 166:23
173:20
examine 83:21
84:1 128:4
144:12
examined 5:13
125:5 126:4
133:16 152:15
examining 125:3
125:12,17

example 29:5
67:17 178:16
exams 107:20,25
107:25 173:11
173:11,12,24
175:16
exceeding 29:4
exchange 160:7
161:11 164:9
execute 190:9
exercise 100:15
exercises 99:2
exhibit 6:10
33:23 34:9,15
40:5 42:4 47:4
69:12,20,25
72:4 105:14,19
106:1,6,8,15
111:1 116:14
116:20 117:23
118:4,5,7 119:5
119:6,12 120:8
122:5,13,19,23
130:13 131:21
131:25 132:13
134:22 135:5
144:22,23
145:4,14
146:13,19
147:16 148:4
148:12 149:7
149:11 150:18
155:19,20,23
156:3 157:17
157:18 165:6
168:20
exhibits 3:10,10
4:8,9,10 134:15
155:12
existing 73:14
exorbitant 103:4
expect 133:4
expected 77:6
experience
132:24 134:10
178:6,13

179:25 183:5
experienced
134:3
Expires 188:25
explain 129:21
180:18 183:11
explaining 39:14
explanation
33:13 38:9,11
40:2 137:13
explanations
40:1 46:19
Express 97:12
extensive 176:1
extent 10:5
169:18
extremities
178:16
eye 21:13,16,17
180:14

F

fabricate 49:2
fabricated 33:1
172:12
face-to-face
130:20,22,23
176:4
facility 78:15,18
100:5,11
154:22,25
fact 33:5,6 41:20
83:7 109:22
111:20 127:13
147:3 161:25
162:17 179:10
factor 57:19 59:5
186:8,8,9,10
factors 57:15,17
57:21,23 102:3
facts 191:20
failed 37:2 42:22
171:10
fails 169:8 170:6
171:1
fair 9:22 69:7

76:14 94:3
99:10 127:4
153:16 165:13
172:19
fairness 162:3,7
fall 61:2,5
falling 29:25
false 88:3
falsifications
38:17
falsified 37:18
falsify 37:23
falsifying 35:4,18
35:22 36:4,9
39:23
familiar 31:13
53:8 92:3
113:17 154:7,9
far 9:7 29:4 37:16
67:1 81:21
88:25 98:13
136:14 155:2
159:9
faster 114:5,19
146:7,7,7
federal 5:23
22:13
fellowship 15:15
felt 8:14 21:20
fetal 15:16 17:8
17:24 18:12,25
19:11 21:4
30:20 36:16
field 165:9
Fifth 48:13
159:18 160:1,4
160:20 161:4
161:20 162:1,5
162:18,20
163:1,8
figure 46:9 167:7
filed 190:13
fill 70:9 125:4
126:10 137:1,5
142:3
filled 115:15,17

115:20 125:2
125:10,15
129:13 130:9
136:23,25
174:11
**filling** 113:18
115:12
**fills** 125:18,21,23
132:3
**final** 173:11,12
**financially**
189:17
**find** 86:14 109:17
133:20 166:13
**findings** 49:7
167:2 175:19
184:12 185:12
**fine** 9:18 40:12
45:4 46:22
51:12 69:2
72:17 114:25
164:2,17
**finish** 7:20,22
92:24 125:20
**firm** 5:19,20
**first** 5:12 7:16
24:23 27:17
32:12,13 34:4,9
40:23 53:24
55:15,17 70:10
70:12 71:14,19
71:23 72:11,20
74:21 75:7,8
76:5 80:10,14
80:15 81:2,19
81:25 82:1,5
83:10,14,20
85:24 87:12
89:5,7 106:15
107:2,15 108:7
108:15 109:9
109:17 111:1
113:3 120:8
123:5,17
135:12 141:6
147:18 155:23

161:2 165:22
**fit** 162:21
**five** 27:23 60:15
60:16,19 62:21
94:22 102:20
103:1,8,9,15,22
136:9 138:2,4
138:11 139:10
139:17 141:1
187:2
**Flagler** 1:22
**Floor** 1:22
**Florida** 1:1,22,25
2:9 3:12 5:22
10:4 16:11
20:10 33:17,25
42:5 113:18
115:12 188:2
188:23 189:3,6
190:2,3,20
**fluent** 129:17
**follow** 137:6,6,9
**followed** 39:18
105:21
**following** 5:1
42:23 69:10
130:11 138:5
146:14
**follows** 5:13
**followup** 107:25
170:11 173:6,9
173:11,12,19
174:24 177:15
**force** 6:25 183:5
183:7
**foregoing** 191:20
**form** 3:18,22,23
4:1,3,5,7 46:20
65:1 69:17 70:6
70:9 89:11
109:5 112:6,24
116:23 117:1,3
117:25 118:11
118:13,23
122:4,8,15
123:20 124:1,2

124:10,13,21
124:23 125:2,4
125:7,22,23
129:13,19
130:2,4 131:17
132:3,7 134:19
136:14,24
137:1,8 138:7
138:17,19
139:9,12 140:1
140:14 145:1
155:15 157:4
164:1 174:10
178:17 179:14
179:20 180:4
180:11,15,20
181:5,10,17
182:3,10,14,21
183:1 184:7,17
184:20
**forms** 3:19 98:22
100:13 105:16
105:20,20,21
106:13,13
112:14 113:19
115:16,20
117:16 122:20
124:11 126:10
142:4 174:14
174:18
**Fort** 16:11,12,14
17:12 18:11
21:24
**forth** 20:15
**Forum** 190:20
**forward** 9:3 179:2
**forwarded** 190:12
**found** 46:14
111:20 116:2
190:9
**four** 22:24,25
65:19 66:15,22
67:13,13 68:3
82:18 95:14
**FPR** 188:22
189:25 190:19

**fracture** 128:1,2
167:18,18
168:14 180:8
180:13,19,21
180:21 181:4
181:14
**frames** 82:21
**free** 42:18
**frequency** 136:9
137:5,18 182:6
**Friday** 82:16,19
172:22 173:1
**Fridays** 82:24
**friend** 52:13,13
**front** 78:10 79:1
79:1,5,10,11
106:12 131:25
142:25 144:23
**further** 130:8
131:11,13
162:19 169:9
169:20 183:20
186:20 189:13

---

## G

**G** 75:4
**G-A-V-I-O-T-A**
97:12
**Garcia** 1:11 12:20
74:3,4,12 76:11
76:15,18 77:3
80:14,18 81:22
83:7 86:3,24
87:3,5,8 88:11
88:18 96:1,2,3
96:6 104:4
112:12,13
113:3,5 120:22
129:13 130:7
131:12 132:4
142:3 144:17
155:4 160:6
161:11 163:5
164:14,20
174:13
**Garcia's** 86:15

123:23 132:9
159:16,24
160:14 161:3
**gathered** 132:16
**Gaviota** 97:12
**GEICO** 1:5,5,6
3:19 4:2,4,6
5:20,21 105:15
133:25 134:18
144:25 149:21
155:14 177:5
177:10 181:24
190:5 191:2
**general** 1:6 16:15
17:8 21:3 28:16
44:7 53:25
166:10
**generally** 34:9
54:11 61:8 88:2
98:11 107:23
173:25
**generate** 147:2
**generated** 141:11
**generates** 174:25
**generating**
146:25
**Generation** 55:11
56:4,5 59:8,9
59:19 60:1,9
61:9,10,20,24
62:19,20 94:20
**gentleman** 74:23
75:5
**Germaine** 157:13
157:19
**getting** 30:10
94:14 164:10
166:8
**GG105318**
188:24
**give** 5:6 7:5 8:6
24:12 26:2
27:19 32:22
38:9 48:5 58:21
65:21 67:17
72:17 73:4 75:4

80:15 82:11
88:3 94:17
120:22 121:21
167:3 174:13
179:12
**given** 44:5 45:3
46:19 68:13
103:5 121:1,6
137:1,2
**gives** 125:24
**giving** 88:20 93:6
**glance** 168:18
**gmail.com** 50:25
**go** 6:15 7:12 9:3
15:22 16:9 19:7
23:25 24:1,5
26:4,7,24 31:6
47:19 49:17
62:9 65:11
68:14 69:1
73:20,23 79:1
80:7,21 81:11
81:12,12
104:14 129:25
133:20 146:11
146:19 155:1,3
159:5,5,7
160:23 168:20
171:20 175:19
176:9 177:18
**goes** 79:8 129:20
165:18
**going** 6:15 7:4,5
7:10,11,19,25
8:9,18 11:25
21:20 23:13
29:18 34:8
39:12 42:3
45:19,23 46:21
46:24 47:14,14
48:3,4 49:22
51:13 66:16
69:4,13 77:12
77:18 82:15
84:15 88:5
102:7,8 103:25

105:13 113:5
114:23 115:19
116:14 117:22
122:12 127:15
130:17,18
131:2,14 133:7
133:9 145:7
146:1,7 152:4,8
152:11 159:17
159:25 160:15
161:19 162:9
162:22,22
165:22 170:16
170:19,20
185:4
**Gomaa** 157:25
**Gonzalez** 63:18
63:21 64:7 65:9
65:20,21,23
91:7,8
**Gonzalez's** 63:16
64:14
**good** 5:16,17
20:5 63:10
**gosh** 66:9
**gotten** 54:7
**Government** 1:5
5:24
**graduate** 13:23
**graduated** 14:2,3
**Grenadines**
10:22
**grip** 176:17
**ground** 6:15
**group** 16:15,19
16:22 17:3,18
17:22,25 18:6
18:13,14,16,17
19:2,6,19 20:25
22:6,7,9,10
24:19,21,22,24
25:5,7
**guess** 52:14
53:11 144:13
**guessing** 31:20
83:3

**Gutierrez** 92:1
**gynecology** 14:20

**H**

**hair** 75:15,17
180:23
**hairline** 180:19
180:21,23
181:3
**half** 14:17,20
63:2,3,12 68:16
155:23 156:3
**hand** 5:4 120:10
179:1
**hands-on** 175:24
**handwrite**
119:20 137:4
**handwriting**
70:13,14,21
117:2,8 118:10
118:11,12
119:15 123:20
123:21,22,22
123:23,24
124:2,23
125:23 132:6
132:10 135:21
136:13,17,20
136:21 137:10
137:16
**handwritten**
175:15,21
**Hang** 81:18
125:20
**happen** 112:21
**happened** 7:13
17:16 19:18
20:1,3 21:7
35:10 143:24
144:5,10
171:24 173:3
**happens** 7:10
167:25
**happy** 9:17
**head** 8:10,10
65:14 153:11

