UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case Number: 18-20101-CIV-MARTINEZ-OTAZO-REYES

GOVERNMENT EMPLOYEES INSURANCE
CO., et al.,
    Plaintiffs,

vs.

QUALITY DIAGNOSTIC HEALTH CARE,
INC., et al.,
    Defendants.
_____/

## ORDER DENYING MOTION FOR STAY OF PROCEEDINGS AND DISCOVERY

THIS MATTER is before the Court on Defendants' Motion for Stay of Proceedings and Discovery, [ECF No. 46]. The Court has reviewed the Motion, the response and reply filed thereto, the record in this action and is otherwise fully advised in the premises. To the extent the Court's Order on Defendants' Motion to Dismiss, [ECF No. 58], does not moot Defendants' request for a stay, the Court DENIES Defendants' Motion. The *Colorado River* factors do not favor a stay of these proceedings. *See Colorado River Water Conservation Dist. v. United States*, 424 U.S. 800 (1976).

Accordingly, after careful consideration, it is hereby **ORDERED AND ADJUDGED** that Defendants' Motion for Stay of Proceedings and Discovery, [ECF No. 46], is **DENIED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 26 day of August, 2019.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record