UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
**Case Number: 18-20101-CIV-MARTINEZ-OTAZO-REYES**

GOVERNMENT EMPLOYEES INSURANCE
CO., et al.,
    Plaintiffs,

vs.

QUALITY DIAGNOSTIC HEALTH CARE,
INC., et al.,
    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Alicia M. Otazo-Reyes, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Plaintiffs' Motion *in Limine* for Adverse Inferences Against Defendants Quality Diagnostic Health Care, Inc., Jorge Martinez, Carlos Acebo Martinez, Luis Anibal Queral, M.D., Moulton Keane, M.D., and Ivelis Garcia ("Defendants"), [ECF No. 57]. Magistrate Judge Otazo-Reyes filed a R&R, [ECF No. 93], recommending that the Motion *in Limine* for Adverse Inferences Against Defendants be GRANTED IN PART in that, for purposes of Plaintiffs' Motion for Summary Judgment Against Defendants, [ECF No. 60], the Court make an adverse inference that the responses from Defendant Ivelis Garcia would have been "Yes" but for the invocation of the Fifth Amendment as to these two questions: (1) "Did you ever pay a patient to receive treatment at Quality Diagnostic?" and (2) "Did you ever pay a patient to refer someone else to Quality Diagnostic?". The parties filed a series of objections, responses and replies thereto, as well as notices of newly discovered evidence, [ECF Nos. 95, 98, 99, 100, 101, 102, 105, 108]. The Court has reviewed the entire file and record, has made a *de novo* review of the issues that the objections to the R&R present, and is otherwise

fully advised in the premises. The Court finds the issues raised in the objections are already addressed in Magistrate Judge Otazo-Reyes' Report and Recommendation. Moreover, with respect to the newly discovered evidence, the Court will consider all record evidence when ruling on Plaintiffs' Motion for Summary Judgment Against Defendants, [ECF No. 60].

Accordingly, after careful consideration, it is hereby:

**ADJUDGED** that United States Magistrate Judge Otazo-Reyes' Report and Recommendation, [ECF No. 93], is **AFFIRMED** and **ADOPTED**. Accordingly, it is:

**ADJUDGED** that Plaintiffs' Motion *in Limine* for Adverse Inferences Against Defendants, [ECF No. 57], is **GRANTED IN PART**. For purposes of Plaintiffs' Motion for Summary Judgment Against Defendants, [ECF No. 60], the Court will make an adverse inference that the responses from Defendant Ivelis Garcia would have been "Yes" but for the invocation of the Fifth Amendment as to these two questions: (1) "Did you ever pay a patient to receive treatment at Quality Diagnostic?" and (2) "Did you ever pay a patient to refer someone else to Quality Diagnostic?".

DONE AND ORDERED in Chambers at Miami, Florida, this 11 day of September, 2019.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record