UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20101-CIV-MARTINEZ/OTAZO-REYES

GOVERNMENT EMPLOYEES INSURANCE
CO., et al.,

    Plaintiffs,

vs.

QUALITY DIAGNOSTIC HEALTH CARE
INC., et al.,

    Defendants

_____/

## ORDER

**THIS CAUSE** is before the Court upon the parties' Joint Motion to Amend Revised Scheduling Order (DE 114). After careful consideration, it is

**ORDERED AND ADJUDGED** that the motion is **DENIED.**

**DONE AND ORDERED** in Chambers at Miami, Florida this 8 day of November, 2019.

                                              JOSE E. MARTINEZ
                                              UNITED STATES DISTRICT JUDGE

Copies to:
United States Magistrate Judge Otazo-Reyes
Counsel of record