UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 18-20101-CIV-MARTINEZ/OTAZO-REYES

GOVERNMENT EMPLOYEES INSURANCE CO., GEICO INDEMNITY CO., GEICO GENERAL INSURANCE COMPANY and GEICO CASUALTY CO.,

    Plaintiffs,

vs.

QUALITY DIAGNOSTIC HEALTH CARE INC., JORGE E. MARTINEZ, CARLOS ACEBO MARTINEZ, LUIS ANIBAL QUERAL, M.D., MOULTON KEANE, M.D., IVELIS GARCIA, and MICHEL VIERA, LMT,

    Defendants.
_____

## FINAL JUDGMENT

THIS MATTER comes before the Court upon the Motion for Final Judgment (DE 141) filed by Plaintiffs Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company, and GEICO Casualty Company (collectively, "Plaintiffs" or "GEICO") against Defendants Quality Diagnostic Health Care, Inc., Jorge E. Martinez, Carlos Acebo Martinez, Luis Anibal Queral, M.D., Moulton Keane, M.D., Ivelis Garcia, and Michel Viera, LMT (collectively "Defendants") under Rule 58(d) of the Federal Rules of Civil Procedure following this Court's Order granting in part and denying in part Plaintiffs' motion for summary judgement against Defendants (ECF No. 125). After considering the papers submitted in connection with the application, the papers on file in this action, and the authorities cited, it is hereby:

**ORDERED AND ADJUDGED** that:

Judgment be entered in favor of Plaintiffs GOVERNMENT EMPLOYEES INSURANCE CO., GEICO INDEMNITY CO., GEICO GENERAL INSURANCE COMPANY and GEICO CASUALTY CO., against Defendants QUALITY DIAGNOSTIC HEALTH CARE INC., JORGE E. MARTINEZ, CARLOS ACEBO MARTINEZ, LUIS ANIBAL QUERAL, M.D., MOULTON KEANE, M.D., IVELIS GARCIA, and MICHEL VIERA, LMT, for: (i) damages in the amount of $145,716.34; and (ii) prejudgment interest in the amount of $16,116.22, for a **total sum of $161,832.56** for which let execution issue. Interest shall accrue at the rate prescribed by 28 U.S.C. § 1961 until this judgment is satisfied. The Court retains jurisdiction to award attorneys' fees and costs incurred in this litigation, if appropriate.

**DONE AND ORDERED** in Chambers at Miami, Florida this 16 day of January, 2020.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE