UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-20101-CV-MARTINEZ

GOVERNMENT EMPLOYEES INSURANCE
CO., GEICO INDEMNITY CO., GEICO
GENERAL INSURANCE COMPANY and
GEICO CASUALTY CO.,

      Plaintiffs,
v.

QUALITY DIAGNOSTIC HEALTH CARE,
INC., JORGE E. MARTINEZ, CARLOS
ACEBO MARTINEZ, LUIS ANIBAL
QUERAL, M.D., MOULTON KEANE, M.D.,
IVELIS GARCIA, and MICHEL VIERA, LMT,

      Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THE MATTER** was referred to the Honorable Alicia M. Otazo-Reyes, United States Magistrate Judge for appropriate disposition (DE 150). Magistrate Judge Otazo-Reyes filed a Report and Recommendation ("R&R") recommending that Plaintiffs' Motion for Fees and Costs be granted in part and Plaintiffs be awarded the sum of $153,433.50 in attorney's fees, $5,552.37 in taxable costs, and $5,032.00 in litigation expenses for a total award of $164,017.87. (DE 212). Neither party filed objections. The Court having reviewed the R&R and record in this case *de novo*, it is hereby

**ORDERED AND ADJUDGED** that United States Magistrate Judge Otazo-Reyes' Report and Recommendation (DE 212) is **AFFIRMED** and **ADOPTED**. Plaintiff's Motion for Fees and Costs (DE 149) is **GRANTED IN PART**. Plaintiff is awarded $164,017.87 as fees and costs in this action.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 4th day of September, 2020.

                                              _____
                                              JOSE E. MARTINEZ
                                              UNITED STATES DISTRICT JUDGE