**headache** 136:1
147:5,6
**health** 1:9 3:16
3:19 4:3,5,6 6:1
11:22 42:5,6,11
105:16,19
134:18 144:25
155:15
**healthcare** 3:17
27:15,18 50:2
51:4 69:16
88:15 98:6
**hear** 10:9 115:21
154:10
**heard** 97:11,20
101:1 156:8
161:22 164:8
**heat** 99:1
**Height** 153:3,5
**help** 167:7
**Henesy** 2:5 3:3,5
5:15,18 6:8
24:1,5,7 27:12
33:15,22 37:14
40:5,7 42:3,14
47:4,6,19,23
48:17,20 49:14
49:17,20,25
58:7,10 63:10
63:14 68:24
69:3,11,19,21
69:23 72:6
105:6,13,18
106:3 108:14
110:16 114:13
115:1,9,10
116:12,19
117:22 118:3
119:4,7 122:12
122:18 131:20
132:13,14
134:15,21
140:6,9,12,24
145:3,12,13
155:18 157:1,3
159:20,22

160:2,5,17,24
161:1 162:2,7,9
162:12 163:3,9
163:22 164:2,3
164:19 165:3,5
165:7 172:7
177:3,15,18,20
178:9,17
179:14,20
180:4,11,15,20
181:5,10,17,21
182:3,10,14,21
183:1,22 184:8
186:19
**herniation**
166:22 167:5
**herniations**
166:15
**hesitating** 64:2
**HICF** 105:20
**high** 13:11,14,15
**Highway** 22:13
**history** 37:2
39:15 77:17
129:1,10,11,12
129:22,23,24
130:1,10 131:3
131:5,10 132:1
142:4 143:21
167:2 174:12
176:6 184:23
184:24
**hit** 179:3
**hold** 45:22 49:12
**Hollywood** 17:20
18:1
**home** 10:1,3 19:9
20:21,23 22:15
**Homestead** 2:9
190:3
**honestly** 122:11
156:16
**hospital** 14:10,11
14:16 15:3,5,24
16:1,6,7 17:20
35:24 36:6

**hour** 54:25 60:14
62:25 63:2,13
68:8,15,15,15
76:8 131:15
143:2,8 145:25
146:1,5 151:2,3
**hourly** 54:23,24
68:9
**hours** 9:10 46:3,6
46:13 60:10,12
60:13,15,16,17
60:19 62:16,21
62:24 63:3,6,7
68:11 77:5,7,8
82:17,18,19,19
92:16 93:2,7,8
93:10 94:1,16
94:18,19,20,21
94:22,24
**HSA** 51:13,17
52:4 54:16,17
54:18,20,22
55:7,16 56:18
57:5,14 58:11
59:2,6 64:8,13
65:6,15,18 67:3
68:17 70:10
71:2,6,15,16
81:3,6 92:21
93:1,8,9,15
94:3,5,12 102:9

---

**I**

**ID** 111:14
**idea** 46:9 92:5
137:15
**identical** 38:24
133:5,7 142:1
146:23,24
147:1 148:1,19
148:21,23
180:3
**Identification**
6:7 33:21 42:13
69:18 105:17
116:18 118:2

122:17 131:19
134:20 145:2
155:17
**identifies** 129:19
**Immediately**
146:14
**impact** 183:6,7
183:14,14
**implicated**
162:25
**important** 7:7
50:14 132:19
137:22 156:20
156:21
**impossible**
143:17 144:8
175:11
**improve** 169:8
170:12
**inappropriate**
43:11,21,22
**inappropriately**
43:17
**include** 35:23
36:5,16 37:1
146:15 169:11
**included** 102:9
**includes** 147:4
**including** 106:24
171:2 186:16
**incorrect** 123:18
**INDEMNITY** 1:5
**INDEX** 3:1
**indicate** 163:1
**indicating** 36:16
**indication** 58:7
128:6 167:3
**indications**
166:19,24
**Indies** 13:19
**individual** 28:8
107:10
**individualized**
144:19 152:24
**individually**
108:4

**inform** 112:7
**informal** 6:21
**information** 3:18
4:1 69:17 70:8
73:4 88:4 130:2
131:17,22
132:15 146:25
154:3 155:4
174:11
**informed** 112:24
**initial** 107:24
128:20,23
130:15 134:24
138:3,5 146:11
146:20,22
154:15 155:24
165:15 173:24
174:23
**initially** 22:12
60:13 77:8
100:11 138:4
**injured** 132:22
183:8
**injuries** 127:7,9
127:15,18,23
127:24 128:9
133:5 134:11
178:4,7,15
179:11 180:3
**injury** 32:16
128:13 142:21
144:15 145:16
166:7,7,9,14
169:18 171:24
171:25 178:25
179:2 183:17
**input** 141:10
175:19 176:21
**inside** 100:3,4,6
**instances** 40:22
172:24 174:7
**instruments**
21:18
**insurance** 1:5,6
3:19 4:2,3,4,5,6
4:7 5:25 105:16

105:19 106:13
112:6,14
113:19 115:13
134:18,18
144:25,25
155:15,15
**integrative** 30:25
31:4,5,25
**intention** 48:1
**interest** 50:1
154:23
**interested**
151:21 159:6,7
189:17
**internship** 14:4
14:12
**interpretation**
64:17
**interpreter**
131:13 174:9
**interrupting** 85:3
**interview** 90:18
**introduced** 74:15
75:9,11 84:4
85:17,25
**investigation**
59:3
**invocation**
162:13
**invocations**
186:25
**invoke** 48:1,7,13
48:25 49:5,10
162:20
**invoked** 161:4
**involved** 26:3
28:20 29:22
41:1 59:21
95:21 96:25
131:4 133:6
143:7 145:20
150:19 154:12
178:21 179:7
180:2
**irrelevant** 184:3
**Irrespective**

138:17
**isolate** 169:20
**isolated** 170:17
186:6
**issue** 109:20
137:25 138:11
138:13,18
140:5,19
148:22 166:14
**issued** 46:12
**issues** 114:21
177:7,9
**items** 11:9
**Ivelis** 1:11 12:20
74:4,12 76:11
76:15,18 77:3
80:14,18 81:22
83:6 86:3,14,24
87:2,5,8 88:11
88:18 96:2
120:22 123:23
159:16,24
160:6,13 161:3
163:5 174:13

---

**J**

**Jamaica** 13:16
**job** 71:19,23
76:19 89:25
96:21,22
**joined** 18:13
**joint** 168:13
**Jorge** 1:10 4:5
12:11,15 74:25
74:25 75:3
145:1,5 179:6
**Jose** 74:20,22,24
74:25 75:3
**Juan** 4:7 91:6,8
105:24 155:16
168:25
**judgment** 127:1
182:25
**July** 1:19 67:18
70:23 71:3
116:21 188:10

188:13 189:20
190:7
**June** 105:25,25
107:3 108:20

---

**K**

**K** 42:24
**K-N-A-P-P** 91:24
**Kaiser** 16:7
**Keane** 1:11,16
3:2,12,15,16,18
5:11 6:6 33:20
42:7,12 69:17
135:4 188:9
189:9 190:1,25
191:3,25
**keep** 10:6 56:1
60:24 65:14
92:15,18
119:25 144:23
**kept** 92:21 93:1
101:13 120:2
**key** 78:14
**kind** 17:6,21 25:9
25:11 59:18
68:24 89:21
90:4 98:11,24
105:1 178:14
185:3
**King** 15:24 16:6
**Knapp** 91:24
**knew** 52:11 76:24
113:25
**know** 6:2 10:7
16:24 28:23
29:15 45:9 46:5
46:8 50:13,16
50:18,24 51:9
51:20 53:19
54:4,4 59:2
60:22 61:4
63:22,23 65:16
67:14 68:17
71:9,18,20,24
72:2,11,14
73:10 74:15,21

75:20 76:7,10
76:22 77:1 78:4
78:10,23 80:13
82:7,25 86:9,12
86:21 87:19,25
88:1,5,8,11,13
88:14,16,21,23
88:25 89:8,10
89:14 90:9 91:3
91:6,19 92:12
92:13,21,23
93:2,4,5,8
94:12,13,14,16
95:9,25 97:3,5
97:8,15,17,22
98:2,5,13 99:14
99:20 100:19
100:25 101:3,8
101:12,15,16
102:11 103:10
103:20,24
104:6,25 107:6
107:8,17,22,24
108:9 109:16
109:21 110:10
110:20 111:16
112:22 113:21
113:23 114:2,4
114:4,6,7,7,16
114:16 115:5,6
115:11,23
116:10 119:21
123:3,14,24
125:8 128:8
132:9,21
133:13,18,22
133:24 136:14
139:14,22,25
140:13,15
149:19 153:19
153:21,22
157:9,21 158:1
158:6 159:9
160:6,11,13,19
163:4,6,10,17
163:21 164:14

164:20,23
165:2 166:13
167:19 168:4
168:13 171:21
174:4,5 184:22
**knowledge**
121:19

**L**

**LA** 16:3,4
**lack** 45:10
**Lakes** 19:10
**language** 8:13,17
75:1 129:14,15
129:16 141:12
141:17,20,21
141:25 146:22
146:24 149:14
161:8 167:6
**large** 32:14
**late** 59:11
**Lauderdale** 16:11
16:13,14 17:12
18:11 19:10
21:24
**Lauderhill** 22:14
**launch** 69:4
**law** 5:19 6:24 7:1
113:18
**lawsuit** 5:21 6:3
57:18,19,22
58:3 109:20,21
112:23
**lawyers** 98:3
**layperson's** 83:18
**leading** 181:18
**leased** 92:7
**leave** 18:6
**leaving** 9:21
**lecture** 44:4,6
**lectures** 31:15
**left** 7:8 8:15 9:1
13:10,14 16:5
19:5 21:17
24:23 25:4,5
26:21 79:8

117:11
**left-hand** 106:16
**leg** 168:13
**legal** 114:2,5
115:11
**legs** 9:16
**lengthy** 106:5
**let's** 16:25 24:1,5
33:15 42:1
47:19 49:17
54:13 63:1
65:10 94:23
108:10 115:6
130:13 131:21
141:5 144:22
150:14,18
155:9 168:20
**letter** 3:8 190:15
**letters** 42:24
**license** 32:7,8
89:10,21 90:4
104:18,23
105:1 111:10
**licensed** 88:14
89:9,11 110:23
**licenses** 88:12
104:13,15,18
105:8
**lie** 50:18
**limited** 169:12
171:2
**limits** 44:12
**Linda** 91:24
**line** 29:19 123:9
161:16 191:5
**lined** 53:21
**lines** 8:12
**list** 49:7 108:23
109:4 111:7
**listed** 41:9
115:24 147:14
170:8,9,13
190:15
**listen** 37:9 115:1
**lists** 157:7
**literature** 45:13

165:9
**little** 27:9 127:19
157:2
**lived** 10:11
**living** 20:8
**LLP** 2:3
**LMT** 1:12
**location** 30:2,6,6
30:7 101:14
**locations** 94:4
147:3
**logical** 68:24
**long** 10:11 14:12
15:4 16:3,21
17:13,25 19:2
19:15 20:16,24
21:5 22:20
23:22 24:21
25:21 28:6,6
55:18,23 59:8
76:5 82:4 93:2
130:15,20
165:10 168:7
173:19 175:25
**look** 11:10 34:8
34:23 38:12
79:4 96:17 99:9
102:22 107:11
108:2,3 118:4
118:23 119:3
119:10 130:13
131:21 134:5
135:5 136:20
136:21 137:9
137:11,12
144:22 155:9
155:19 156:19
168:17,19
169:4 171:15
172:4
**looked** 11:16,21
29:2 70:1 95:7
96:18 106:9
109:9 120:8
158:22
**looking** 52:14

53:4 66:17
107:2 118:21
137:24 149:20
**looks** 75:12
118:16,22
119:13 122:25
123:5 136:12
145:22
**Lopez** 3:24 4:6
122:16 145:1,6
145:20,24
146:23 147:16
179:6
**Los** 15:23
**lot** 21:18 25:23
26:10 129:18
141:22 183:13
183:16
**louder** 27:10
**low** 146:17 147:6
147:8 149:22
**low-speed** 150:22
**lower-back** 134:4
178:5
**LUIS** 1:10
**lunch** 63:12 69:8
**Luther** 15:23
16:6

**M**

**M.D** 1:11,11,16
5:11 188:9
189:9 190:1,25
191:3,25
**machine** 100:16
**machines** 100:15
**macula** 21:14
**main** 79:9 146:15
**maintain** 32:3
**maintained**
101:6
**maintains** 101:4
**majority** 76:15
114:20 127:5
127:13,22
**making** 40:2

66:18 102:4,23
105:7 185:20
185:23
**management**
22:4,8,15,21
23:10,14,15
24:15,20 25:2
25:16 30:20,23
30:25 31:4,5
32:1,2,4 41:2,5
45:19,23 46:24
86:19,20
**manager** 80:20
86:4,12,18 96:5
**mandate** 46:12
**March** 34:2
**Margaret** 14:11
14:16
**mark** 33:15 42:3
105:13 117:22
122:12 134:15
**marked** 4:10 6:7
6:9 33:20,23
42:12 69:12,18
105:17,18
116:17,20
118:1 122:16
131:18 134:20
145:2 155:16
**marketing** 97:4
**markings** 136:4
**Martin** 15:23
16:6
**Martinez** 1:10,10
12:11,15,18
97:18
**massage** 89:13
89:15 90:6
98:18 99:4,5,8
**material** 31:14
**maternal** 15:15
17:8,24 18:12
18:25 19:10
21:4 30:19
**matter** 5:7 6:18
137:22 141:4

153:5 161:24
167:14 185:1
**MD** 3:2,15,16,18
33:20 42:7,12
69:17 120:14
157:14,25
**ME42167** 111:11
**mean** 21:10
22:17 51:9,11
57:3,7 67:21,24
75:22 81:15
100:4 107:10
111:3 113:25
122:8 129:15
141:15 145:18
146:6 175:9,12
176:14
**means** 57:25
107:9,14 108:5
**meant** 43:21
62:18
**medical** 11:17,21
13:5,11,16,17
15:18,20 16:5,6
16:15 22:8,21
23:14 24:15,24
26:20 31:23
32:7 33:2 35:4
35:18,22 36:5,9
37:19,23 38:18
38:22,24 44:7
49:2 61:23 62:1
63:16,19,20,24
64:8,14,23 65:5
65:12,17 66:1,2
66:14 67:4,9,18
67:22,23,24
68:3,13 76:23
76:24 79:12,13
84:3,4,17,20,24
85:5,7,8 86:13
88:17 90:1,15
91:14,16,22
95:10,11,17
100:4 101:4,11
101:12 102:14

102:16 104:11
110:23 111:10
126:23,24,25
129:21 150:5
151:12,13,16
151:18 158:12
165:9 168:12
178:6 179:25
182:1,25 183:5
**medically** 134:9
**medication** 9:10
41:11,11,12,13
43:6 44:16
**medications** 41:8
41:9,15,19,22
43:18 44:2,14
44:15
**medicine** 3:14
15:16 17:9,24
18:12 19:1,11
21:4 22:16,17
24:20 25:2,16
28:19 29:6,10
29:19,20,25
30:5,15,20 31:2
33:19 34:1 38:7
44:6 45:12
61:14
**meet** 42:22 52:9
52:24 81:20,22
81:23,25
**meeting** 53:9
74:8,10,14,17
75:7 76:5 80:15
80:22 82:1,2,5
**member** 46:23
**members** 45:22
**Memorial** 17:19
**mentioned** 11:17
30:1 112:11
**message** 50:11
**met** 52:17 53:1,5
53:24 83:6
113:3
**Miami** 1:2,22
5:23 66:9

**MIAMI-DADE** 188:3 189:4
**MICHEL** 1:11
**mid** 34:6 146:16 147:5,7 149:8 149:12 179:9
**mid-back** 178:5
**middle** 133:17 134:3
**miles** 143:1,8 145:25 146:1,4 151:1,2
**mind** 7:7 60:25 106:4 153:15
**mine** 104:22 118:19,22 137:11
**minimum** 130:18 130:18,23,25 173:21 176:5,7 176:7
**minor** 151:7,8,10
**minute** 34:11 45:22 49:13 84:16 138:10
**minutes** 130:19 130:23 131:14 173:22 176:3,3 176:3,6,8
**misleading** 110:18 111:2,3
**missed** 128:10,11
**mistake** 83:19
**modalities** 108:23
**Monday** 1:19 82:16,18,23 172:21 173:1
**money** 87:9 94:15
**month** 20:14,17 60:20,22,25 65:13 67:9 68:2 68:5,11 72:17 85:2 93:19,20 94:24 95:2

102:21 103:5 103:14
**monthly** 66:17 66:24
**months** 95:12
**morning** 5:16,17 6:11,16,23 7:14 8:2,21 9:12
**mortalities** 137:5
**mother** 32:15
**motion** 176:15
**motor** 29:22 30:14 59:21
**Moulton** 1:11,16 3:2,11,15,16,18 5:11 6:6 33:20 42:7,12 69:17 188:9 189:8 190:1,25 191:3 191:25
**move** 12:13 19:24 20:4 114:5,19 140:22 162:6,8 179:2,3
**movement** 167:5 178:22,24 179:1,2
**moving** 19:22
**MPI** 111:16
**MRI** 118:8 126:18,20 127:2,2 152:5 159:5 165:10 166:1,8,8,10,17 167:4,10 169:12,25 170:5,6,20,24 171:3,6,17 172:10,11
**MRIs** 124:10 126:9 165:14
**multiple** 26:14 28:1,7 62:23 88:24 94:4 180:2

**muscular** 75:14 75:17

---

## N

**naked** 180:14
**name** 5:18 13:17 16:17 17:19 18:14,15,17,18 18:19,21 19:12 20:25 23:7,8,24 42:7 52:7 55:12 55:13 56:11,12 56:13,14 62:2,5 63:5,24 64:11 65:22,25 66:5,7 66:10,10 73:21 74:20,21,22,23 77:2 88:23 90:7 91:12,21 92:3 97:20 104:24 105:23 106:19 106:21 109:15 109:18,22 111:21 112:5,7 112:14,24 113:1,7 115:24 117:5,6,11 123:10,12,13 124:24 125:6,7 125:9,10,25 126:1 135:1 137:2 145:5 157:7,19,24 190:14
**named** 6:2 91:3,6 91:9 97:17 135:1
**names** 65:11,13 65:14 67:14 88:22,22
**narcotic** 44:19
**narrative** 141:24
**Nassau** 14:6,9
**natural** 7:24
**nature** 28:16 41:15 43:5,22

185:12
**necessary** 21:19 131:6 182:13 182:16,20
**neck** 133:12 134:3 146:16 147:5,7,19,24 149:1,22 178:5 178:15,24 179:8
**need** 10:6 47:1 63:11 127:2,3 128:3,6 130:2 131:11 132:21 142:18 160:2 166:13 168:4 168:13 171:23 177:22 181:13 184:22 186:22
**needed** 11:6 168:1 171:13 172:25
**needs** 10:9 127:1
**negotiated** 55:1
**nervous** 44:23 169:19
**neurological** 169:13
**never** 29:2 78:23 80:9 86:9 97:20 101:1 115:20 133:13,18 150:8 155:6 156:18 173:17
**new** 2:4 5:19 30:11 55:11 56:4,5 59:8,9 59:19 60:1,9 61:9,10,19,24 62:19,20 73:13 83:8 90:14,18 90:20 94:20
**nine** 41:14
**no-fault** 59:22 99:11,15
**nod** 8:10

**non-stress** 36:17
**Nope** 92:8
**normal** 177:2
**normally** 180:8
**Notary** 188:23
**notations** 36:16
39:10,11,16
**note** 108:16
116:13 175:22
**notes** 37:1,8
39:14 168:16
175:15 176:21
189:12
**notice** 3:11 6:5
6:10 156:13
190:6
**noticed** 156:18
**notify** 113:1
**November** 35:3
38:14 85:1
**number** 42:8
78:3,4 93:25
95:4,7,8 103:2
108:17 111:10
111:16 133:5
136:11,17
137:8 138:1,3,6
138:17,19
139:11 140:1
140:14

**O**

**o'clock** 83:2
**oath** 3:6 6:22,23
6:25 38:16
188:1
**OB/GYN** 14:22
14:23 15:9 16:2
16:16 17:3,8,23
18:22,24 19:10
21:4 26:19
30:19
**object** 164:1
169:15,17
179:14,20
180:4,11,15,20

181:5,10,17
182:3,10,14,21
183:1 184:7
**Objection** 178:9
178:17
**objections**
186:25
**obstetrics** 14:20
21:1
**obtained** 38:25
39:21,21
**obtaining** 129:23
**obviously** 31:12
144:6 161:7
177:8,21
186:23
**occasion** 84:5
**occasions** 173:3
173:18
**occupants** 99:24
**occurred** 29:17
179:22,23
**occurring** 30:13
167:8,19 168:5
**occurs** 148:5,13
149:23
**odd** 143:13 150:8
**off-the-record**
24:3 47:21
49:18 108:12
140:7 145:10
**offense** 75:23
**offer** 87:8
**offered** 18:7
31:16 55:3
**office** 6:22 22:12
22:14 23:6,7,9
23:22 25:1,14
25:24 26:4,6
30:2,3 53:6,9
55:15,25 56:3
56:10,16 65:12
72:8 79:12,13
80:8,17,20
81:12,16 86:4
86:12,18,19,21

96:5 129:9,25
181:1
**offices** 22:11
24:25 25:3,8,15
25:20,23,25
26:7,24,25
27:21 28:1,7
29:16 53:10
55:5 65:4 71:5
71:7 80:23 81:5
81:8,10 99:25
**oh** 32:20 39:8
52:10 63:1
115:21
**okay** 9:24 10:9
10:10 24:22
35:20 36:24
38:1 39:8 41:3
41:17 43:19
47:2,19 51:12
65:8 66:12 70:4
85:6,11 86:6
108:10 111:9
115:8 119:13
122:9 124:20
126:7 130:13
132:12,19
138:20 139:3
139:20 141:21
143:5 145:17
146:10,19
147:7 150:13
150:17,25
151:19 156:2
157:2 159:20
160:2,19,24
164:2,17 165:4
169:14 170:2
171:4
**once** 26:15 85:16
93:19 95:2
119:5
**once-per** 65:13
**one-half** 148:5,13
149:2,17,24
**ones** 30:11 67:25

103:25 106:12
**online** 31:16
**opened** 83:1
**operating** 102:12
**opinion** 110:22
110:25 126:23
126:24,25
182:18
**opioids** 22:19
23:12 30:10
44:16
**opportunity** 8:22
34:14 43:1
53:23 54:6,8
69:24 106:7
135:6
**opposed** 67:5
94:10 167:13
**opposite** 183:15
**order** 7:14 30:4
31:12 32:2
126:22 127:20
128:6 132:20
150:15 154:24
165:14 166:8
166:17 167:10
167:23 170:5
170:16,19,20
172:10 178:25
180:8 181:14
187:2
**ordered** 165:22
165:24 170:6
170:14,25
171:1,5,6
181:24 182:12
182:15
**ordering** 165:10
165:21 190:12
**organ** 131:2,4,6,9
**original** 190:12
**orthopedic**
169:14
**Osama** 157:25
**outpatient** 14:18
**outside** 77:25

169:10
**overall** 185:10
**overprescribed**
41:24
**overprescribing**
41:22
**owned** 92:6
100:20
**owner** 74:15,19
75:6,8,9,12
78:19,20,22,24
81:23 87:11,20
88:17
**owners** 92:6
**ownership** 50:1
87:23
**owns** 51:21 52:5

**P**

**p.m** 1:20 69:10
187:4
**PA** 2:8 190:2
**packet** 125:12
**page** 3:2,10 4:9
34:12 42:20
70:12,13,15,16
106:15 107:2
107:15 108:7
109:9 111:1
135:13,15
141:5,6 145:8
145:14 147:14
157:12,16,18
168:19 169:2,6
191:5
**pages** 1:17 69:25
71:1 106:6,9
113:2 147:14
157:23 189:9
**paid** 54:21,23
67:5,9 93:5,15
93:16 160:7
161:11 163:11
163:18 164:5,9
164:14,20
**pain** 8:14 22:3,15

23:10,14 24:19
25:1,15 30:20
30:23,25 31:4,5
31:25 32:2,3
41:2,5 45:19,23
46:24 63:23
133:12,17,21
134:4 146:15
146:16,16
147:3,5,5,5,7,8
147:10,19,24
149:1,8,12,22
167:16,17
168:2,4,5,8,11
168:13 178:5,5
178:5 179:8
181:2 183:13
183:17
**Palm** 190:20
**paper** 155:10
**paper-clipped**
156:4
**papers** 120:13
**paperwork**
125:13
**paragraph** 34:23
35:1 36:14
38:13,21 42:21
42:24 43:15
169:22 170:24
**paragraphs** 38:12
169:5
**part** 32:22 34:19
43:9 59:11 61:4
129:24 132:15
132:16,21
154:15 156:4
164:23 184:21
185:25 186:6
**particular** 14:7,8
15:7 22:5 25:22
63:25 102:21
103:14 104:2
130:2 132:21
154:21 155:7
156:11,15

178:22 185:9
**parties** 189:15
190:10
**parties'** 189:16
**parts** 178:22
**passenger** 142:25
**passive** 181:15
**patient** 3:21,22
3:24 4:1,3,5,7
32:13 35:4,22
36:4 37:18,23
38:18,23 39:12
39:18,23 41:9
41:12,13 77:15
79:23 81:13
84:22 85:6 87:9
98:3,6,14
116:17 117:3
118:1 122:16
125:3,5,9,12,16
126:1,3,11
127:1 128:3,5,7
128:13,14,20
129:8,20 130:8
130:21,22,24
131:16,25
132:5,16 133:2
133:25 134:13
134:19 135:1,2
135:16 142:3
142:18 143:6
143:19,22,23
144:11,16,19
145:1,19,20,24
149:21 150:15
151:23,25
152:4,8,12,18
155:3,6,16
160:7,8 161:11
161:12 163:10
163:17 164:8
164:12,15,21
165:25 166:1
166:12 167:1,4
167:15 168:7
168:25 169:8

169:25 171:14
171:16,24
172:25 173:2,4
173:16 174:8
174:23 175:24
175:25 176:5
178:23 179:22
180:25 183:16
184:10,15,22
184:23,23
185:3,22
**patient's** 36:9
37:1,4 105:23
125:6 145:5
146:15 154:5
**patient-by-pati...**
167:10,23
**patients** 21:20
22:18 23:4,10
23:11,16,20
26:1,3,4,5,7,23
28:20,20,24
29:22,24 30:5
30:10,13 41:8
41:14 59:20
60:2,4 61:16
64:8,18,20 73:9
76:20 77:13
79:21 80:8
81:11 83:11,13
83:15,16,17,22
84:1 87:6 92:9
92:11 97:7,23
99:4,12,15,15
99:16,17,18
102:21 103:5,7
103:13 104:2
124:12 126:15
126:18 127:5
127:14,21
129:18 133:5
133:11,16,21
134:10 147:10
148:25 150:2,7
150:19,22
151:6,8 152:14

152:17 154:11
154:19,21
156:22 158:24
159:10 164:5
165:13 168:1
168:10 173:17
174:1,2 178:3
178:14 179:6
179:10 181:25
183:12
**patients'** 41:2,5
**pause** 179:12,12
**pay** 45:4 67:3
94:9 131:7
156:16 164:12
**pays** 54:19
**Paz** 3:21 116:17
**penalties** 191:20
**pending** 5:22
9:19 159:19
**people** 25:25
26:22 28:19
29:21 30:22
61:18 88:24
104:13 132:24
180:2
**percent** 103:6,11
103:19,22
119:19 127:21
133:11,16
154:19
**percentage** 28:22
28:23,25 29:3
66:16 99:14
102:17,19
152:14 174:1,2
174:4,5
**percentages**
134:6
**perform** 40:14
46:2,5,12 52:6
54:14 63:15
64:6 77:22
128:19 181:14
**performed** 36:17
36:18 64:12,18

64:23 66:3,4,14
66:18 81:3
98:15
**performing** 60:6
61:19 62:12
67:6 77:12,15
77:19 84:22
95:22
**period** 28:15
92:17
**peripheral**
169:19
**perjury** 191:20
**permit** 30:24
31:1
**person** 7:7,17
18:12 52:5,25
53:1 62:3 85:13
87:19 88:21,23
88:24,25 89:1,5
89:7,21 90:3,5
90:18,20,24
91:14,20 116:7
158:1 181:15
**person's** 7:18
52:7 90:7
**personal** 3:18
56:24 57:2,2,4
57:8,9,9,12,24
57:25 58:1,5
69:16 102:6
**personally** 51:25
188:9
**persons** 104:21
**Petitioner** 42:6
**Phipps** 1:21
190:19
**phone** 52:25 74:6
**physical** 61:19
77:22 80:6 89:8
89:9,11,12,14
90:3,21 109:23
128:25 129:1,5
130:11 152:24
168:15 175:18
176:7,11 182:7

182:13,19
**physically**
117:15,18
144:8 175:11
**physician** 16:18
16:19,22 17:3
17:18,22 18:10
53:11 106:23
123:6,7,12
124:1,25
143:18 157:5
165:8 176:24
**physician's** 80:8
124:18,22,25
136:2 184:21
**physicians'**
129:24
**pick** 185:9,24
186:5
**picture** 18:20
**PIP** 59:22
**place** 14:7,7
23:18 26:11,12
26:12 53:7,16
65:24,24 66:8
156:12,17
158:25 190:20
**places** 26:15
64:11,15,18
65:14,15 67:15
95:10 147:11
**PLAINTIFF** 3:10
**Plaintiff's** 3:11
3:12,15,17,19
3:20,21,23 4:1
4:2,4,6 6:5,9
33:16,23 42:4
42:10 69:12,15
105:15 116:15
116:20 117:24
122:14 131:16
134:17,22
144:24 155:14
**Plaintiffs** 1:7 2:3
**Plantation** 10:4
190:2

**plausible** 144:2
**Plaza** 2:4
**plead** 159:17,25
160:4,16
**pleading** 47:16
160:20
**please** 5:4 7:6
10:2 13:3 24:8
106:4,5 135:5
140:21 144:23
145:14 162:6
163:25 180:18
181:18,19
190:6,9,14
**pled** 162:17
**plugged** 175:16
**plus** 21:4 167:2
**pm** 142:23
**PO** 2:9 190:3
**point** 7:11 8:15
9:15 35:12
56:13 68:25
115:3 138:24
**points** 185:9
**police** 154:14
**portion** 36:3,7
136:24 137:18
142:21 163:15
175:23
**position** 18:7,9
19:23 20:6
123:16,17,18
123:19
**possibility** 150:6
**possible** 7:15
121:11 134:7,8
134:9,12,14
136:23 180:25
181:3
**possibly** 51:2
71:18
**posted** 105:8
**posttraumatic**
135:25
**practice** 17:4,5,7
17:11 22:6

24:14 25:10,11
25:15 26:14,22
28:16,23,25
29:5,12,20
**practices** 50:2
**practicing** 45:19
45:23
**preclude** 162:14
162:18 163:2
**preferred** 8:13
**preparation** 11:1
95:23
**prepared** 9:3
**prescribe** 152:16
**prescribed** 41:7
41:11,15,24
44:2 152:17
153:13,14
182:7,19
**prescribing** 41:19
43:10,13,17
44:12
**prescription** 3:20
43:6 44:22
116:16,21
117:1,16 124:6
124:7,16,17
134:23 135:16
135:22 152:9
153:7,10,12,17
**prescriptions**
43:23
**present** 74:16
75:6 154:16,17
167:2
**presented** 46:18
125:9 142:6
**presenting** 140:4
**presents** 151:23
151:25
**pretty** 23:6,9
**prevent** 179:1
**Princess** 14:11
14:15
**printed** 141:24
**prior** 8:21 10:25

12:6 37:3 39:16
52:21 73:17
84:1,6,7,8
128:14
**private** 17:5,7,10
**privilege** 48:2,8
48:13,25 49:5
49:10 58:8
161:5,22
162:13,16,25
186:25
**probably** 16:24
18:4 19:22 29:8
31:20 76:2
82:12 93:6
**probation** 40:12
45:4
**problem** 122:10
**problems** 21:8,10
**procedure** 128:18
**procedures** 137:4
**proceeding** 9:15
34:19 143:1
**proceedings** 3:1
5:1 69:10 187:3
**process** 97:1
125:3 129:2,3
130:17 141:8
154:15 165:16
175:25
**produced** 44:10
**professional** 1:25
3:13 33:18,25
88:12 178:12
189:6
**program** 141:9
141:10 146:25
147:2 174:25
175:4
**properly** 104:13
114:12
**prospective** 48:6
**protrusion** 167:6
**provide** 27:20
52:15 53:4,10
53:16 54:14

61:17 71:10
72:24 73:1 89:4
93:7,9 97:6
98:12 104:4
110:9,10
113:16 126:2,5
**provided** 59:19
61:9,11,11 70:6
73:12 89:1
102:25 109:6
111:7 126:6
135:3
**provider** 88:15
111:14 135:4
**providers** 98:7
169:11
**provides** 53:11
124:18
**providing** 61:21
71:11,16 89:7
89:19 90:3,21
90:25
**public** 40:18 45:6
188:23
**punishment**
40:10 45:1,10
45:11,17 46:21
**purported** 135:2
**purposes** 12:1
51:14
**put** 21:20 31:14
120:13 131:24
141:23 176:10
179:1 185:2
**puts** 125:25
**putting** 112:7

**Q**

**Quality** 1:9 3:20
3:21,23 5:25
11:22,25 12:2
13:1 27:3,6,7
49:3,8 50:7,11
50:22 54:10
55:10,17,20,24
56:8 59:16

61:11,12 69:5
72:8,12,22 73:2
73:5,18 76:6,22
77:21 78:1,3,13
79:2 80:19,22
81:2,20,23 82:6
82:15 83:8,10
83:15,21 84:2
84:11,17,21
85:4,9 86:14
87:12,20,21
88:19 90:2 91:1
91:7,10 92:5,9
92:16 93:3 94:9
94:20 95:22
97:3,6,22 98:2
98:5,12 99:10
99:20 100:19
100:23 101:3,9
101:17,25
102:7,10,11,15
102:16 104:11
105:23 109:13
109:18 111:22
112:9 113:4
115:23 116:16
117:19,25
119:25 120:17
120:19 121:21
122:15 125:17
126:4,11 127:6
127:22 128:20
128:24 130:16
133:12,17,25
135:3 149:20
152:15 153:19
153:24 154:4
154:11 156:14
158:6,13,23
163:10,18
164:9 165:14
168:1,16
172:20 173:4
174:2,14,20
178:4 181:25
190:5 191:2

qualitydiagnos...
50:25
**QUERAL** 1:11
**question** 6:20
7:20,22,23 8:1
9:19,19,21
24:10,20 26:9
34:10 37:10,16
43:24 46:16,23
48:3,21 49:16
62:19 64:16
65:20 69:22
89:20 109:11
113:22 114:12
119:11 121:7
121:17 124:21
125:20 128:22
136:16,19
138:15 139:15
139:20 140:16
142:20 144:13
159:21 160:1
161:2,6,10,14
161:16,19
162:24 163:14
163:17 164:1
167:22 171:22
172:2 184:13
185:11,13,14
185:15,16,17
186:2,4
**questioning**
162:15,23
**questions** 7:5 8:4
10:8 11:6,11
34:13 38:8
47:15,17 48:6
130:8 131:11
131:13 142:18
160:21 161:9
161:24 162:19
163:2 177:4,14
177:16,22
186:20
**quibbling** 138:22
**quite** 134:14

178:7
**quo** 25:21

_____
**R**
**radiculopathies**
169:21
**radiologist** 167:6
**Radler** 2:3 5:19
**Raise** 5:3
**raised** 43:25
177:7
**range** 176:15
**rare** 173:3
**rarely** 85:14
**rate** 54:23,24
55:2,3 67:3
**Ray** 156:5,8
157:9 158:4,8
160:8 161:12
163:12,19
164:6 168:23
168:24
**read** 3:8 7:12
42:18 104:14
106:7 163:16
171:18 190:11
191:20
**reading** 37:7
43:16 46:10
**realized** 103:3
**really** 10:8 29:2
35:10 36:21,21
57:8 66:6 103:4
137:21
**rear** 144:4
**rear-end** 143:11
**rear-ended** 146:1
**reask** 8:4 48:4
**reason** 7:9 20:5
26:17 33:13
38:2,9 39:7,9
39:10 45:18
56:21 57:1,2,4
57:8 58:21
120:7 128:8
147:1 166:4

170:23 174:12
191:5
**reasons** 56:23
57:25 58:5
167:17 170:10
173:23 174:10
**recall** 18:2,5,15
18:17,19,21
23:8,24 32:11
35:17 37:18,21
37:22 39:11
40:9,21 43:22
44:25 46:2
52:22 55:12,13
56:10,12 62:4,5
63:5 65:25,25
66:5,9,10 67:1
71:7 75:2 78:5
81:21 82:2
85:18,21,22,24
86:2 87:2,4
88:10 91:2
121:1,3,5,10,18
141:22
**recalling** 121:8
**receive** 40:18
93:17 94:7
152:4,8 154:3
163:11,19
164:5 173:5,8
**received** 40:10
44:25 45:6,9,17
68:5,8 93:12
98:3,6 156:22
**receiving** 94:3
160:8 161:12
**reception** 80:1
**recognize** 69:20
70:2 106:10
116:23 117:2,7
117:10 118:5
118:10,18
120:9,10
123:21 132:6
135:9 136:16
**recollect** 88:7

**recollection** 36:1
36:8,20 37:6,11
37:13 39:3,6
42:2 43:4
**recommend** 60:5
99:3 169:9
**recommendati...**
44:9 61:17
**recommended**
44:8 98:18,19
98:20,22
170:10
**recommending**
35:23 36:5
76:20 77:13
98:21
**reconvening** 69:9
**record** 6:18 8:5
24:1,6 25:12
33:2 39:12,14
39:16 47:20,23
47:24 48:11
49:17,22 67:10
69:11 108:11
119:4 140:6,9
145:9,12 150:3
150:7 160:25
161:7 162:10
162:11 163:15
177:20 189:11
**records** 33:4,6,8
33:12,14 35:5
35:18,23 36:5,9
37:19,24 38:10
38:18,22,24
39:5,7,17,20,21
39:24 49:2
66:17 92:15,18
92:21 93:1 94:7
94:8,12 101:4
101:12,13
102:18,20
103:1,7,9,23,24
104:5,9 105:9
105:22,24
158:22 168:23

168:24 177:9
186:23
**recycle** 141:13
**REDIRECT** 3:5
183:21
**referral** 3:22,23
117:25 122:15
122:20 124:8
125:22 126:3
152:4 158:7,14
158:18
**referrals** 98:3,6
169:10,11
**referred** 39:13
53:3 155:6
169:25
**referring** 11:5
49:15 120:16
120:17 123:6,9
123:12 124:1
157:5
**refers** 170:17
**reflect** 48:11
**reflected** 144:15
**refresh** 36:1,7,19
37:5,10,12 39:3
42:1 43:4
**refreshes** 39:6
**regard** 161:16
**regarding** 11:13
39:4 47:25 93:1
99:25
**regardless**
152:20,23
153:1
**Regional** 17:20
**regular** 21:3 50:9
50:15
**regularly** 81:14
81:15
**Regulation** 3:13
33:18 34:1
**rehab** 61:15
**rehabilitative**
61:14
**related** 43:5

47:15 155:11
159:18 165:9
**relates** 162:15
166:21 186:24
**relating** 38:8
47:17
**relationships**
158:14
**relative** 189:13
189:15
**relax** 105:3
**relevancy** 185:18
**relevant** 184:6,9
184:14 185:16
185:20
**remain** 46:22
**remained** 15:19
**remedial** 6:17
**remember** 13:20
17:18 18:18
19:12 26:18
31:19,21 35:13
36:2,13 38:5,7
38:11 39:15,19
40:2 41:7,23,25
41:25 43:24
45:2 51:19 52:2
52:17,19 53:7,8
53:12 55:19
56:1 60:24 62:2
63:23 64:3,4,6
65:11 66:6 74:2
74:21 75:9 77:2
82:3,4 83:24,25
84:5 85:14,16
85:20 88:9 90:7
91:21 97:21
100:16,18,22
100:23 103:4
105:2,3,4,5
112:17,18,19
176:12
**removed** 40:5
**removing** 47:4
72:4 132:13
**render** 110:19,21

**rendering** 111:13
**rented** 100:20
**reopen** 177:6,22
186:22
**rephrase** 163:25
**replace** 89:5
**report** 134:23
141:6,7,10,14
141:17,23,24
145:4,23,24
147:15,23
148:11,24
156:4,10 159:6
159:6 169:3,5
171:15,19
172:4,6,6 181:1
185:2 189:8
**reported** 1:24
147:10 148:1
148:25 149:22
179:7
**reporter** 1:25 3:7
5:3 7:9,18 10:7
10:8 163:16
189:1,6
**reporting** 1:21
178:14 190:19
**reports** 49:8
141:13,19,23
141:25 149:20
153:24 154:14
155:25 156:14
175:1
**represent** 5:20
134:24
**represents** 5:20
111:4
**reprimand** 40:18
45:7
**request** 141:1,2
155:5
**requested** 126:6
189:10
**requesting** 70:7
122:8
**require** 124:15

**required** 42:22
117:19 129:22
130:1 171:17
173:10
**requirements**
31:23 113:18
113:25 114:3,5
114:9,9 115:12
**requires** 8:14
123:12,13
124:14,22
**requisition** 118:8
**reserve** 177:21
186:21,24
**reserved** 177:10
**reserves** 177:5
**residencies**
30:22
**residency** 15:1,2
15:9
**resist** 8:2,3
**respect** 114:21
183:7
**Respondent** 35:3
37:2 38:15,17
42:7,21
**Respondent's**
38:23
**response** 161:13
**responsibilities**
60:1 86:8,15
**responsible**
86:18
**rest** 36:14
**result** 21:15 40:8
127:10 128:16
**results** 176:19
**retinopathy**
21:13
**return** 137:6
172:24 190:15
**returned** 190:10
**review** 11:1,4,8
12:3 34:14
42:24 43:1
66:24 68:14

69:25 102:22
103:25 106:6
130:4 131:10
135:6 142:9,11
145:6 154:14
168:15,17
189:9
**reviewed** 155:21
169:1
**reviewing** 36:14
66:16 102:17
104:9 105:8
106:5 131:3
176:6
**right** 5:3 7:8 8:14
8:15,16,17 10:7
17:19 21:13,16
21:21 23:9
25:17 26:14
27:3 31:1 39:24
44:17,20,23
45:7 46:17 51:5
51:8,14 55:14
56:13 57:18
64:25 65:3 66:6
67:14 70:24
71:3,17 72:9
75:18 76:12
80:3 81:3 86:4
89:6 94:5,15
95:2,3 104:20
106:21,25
107:4 108:1,18
109:6,9,13,14
110:14 113:9
116:4 118:17
119:9 122:20
123:8 124:6,9
127:11,15
129:7 132:17
133:2 135:16
138:10 139:22
142:4,10
143:17 144:8
144:14,17,18
144:20,21

145:21 146:1
146:11 148:19
149:15 150:15
150:23 151:7
151:17 152:21
155:25 157:5
162:1 165:19
165:23 166:3
171:3 173:15
174:25 175:24
176:15 177:5
186:21
**right-hand**
111:13
**rights** 114:10
186:24
**risk** 21:20
**Rivkin** 2:3 5:19
**Rocco** 3:22 118:1
**Rodriguez**
157:13,19
**Rolando** 52:8,9
52:17,24 58:15
**role** 66:14 68:12
84:22
**Romero-Ortega**
4:7 105:24
155:16 169:1
**room** 7:7,13 9:21
14:18 79:9,14
79:15,22,25
80:3,5,7,9
104:19 129:9
**rooms** 79:16
80:11
**roughly** 103:7
**rule** 12:14 180:8
181:14
**rules** 6:16
**RXR** 2:4

**S**

**S** 75:4
**SALTIEL** 72:4
**saw** 64:18,20
78:25 86:1

87:15 99:16
100:15,15
103:12 126:11
127:5 133:12
134:1 174:3
**saying** 8:8,17
41:6,14 43:17
78:3 114:14
115:2,7 121:10
122:7 138:14
170:5 186:9
**says** 35:1,21
36:15 38:13,21
43:11,12 44:13
45:22 46:15
70:23 108:17
108:25 109:2
123:6 131:22
135:25 136:9
136:18 137:9
142:23 143:19
143:23 144:11
146:13 147:4
147:17 148:4
148:12 157:4
169:7,16,24
171:3,4
**scans** 169:12,12
**schedule** 20:12
20:20 59:24
60:8 62:15 77:4
81:16
**school** 13:6,11
13:11,14,15,16
13:18
**season** 61:2 88:8
**seat** 142:25
**seated** 7:8 8:25
**second** 24:2,22
25:5,6 40:24
41:1,13 47:20
55:25 56:3,4
70:15 80:5
123:7 135:15
147:23 149:7
156:3 161:9

168:21
**section** 32:21
136:2
**sections** 170:17
**see** 7:25 16:25
24:11 26:1,4,7
26:23 29:15,21
30:4 34:24 35:6
38:19,20 39:1
42:1 54:13 63:1
65:10 70:15,23
78:22 80:8
81:12 83:13
87:5,8,13,16
96:6,9,12
100:14 103:15
106:16,17,19
108:17,20,22
108:23,25
109:4 111:12
122:10,22
130:5,5 133:4
135:18 136:8
142:9,12 143:3
145:18,23
147:4,16,20,22
148:4,11,22
149:9 156:6,10
156:11 157:4
157:19 168:19
169:22 171:9
174:17 177:21
180:14
**seeing** 21:16,17
23:4 26:3 29:23
29:24 30:5,13
57:7 59:20
85:15,22
100:16 128:14
**seeking** 115:3
**seen** 39:21 87:18
102:21 103:7
103:13 127:14
128:12 183:12
183:15
**sees** 162:21

**selected** 104:6
**self-incriminat...**
48:2,8,14 49:1
49:6,11 161:5
**seminars** 31:16
**send** 154:21
**sending** 39:17
**sent** 154:20
**sentence** 36:4,7
**separate** 79:14
79:16 80:3,5
170:18
**September** 61:7
**sequence** 170:16
**series** 105:19,21
127:9
**serve** 61:23
67:22
**served** 65:5
**service** 40:15,17
45:5 46:3,6,13
46:22 65:12
107:3 113:16
165:23
**services** 16:16
27:21 52:6,15
53:5,10,11,17
54:9,14,15
59:18 61:8,10
61:19,22 62:12
63:16 64:7,12
64:24 66:3,4,13
66:18,19 67:6
67:10 68:6,18
71:10,12,16
72:24 73:2,6,8
73:11 77:11,19
77:23 80:6 81:3
89:8 90:3,22,25
95:18 96:10
98:12 102:24
107:18 108:6
109:5,12 110:9
110:11 111:7
113:8 118:9
124:18 156:5,9

157:10 158:4,8
160:9 161:13
163:12,20
164:6 168:23
168:25
**serving** 65:17
**session** 6:20
**set** 73:23 74:8
81:15 82:20
141:23 155:10
**setting** 6:13,21
**seven** 94:19
**severity** 151:20
151:24 152:2
152:21 183:24
184:1
**sex** 153:1
**shaking** 8:10
**sharp** 147:18,23
149:1
**sheet** 3:9 92:10
190:9 191:1
**shenanigans**
114:24
**shift** 26:9 29:17
30:12 60:19
**shifted** 26:13
**shifting** 29:25
**short** 75:14,17
92:17
**shortly** 82:8
**shoulder** 8:16,16
178:16,25
179:3
**show** 8:18 44:8
69:13 127:18
127:25
**showed** 44:11
80:10 119:5
173:17 174:10
**showing** 106:1
**shown** 100:12
**side** 78:2 111:13
179:3,4,4
**sign** 3:8 51:16
117:15,18,19

118:25 119:1
119:12 124:11
125:24 174:14
190:11,14
**sign-in** 92:10
**signature** 70:16
70:18,19,20
106:23 117:10
117:13 118:13
118:14,15,18
118:20,21,22
119:6,16,23
120:5,9,11,13
120:15,19,23
121:22 122:9
122:22 123:7,9
123:13,13
124:14,15,19
124:22 125:1
135:19 157:13
157:25 190:8
190:14,21
**signatures** 119:9
**signed** 52:2
71:21 158:19
188:13
**signing** 51:20
174:17
**similar** 8:12
61:10 178:4
180:3
**simple** 113:24
139:15
**simultaneous**
43:14 67:15
**single** 25:1 30:2
30:3,6 133:25
141:18 149:21
158:23
**sir** 5:16 6:2,12
9:25 12:22
34:11 35:8
43:21 47:7
48:21 50:1
57:24 58:2
69:20,24 72:2

88:9 92:23
131:24 151:16
**sit** 130:3 140:14
168:19
**sitting** 79:7
**situations** 170:7
**six** 58:17 60:13
60:13,16 62:16
62:16,21 94:21
102:20 103:1,8
103:9,23
**skyscraper** 78:7
**Sloan** 1:25
188:22 189:6
189:25 190:19
**small** 79:6
183:14
**soft** 127:6,15,18
127:23 166:14
181:1,4
**solemnly** 5:5
**somebody** 52:15
52:15,16 53:3
136:23 138:9
138:23 139:17
141:3
**someone's** 124:2
**sorry** 31:3 57:11
92:25
**sort** 6:18 7:25
26:11,13 30:12
40:23 45:13
51:17 53:25
59:2 64:1 71:14
75:14 128:5
141:13 158:7
**sound** 92:3 144:9
**sounded** 144:1
**sounds** 39:22
81:23 91:14,18
183:15
**South** 15:12
**Southern** 1:1
5:22
**Southwest** 10:3
190:1

Spanish 12:22
75:1 129:17,17
129:18
spasms 181:2
speak 8:22 9:16
10:6 12:5,11,12
12:15,22 27:9
33:9 52:25
73:17 75:1 84:2
85:12 90:20
111:22,25
112:9 129:17
161:7 174:3,6,8
speaking 7:17
34:9 53:22
54:11 61:9
85:23 87:6
98:11 129:18
173:25
specific 51:10
53:16,22 60:8
114:11 138:14
specifically 11:8
11:15 32:18
34:22 43:12
65:1 79:22
82:20 108:3
145:7,15
specifics 86:21
86:22
speculate 64:5
spelling 75:3
spend 68:12
130:20
spent 76:14
spoke 51:3 53:20
58:14 74:2,6
76:11 77:3
112:1,2,25
116:7
spoken 158:3
sprain/strain
181:2
sprains 178:15
Spring 61:2
St 10:21 13:12

stack 174:14
staff 15:20
staffing 3:17
27:14,15,18
28:2,9,11 51:3
51:4 69:16 70:7
stage 30:9
staged 154:5,7
154:12
stamp 118:14,15
118:16,18,20
119:13,15,22
119:22 120:2,5
120:11,15,19
120:23 121:2,6
121:13,19,20
121:23 122:22
123:16 135:19
stamped 122:4
123:6
stamps 119:23
120:13
standard 42:22
44:3 55:2 182:1
start 8:1 13:5
22:1 69:4
started 13:20
14:3 21:8 22:3
23:4,18 24:25
25:7,23 26:2,19
26:22 27:7
29:19,21,23,25
29:25 30:9,12
30:13 55:19
59:10 60:23
61:1 62:5 71:11
71:16 72:11,20
72:22 85:4,6
90:21
starting 73:18
State 3:12 33:17
33:24 42:5
188:2,23 189:3
stated 142:24
143:10 147:23
161:15 170:11

191:21
statements 11:6
35:23 36:5
States 1:1 10:16
10:18,23,24
14:25
statistics 133:20
status 25:21
stayed 15:18
16:10
stenographic
189:12
stenographically
1:24 189:8
Steve 5:18
114:17 140:20
162:6,8
Steven 2:5
steven.henesy...
2:6
stipulated
114:20,22
stipulations
104:12
stop 21:21 59:13
68:25,25 84:11
84:12,13
101:22,23,25
stopped 26:18
30:11 59:16
60:21 101:17
straight 13:16
strains 178:15
Street 1:22 10:4
190:1
strength 44:22
176:17
stretch 9:16
strike 143:13
strikes 144:3
strong 180:23
struck 143:10
150:8
studies 165:9
study 31:10
subject 32:8

161:24
subjective
147:13
subsequently
38:25 89:2
substances 43:13
substantially
153:16
sue 132:12
suffer 127:10
suffering 127:23
sufficient 8:9
suggests 170:24
Suite 190:20
Summer 61:3
supervised 45:3
45:24 46:1
supervision 45:4
47:1
supplier 106:24
support 45:14
supposed 89:18
sure 7:16 12:13
22:25 24:11
40:3 50:12,19
50:20 60:25
64:1 66:18
72:19 74:16
75:1 83:4,5
85:2 89:12
90:17 96:22
99:9 102:23
104:13,15
105:7 120:25
128:15 138:21
139:5 142:16
172:14,16,17
172:18 175:6
surprise 133:24
149:19
surprising 159:1
Swany 4:3 134:19
179:6
swear 5:5
sworn 5:12
188:10

**symptom** 147:18
147:23 148:2
149:7,11
**symptoms**
149:15
**system** 13:8,9
44:23 132:21
169:20
**systems** 131:2,4
131:6,9 133:8

**T**

**T** 2:5
**table** 9:20 79:7
**take** 6:3,24 7:18
9:16 31:7,8,13
31:17,18 34:8
34:11,22 38:12
47:2 68:14 72:3
116:12 118:4
119:3 128:17
130:13,16,18
131:21 135:5
137:4 144:22
155:9,12,19
165:5 169:4
171:14 173:20
187:1 190:6
**taken** 6:22,25
7:10 9:9 69:8
129:10 191:3
**takes** 129:11
130:17 176:7
**talk** 53:2 58:18
63:9 73:23
76:17 84:15
118:24 145:15
150:14,18
164:4
**talked** 40:23
65:24 154:1
163:23
**talking** 44:16
63:8 69:5
166:22
**Tampa** 19:19,24

20:17,25 21:1
**telephone** 78:3,4
**tell** 6:23 13:3
32:12 36:10
40:4 50:17
53:15 57:7
58:11 71:18
72:21 73:13
77:18 80:18
87:17 88:5,6
102:15 107:9
107:13 108:3,4
108:8 111:3,6,8
119:18 121:14
123:25 130:23
131:2 141:7
154:25 166:10
168:6 174:1
**telling** 103:21
129:3 143:22
**tells** 72:25 172:9
179:22 184:24
**term** 154:7,9
**terminology**
151:18
**terms** 28:17
166:11
**test** 31:11,12,13
**testified** 5:13
6:12 12:24
24:14 36:8 38:3
38:15 40:21
41:18 62:20
109:12 142:8
**testify** 9:11
11:12 33:6,7,11
**testifying** 10:25
37:18
**testimony** 3:2
5:6 32:22 35:2
35:16 39:4
147:9 184:3
**testing** 122:20
124:9 125:18
125:21 126:3
169:10,17

176:14,17
**tests** 31:7 36:17
165:21 176:19
**text** 50:10
**thank** 42:25 47:2
115:9 116:13
177:11 186:19
**therapeutic** 99:2
99:2
**therapies** 170:9
170:11
**therapist** 89:9
90:6,14 104:22
106:14
**therapist's**
104:24
**therapy** 3:20
61:19 77:22
80:6,12 88:20
89:4,8,11,12,12
89:13,15,15,19
90:3,21,25
98:14,16,17,18
98:23,24 99:1,4
99:5,8 100:9,13
107:11 108:16
109:5,12,18,23
111:21 113:9
113:11 116:16
116:21 117:1
134:23 135:15
135:22 152:9
152:16,17
153:7,9,13,17
168:16 170:12
181:16,24
182:1,7,13,19
**thing** 7:16 9:14
9:18 23:6,10
111:4 145:7
**things** 6:16 7:15
39:14 75:2
98:25 129:22
142:2,9,15
143:25 170:14
**think** 16:23,25

17:14 19:5 27:8
40:16,16 41:10
51:18 52:10
53:24 55:21
59:12 60:20
63:18,22,24
65:19 72:14
75:8,10 80:24
83:2,3 85:1
91:16 99:6,8,22
100:17 110:3
112:6 116:9
121:12,13
134:7,9 136:12
150:5 151:10
166:7,16
171:13 176:23
**thinking** 19:21
75:10
**third** 41:13 55:11
55:13 56:10,15
62:4,6,13 63:4
65:24 149:11
157:12 169:6
**thought** 103:6
120:15
**three** 15:6,10
20:21 22:24,25
25:14,18,19
55:8 62:24 63:6
63:7 64:19
67:14 77:10
82:18,19 95:13
137:23,23
**three-fourths**
148:6,14 149:2
149:17,24
**thrust** 161:9
**time** 7:17,19 9:4
15:21 16:16
17:14 18:3 19:4
19:21 21:8,22
22:2 25:22 27:1
27:8,11 28:18
29:1,15 30:11
32:12,13,25

34:3 35:12,13
35:14 36:12,12
38:6,8 42:15
43:25 44:1,6
49:24 52:21
53:25 54:3
55:21 56:14
58:14 59:10,11
59:14,15 61:6,6
69:14 70:10,11
71:8,14 72:7,13
72:14,18 73:5
73:23 74:16
75:8,10,11 76:9
76:15,22 77:21
80:10,13,14,21
80:22,24 81:11
81:19 82:7,8,11
82:20,25 83:6
84:16,20 85:4,5
85:7,16,19,24
86:1,11,16,17
87:2,22 88:19
89:1 90:5,15
92:18 94:19,21
94:21 95:13,13
95:22 100:22
101:8 102:14
109:19 112:11
120:16,18
123:5,7,17
125:11 129:12
131:8 142:23
148:6,14 149:3
149:17,24
156:13 175:10
175:14 177:4
178:23 190:7
**times** 26:24
32:10 84:10
85:12,18 86:2
87:4,13,15,17
119:19,21
136:9 138:3,4
138:11 141:1
154:18 162:21

**tissue** 127:6,15
127:18,23
166:14 181:2,4
**today** 7:11 11:1
12:1,6 51:14
177:8
**today's** 9:15
**told** 9:7 11:13
26:18 52:16
73:6 76:19 77:5
77:12 86:11
87:22 89:2
100:11 104:25
112:5 140:18
140:23,25
144:16 148:20
148:23
**tolerated** 148:7
148:15
**top** 68:8 108:18
117:3 147:15
153:11 169:6
**topic** 162:17
**Torres** 52:8,9,18
52:24 58:15
72:23,25 73:17
91:4,4 112:1,2
112:4,25
**touch** 52:11
**tour** 80:15,17
**track** 56:1
**trained** 143:18
143:23
**training** 31:7
**transcript** 7:10
7:12 8:18
189:10,11
190:9 191:1
**transferred** 22:13
**transportation**
97:7,13
**trauma** 169:18
**travel** 26:6
**traveling** 143:7
145:25 151:1
**treat** 83:15,16

178:14 186:1
**treated** 83:11
99:11
**treating** 22:18
23:11 41:1 60:3
**treatment** 41:4
60:5 61:17
76:21 77:14
79:15,15,18
105:22 152:12
164:10 169:9
170:5,25
171:10 174:18
184:10,11,15
185:3,5,21,24
**treatments** 79:16
79:20
**trial** 35:15 36:13
**tried** 140:16,20
**true** 35:8 49:8
139:25 140:1
140:13 183:23
189:11 191:21
**truly** 190:16
**truth** 5:7,7,8
6:23 143:22
**truthfully** 9:11
**try** 7:12 23:25
65:11
**trying** 18:18 28:5
55:12 56:13
64:3 114:19
172:3
**turn** 108:10,15
141:5 145:14
147:13
**turning** 145:6
157:23 169:2
**twice** 32:11,11
123:1,4
**two** 15:19 16:4
25:8 27:22,24
40:22 43:13
60:21 62:24
63:2,3,7 95:12
137:23,23

147:13 173:11
173:12 179:5
179:10 183:18
**type** 126:2 166:6
171:23,25
175:13 178:7
**typed** 141:6,8
169:3
**typical** 128:23
**typically** 95:8
**typing** 175:3,7

**U**

**uh-huh** 8:9 49:14
**uh-uh** 8:9
**ultrasound** 98:25
**ultrasound-type**
100:16
**underlying** 184:1
184:2,6,14
**underneath**
108:22 123:18
169:24 181:4
**undersigned**
188:8
**understand** 7:2
7:13 8:19 9:6
11:12 37:7,17
38:2 57:8 58:2
74:18 78:17,19
86:7 113:22
114:14,24
115:2 126:24
128:22 132:5
138:13 167:21
177:1
**understanding**
43:20 46:11
47:10 48:15,22
53:21 98:17
**understood** 75:5
86:5,17 87:11
**unequivocally**
121:14
**Uniondale** 2:4
**United** 1:1 10:15

10:18
**university** 13:19
15:12,19,20
16:5
**unrelated** 161:18
**unsupervised**
40:11
**unusual** 178:13
178:18 179:13
**urge** 8:2,3
**use** 8:16 50:6
80:12 100:8
113:6 121:22
151:18
**usually** 132:4
137:5 138:3,4
138:11 139:24
**utilizing** 21:18

**V**

**V** 5:25 190:5
191:2
**vaginal** 32:14
**various** 98:22
100:13
**vary** 93:22,24
95:16 130:18
131:1,14
**vast** 127:13
**vehicle** 29:22
30:14 59:21
143:7,11 144:3
144:4 145:25
146:1 183:16
**verbal** 8:6
**verified** 44:1
**versus** 3:16 42:11
95:13
**vice-versa** 29:7
**victims** 29:7,9,13
**VIERA** 1:12
**Vincent** 10:21
13:12
**vision** 21:9,11,16
**visit** 108:17
138:3,5

**voice** 7:18 10:6
**VOLUME** 1:17
**vs-** 1:8

**W**

**wait** 7:20,22
45:22 165:10
171:9,25
**waiting** 79:9
104:19
**waive** 190:7,14
190:21
**waived** 160:17
**walk** 79:4,6
**want** 9:15 20:4
34:22 50:17
56:24 57:5
58:11 63:8 88:3
101:21,22
118:24 128:8
128:15 145:15
151:9 160:22
167:18 169:3
171:9
**wanted** 18:11
19:8 53:16
68:25 101:23
102:22 132:12
183:4
**wants** 115:4,5
124:18
**warrant** 166:10
**warranted** 166:8
**wasn't** 40:3 95:4
96:22 156:20
172:21 182:13
**watch** 181:18
**way** 20:11,22,25
37:15 54:13
56:7 87:24
88:15 94:23
116:8 130:9
139:4,13
141:23 143:16
144:7,9 151:22
181:8 183:13

186:3
**ways** 42:23
132:25
**we'll** 45:10 63:12
134:15 155:13
175:24 187:1
**we're** 44:16 57:18
63:8 69:4 84:15
114:19 159:17
160:15,20
163:7
**we've** 48:8 49:21
161:25 186:23
**Wednesday** 82:16
82:19 172:21
173:1
**Wednesdays**
82:23
**week** 20:19 26:24
60:10,14,15,16
60:17 62:17,21
63:3,6 77:8
82:12,13,14
94:21,22 136:9
138:4,5 141:2
**weekend** 20:13
20:14,17,18,21
**weekends** 20:13
20:22,23
**weeks** 58:17
137:9,23,23,23
**weight** 153:3,5
**weights** 100:17
**went** 13:11,15
14:6,9 15:12,23
16:7 17:4,17
19:8 25:6 26:10
35:14 57:15
60:14 62:25
64:17 73:19
75:6 80:9 81:19
83:2,10,17,21
86:9 87:12
154:23,25
159:7,10
**weren't** 67:24

68:22 96:25
158:16 159:13
**west** 1:22 13:19
20:10 190:20
**white** 78:2
**wife** 20:4
**willing** 53:12
**wish** 58:5 190:14
**wishes** 48:7
134:25
**withdraw** 69:21
**withdrawn** 11:20
25:18 32:25
54:13 55:18
59:24 79:19
86:23 93:12,14
107:16 121:9
124:5 153:20
153:24
**witness** 3:8 5:9
40:6 47:5 48:5
48:6,9,11 69:14
72:5 106:1
114:15 115:4
119:5 134:25
160:2 161:4
162:13,17,19
191:3
**witness's** 47:25
161:13 162:14
**wondering** 170:3
**word** 45:11 50:25
**work** 12:25 16:5
16:7 17:6,21
18:22 19:20
23:15 25:6,13
26:25 50:7
54:22 55:24
56:5,7,15,25
57:5 58:12 59:8
59:22 63:15
64:8 67:4 68:9
71:5,22 72:8
73:18 77:6
82:15 83:21
90:25 101:22

104:11 113:1,5
172:20
**worked** 14:15,16
14:19 16:1,14
17:1,17 19:9
22:12,23 23:6
24:14,19 25:8
55:6,15 64:11
83:14 88:18
91:7,9 92:16
93:3,8,10 94:1
94:16,19,21
**working** 15:7
16:18 17:12,19
17:23 18:11
20:13,19 21:23
22:3 23:19,23
24:25 25:2,7,8
25:19,23 26:11
26:14,20 27:7
28:7,13,14 30:2
54:16 55:20,23
56:18 57:13,14
58:19 59:6,10
59:16 60:21,23
62:5,16 63:2
65:15 67:15
70:10 71:7
72:12,22 78:13
80:23 81:6,14
82:5 84:11 94:4
94:24 96:6
99:25 101:17
101:22,23,25
102:7,9,10
104:17,22
**worried** 159:13
**wouldn't** 106:4
133:4 156:21
181:13
**write** 136:15
138:6,18 139:7
139:11,18,24
143:19,23
175:21 191:1
**written** 51:22

125:7 130:4
143:24
**wrong** 45:16
46:14,16,16
103:20 110:3
110:14 123:16
183:25
**wrote** 123:10
136:11,12
138:9,10,16,20
138:23,23
139:5,9,17
140:1,14 141:3
141:4 146:8

**X**

**X** 156:5,8 157:9
158:4,8 160:8
161:12 163:12
163:19 164:6
168:23,24
**x-ray** 122:9
126:15,20,22
127:1,2,17,20
127:25 128:6
150:15 152:4
154:20,22,24
155:2,5,7
156:15,23
159:4,11 160:8
163:11,19
166:1 167:20
167:23 168:5,8
180:8,22 181:9
181:14
**x-rays** 118:8
124:10 126:8,9
155:3 156:14
156:22 158:24
161:12 164:5
165:18 167:13
167:15 168:1
180:7

**Y**

**Y-E-I-N-I** 91:4

**yeah** 20:3 22:7
52:14 54:2 64:6
78:21 118:14
118:19 156:1
**year** 13:20 14:13
14:17,17,19
16:24 18:5
31:19,20,21
40:12 45:3,3
47:8 48:23
52:22 59:14
62:10 84:14
**years** 10:14 15:6
15:10,19 16:4
22:24,25 25:18
27:22,23,24
35:10,12
110:24
**Yeini** 91:3
**York** 2:4 5:20

**Z**

**0**

**07/16/2018**
191:3
**09** 23:19

**1**

**1** 1:17 3:11 6:5
6:10 82:24
189:9
**1-story** 78:6,8
**1:18-CV-20101...**
1:3 190:5 191:2
**10** 4:2 23:19 77:8
82:23,24 94:19
103:6,11,19,22
116:21 134:16
134:17,22
135:5 143:8
144:23 146:1
146:19 148:12
149:11 155:13
176:3
**10:12** 1:20 5:2
**100** 46:3,6,13

127:21 133:11
133:13,16
154:19
**105** 3:19
**11** 4:4 134:16
144:22,24
145:4,14
146:13 147:16
148:4 149:7
150:18 155:13
**11:45** 69:9
**11550** 2:4
**116** 3:20
**117** 3:21
**11th** 1:22
**12** 4:6 155:13,14
155:19,20
168:20
**12/18/09** 3:15
42:11
**12:12** 69:9
**12:30** 69:1
**122** 3:23
**131** 4:1
**134** 4:2
**144** 4:4
**15** 173:22
**1500** 3:19 105:16
105:21
**155** 4:6
**1551** 190:20
**16** 1:19
**16th** 188:10
190:6
**17** 135:3 145:5
**177** 3:4
**18** 42:9,20
**183** 3:5
**187** 189:9
**188** 3:6
**189** 3:7
**19** 70:23
**190** 3:8
**191** 1:17 3:9
**1964** 13:22
**1970** 14:1

**1974** 10:24
**1983** 16:10
**1984** 38:23
**1988** 16:25
**1990** 16:24
**1991** 16:24
**1992** 35:3,9
  38:14
**1994** 34:2
**1995** 17:15,15,16

**2**
**2** 3:12 33:15,16
  33:24 34:9,15
  40:5 82:23
  136:18,19,19
  137:8,9,11
**2-page** 131:23
**2-year** 15:15
**2:19** 142:23
**20** 173:22 176:3
**200-E** 190:20
**2000** 18:3,4 24:9
**2002** 19:5,5
**2003** 19:17,18,19
**2006** 21:6,7,23
  21:25 22:20,23
  23:2 24:13
**200716370** 42:8
**2009** 23:1,2,23
  24:13,18 25:13
  25:20 26:13
  27:25 42:9
**2010** 23:1,2,23
  24:13,18 25:13
  25:20 26:13
  27:25 28:12,15
**2011** 31:20
**2012** 31:21
**2016** 70:24 71:3
  71:6 72:1
**2017** 27:8,11
  28:12,15 52:20
  55:22 59:11,12
  60:22 61:4 62:8
  63:15 67:18

72:14,18 85:1
100:23 105:25
105:25 107:3
108:20 116:22
134:1 135:3
145:5
**2018** 1:19 188:11
  188:13 189:20
  190:7
**2021** 188:25
**21st** 105:25
**22-page** 42:19
**22nd** 38:14
  188:13 189:20
**23** 188:25
**23rd** 34:2 35:3
**24** 9:10
**26** 35:10,12
**28** 1:22

**3**
**3** 3:15 42:4,10
  47:4 136:18
  137:9 145:8,14
  147:14
**3-hour** 31:9
**3,200** 68:5
**3/23/94** 3:12
  33:16
**30** 10:14 110:24
  130:19,23
  131:14 176:6,8
  190:12
**30's** 76:3
**31** 76:1 106:16
**33** 3:12
**33090** 2:9 190:3
**33130** 1:22
**33324** 10:4 190:2
**33401** 190:20
**33rd** 99:22

**4**
**4** 3:17 38:12,13
  69:12,15,20,25
  72:4

**4:10** 1:20 187:4
**42** 3:15
**4th** 10:3 190:1

**5**
**5** 3:3,19 38:12
  105:14,15,19
  106:1,6,8,15
  136:11,17
  137:8 138:1,6
  138:17,19
  139:11 140:1
  140:14 141:1
  143:1 145:25
  146:4 151:1,2
  176:3
**5/12/17** 3:23
  122:14
**5/17/17** 4:2,4
  134:18 144:25
**516-357-3000**
  2:5
**5th** 47:16 48:1,7
  48:10,25 49:5
  49:10

**6**
**6** 3:11,20 34:23
  35:1 36:14
  116:14,15,20
  119:5
**6/13/17** 3:21
  117:24
**620** 99:22
**69** 3:17

**7**
**7** 3:21 117:23,24
  118:4,5,7 119:6
  119:12 120:8
  122:5
**7/10/17** 3:20
  116:15
**7/19/16** 3:17
  69:15 71:21
**78** 42:21
**786-226-8205**

2:10
**79** 42:24

**8**
**8** 3:23 105:25
  107:3 108:20
  122:13,14,19
  122:23
**8-page** 69:13
**800** 67:9 95:11
**83** 16:25
**85** 54:25 68:8

**9**
**9** 4:1 83:2 131:16
  131:21,25
  132:13
**90's** 34:6
**900520** 2:9 190:3
**926** 2:4
**95** 17:15
**97014** 108:25
**9951** 10:3 190:1